GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

A. RICHARD PHILPOTT            3599-0
    rphilpott@goodsill.com
CAROLYN K. GUGELYK             6276-0
    cgugelyk@goodsill.com
LIANN Y. EBESUGAWA             7955-0
    lebesugawa@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
ST. FRANCIS MEDICAL CENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| CARA LOESER, | CIVIL NO. 04-00474 DAE/KSC |
|---|---|
| Plaintiff, | DEFENDANT ST. FRANCIS MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
| vs. | |
| ST. FRANCIS MEDICAL CENTER, | |
| Defendant. | |
| | DATE: |
| | TIME: |
| | JUDGE: |
| | TRIAL: JULY 18, 2006 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA LOESER,<br><br>         Plaintiff,<br><br>vs.<br><br>ST. FRANCIS MEDICAL CENTER,<br><br>         Defendant. | CIVIL NO. 04-00474 DAE/KSC<br><br>MOTION FOR SUMMARY JUDGMENT |

## MOTION FOR SUMMARY JUDGMENT

Defendant ST. FRANCIS MEDICAL CENTER, by and through its attorney, Goodsill Anderson Quinn & Stifel LLP, respectfully moves this Court for summary judgment on Plaintiff's claims for failure to reasonably accommodate her disability under the Americans with Disabilities Act ("ADA") (Count I); a hostile work environment under the ADA (Count II); and disability discrimination, hostile work environment, and retaliation in violation of Hawaii's Employment Practices Law (Count III).

This motion is based on Rules 7 and 56 of the Federal Rules of Civil Procedure and the memorandum, and Defendant's Concise Statement of Facts, Declarations and exhibits attached thereto and filed concurrently herewith, and the records and files herein, as well as such other oral and/or written argument as may be offered at the hearing thereof.

Defendant's Memorandum in Support of its Motion for Summary Judgment is filed in conformity with LR 56.1 and 7.5 and contains about 8994 words.

DATED: Honolulu, Hawaii, February 15, 2006.

/s/ Carolyn K. Gugelyk
A. RICHARD PHILPOTT
CAROLYN K. GUGELYK
LIANN Y. EBESUGAWA

Attorneys for Defendant
ST. FRANCIS MEDICAL CENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA LOESER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ST. FRANCIS MEDICAL CENTER,<br><br>　　　　　Defendant. | CIVIL NO. 04-00474 DAE/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of DEFENDANT ST. FRANCIS MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT was duly served upon the following party, in the manner described thereto, at his last-known address on the date indicated below:

|  | Mail | Hand Delivery |
|---|---|---|
| Carl M. Varady, Esq.<br>2870 American Savings Bank Tower<br>1001 Bishop Street<br>Honolulu, Hawaii  96813 | ☐ | ☒ |

Attorney for Plaintiff CARA LOESER

　　　DATED: Honolulu, Hawaii, February 15, 2006

　　　　　　　　　　　　　　　　/s/ Carolyn K. Gugelyk
　　　　　　　　　　　　　　　　A. RICHARD PHILPOTT
　　　　　　　　　　　　　　　　CAROLYN K. GUGELYK
　　　　　　　　　　　　　　　　LIANN Y. EBESUGAWA
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　ST. FRANCIS MEDICAL CENTER