IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA LOESER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ST. FRANCIS MEDICAL CENTER,<br><br>　　　　　Defendant. | CIVIL NO. 04-00474 DAE/KSC<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

CAROLYN K. GUGELYK, declares the following:

1.  I am a partner with the law firm of Goodsill Anderson Quinn & Stifel, am licensed to practice law in the State of Hawaii, and am admitted to practice law before this Court. I am one of the attorneys representing Defendant ST. FRANCIS MEDICAL CENTER (hereinafter "Defendant") in this action.

2.  I am making this declaration in support of Defendant's Separate Concise Statement of Facts in support of its Motion for Summary Judgment.

3.  Attached as Exhibit A is a true and correct copy of the Transcript of Proceedings taken on June 26, 2002.

4.  Attached as Exhibit B are true and correct copies of excerpts of the Deposition of Cara Loeser taken on August 23 and 24, 2005.

5. Attached as Exhibit F is a true and correct copy of the Charge of Discrimination filed with the Hawaii Civil Rights Commission on October 9, 2001, which was received from the HCRC.

6. Attached as Exhibit G is a true and correct copy of Plaintiff's Response to Defendant's First Request for Answers to Interrogatories dated November 22, 2005.

7. Attached as Exhibit H is a true and correct copy of the Social Security Disability benefits application, dated December 26, 2002, which was contained in Plaintiff's medical records.

8. Attached as Exhibit I is a true and correct copy of the Social Security Administration Decision, dated June 20, 2005, which was produced by Plaintiff.

9. Attached as Exhibit J are true correct copies of letters from the HCRC to Cara Loeser dated May 4, 2004 (investigator's no cause recommendation to the Executive Director) and May 12, 2004 (Executive Director's dismissal, no cause finding and right to sue letter).

10. Attached is a faxed copy of the Declaration of Susan Hashimoto. The original Declaration of Susan Hashimoto will be submitted to Court upon receipt.

2

11. I certify that the concise statement of facts is about 1420 words and no more than 1500 words according to a count by the Microsoft Word word-processing system.

I declare under penalty of law that the foregoing is true and correct. Executed on February 15, 2006.

/s/ Carolyn K. Gugelyk
CAROLYN K. GUGELYK