# EXHIBIT B

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES                    1

1                IN THE UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF HAWAII

3    CARA LOESER,                    )    CIVIL NO. 04-00474 DAE/KSC
                                     )
4            Plaintiff,              )
                                     )
5        vs.                         )           VOLUME I
                                     )         (Pages 1-103)
6    ST. FRANCIS MEDICAL CENTER,     )
                                     )
7            Defendant.              )
     _____)

8

9

10

11                         COPY

12                DEPOSITION OF CARA LOESER

13   Taken on behalf of St. Francis Medical Center at the

14   offices of Goodsill Anderson Quinn & Stifel, 1800 Alii

15   Place, 1099 Alakea Street, Honolulu, Hawaii, commencing

16   at 1:05 p.m., on Tuesday, August 23, 2005, pursuant to

17   Notice.

18

19

20

21

22

23

24   REPORTED BY:            MADELINE B. GABLE, CSR 210
                             Notary Public, State of Hawaii
25

EXHIBIT B

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF HAWAII

3  CARA LOESER,          )  CIVIL NO. 04-00474 DAE/KSC
                     )
4          Plaintiff,  )
                     )
5      vs.            )      VOLUME II
                     )  (Pages 104-219)
6  ST. FRANCIS MEDICAL CENTER,)
                     )
7         Defendant.  )
    _____)

8

9

10                  COPY

11          DEPOSITION OF CARA LOESER

12  Taken on behalf of St. Francis Medical Center at the

13  offices of Goodsill Anderson Quinn & Stifel, 1800 Alii

14  Place, 1099 Alakea Street, Honolulu, Hawaii, commencing

15  at 9:01 a.m., on Wednesday, August 24, 2005, pursuant to

16  adjournment.

17

18

19

20

21

22

23

24  REPORTED BY:        MADELINE B. GABLE, CSR 210
                   Notary Public, State of Hawaii

25

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

---:---

CARA LOESER,                              )     CIVIL NO. 04-00474 DAE KSC
                                         )
              Plaintiff,          )
                                         )     EXHIBITS RE
     vs.                                )     DEPOSITION OF:
                                         )     CARA LOESER, VOLUME II
ST. FRANCIS MEDICAL CENTER,              )
                                         )     (Exhibits 5 - 30)
              Defendant.          )
                                         )
                                         )

EXHIBITS RE

DEPOSITION OF CARA LOESER, VOLUME II

Taken on 08/24/2005.

PENGAD • 1-800-631-6989 • www.pengad.com
LASER BOND FORM A

1   there's -- I go through a lot of pain.  Currently I

2   inject myself with a weekly Avonex.  It's an

3   intramuscular injection.  It's a weekly drug.

4   Q      And what, for what symptoms are you taking

5   Avonex?

6   A      Avonex is to help slow the progression of the

7   lesions that from enlarging on my brain and to help slow

8   the progression of heavy-sided weakness that is

9   terrible.  I've already had enough falls.  It helps to

10  slow it.  But there's no cure for that.

11  Q      You said heavy-sided weakness.  What did you

12  mean by that?

13  A      I can be standing or like sitting, and if I

14  don't like stand up for like several minutes after a

15  prolonged sitting I might not even be able to stand and

16  I might even feel areas of where I'm not able to feel my

17  bladder.  And I do get concerned of my bladder because

18  I've already noticed that I have no sensations.  I mean

19  it's really bad for that so...

20  Q      All right.  Does Avonex have any side effects?

21  A      The side effects are flu-like symptoms and high

22  fever.  And it's bad.  But I have no choice, I have to

23  take that.

24  Q      How long have you been taking Avonex?

25  A      Since 1999.

1 disability claim.  We are aware that you made, I

2 believe, more than one claim for determination of

3 disability but we're not certain what that status is.

4         Has social security -- when did social security

5 most recently rule upon your status as a disabled

6 person?

7 A      When you say rule?

8 Q      Yes.  Made a determination or decided?

9 A      Are you talking about the recent hearing or?

10 Q      I believe I am.  But, see, that's the problem, I

11 don't know about the recent hearing.  So let me just

12 maybe ask it this way.  When was the most recent hearing

13 that you had?

14 A      March 29th of this year.

15 Q      And what was the purpose of that hearing?

16 A      That hearing was for a decision of my status of

17 SSDI.

18 Q      And were you claiming at that hearing status as

19 totally disabled?

20 A      Yes.

21 Q      And what was the decision of that hearing?

22 A      It was favorable to me.

23 Q      All right.  So in your -- tell me in your own

24 words what they decided that was favorable to you.

25 A      It was decided according to medical evidence and

1    what kind of benefits they awarded you?

2    A        Oh, disability benefits.

3    Q        Was it your understanding that they determined

4    in that decision that you were totally disabled?

5    A        I'm sorry, I didn't understand what you just

6    asked.

7    Q        Is it your understanding that in that March

8    decision they determined that you were totally disabled?

9    A        Yes.

10   Q        Now I believe that you had asked for that same

11   decision earlier on at least one other occasion, is that

12   correct?

13   A        Oh, applied for social security disability?

14   Yes.

15   Q        Do you recall when you first applied?

16   A        No, I don't recall at the moment.  I need to

17   look at my documents.

18   Q        Okay.  And I may have those documents.  But the

19   first time you applied, as I understand it, it was

20   denied, is that correct?

21   A        Yes.

22   Q        Was there another application before, a decision

23   before the decision in March?

24   A        I don't recall.  I need to see those documents,

25   I mean pertaining to your question.  I don't recall at

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES          27

1    could be wrong on this, I think the determination was

2    made some time -- the written determination was made

3    some time in April or May.  I'm not completely sure

4    about that.

5         Also, you've been referring to the collective

6    they but it's actually Judge Thai who I believe made the

7    decision and it was not appealed by the administration.

8         MR. PHILPOTT:  Thank you.

9    Q     (By Mr. Philpott)  Ms. Loeser, we've been going

10   about 45 minutes.  Would you like to take a break or

11   would you like to continue?

12   A     We can continue.

13   Q     All right.  Let me change subjects now.  This is

14   something I ask about in written requests for discovery

15   but I want to cover it just if I can here, and that has

16   to do with your employment history since you were

17   terminated by St. Francis.  After you left St. Francis

18   were you able to obtain other employment?

19   A     Yes.

20   Q     All right.  And with whom?

21   A     It was with Aloha Petroleum Corporation under

22   Island Mini Mart convenience store.

23   Q     And where did you perform work for Island Mini

24   Mart?

25   A     That was Koko Head Avenue, the 12th Avenue

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES    28

1   Island Mini Mart.

2   Q       Do you recall when you began employment with

3   Aloha Petroleum?

4   A       That one I would remember because I was

5   desperate where my funds were really depleted.  It was

6   in 2002.  And I'll have to think of the month.  It was

7   towards the ending of the summer.  So it had to be

8   around in August of 2002.

9   Q       I believe that your employment with St. Francis

10  ended in the spring of 2001, is that correct?

11  A       Yes.

12  Q       So were you unemployed between the spring of

13  2001 and October of 2002 when you commenced with Aloha

14  Petroleum?

15  A       Unemployed until actually April of 2002, as I

16  recall.

17  Q       And was April 2002 when you began to work for --

18  with Aloha Petroleum?

19  A       No.  It was with the YMCA Mililani.

20  Q       Okay.  Help me sort this out.  I just want to

21  understand the sequence.  Tell me in your own words the

22  sequence of when you began to work and who you worked

23  for.

24  A       In 2002 of April it was the Kaimuki YMCA, all

25  the way to August of 2002.

1    Q        Okay.  And was it after that that you began to

2    work at Island Mini Mart?

3    A        Yes.

4    Q        And what were your duties at Kaimuki YMCA?

5    A        Kaimuki YMCA fitness instructor.

6    Q        What kind of fitness activities did you provide

7    instruction for?

8    A        It was like a Pilates, or more like a smooth

9    type of exercise dealing with all seniors.

10   Q        And who was your immediate supervisor?

11   A        Immediate supervisor?  I remember her first name

12   as Tina.  I don't remember.  I don't remember her last

13   name at the moment because she's not employed there any

14   more.

15   Q        Tell me again the first name.

16   A        Tina.

17   Q        And were you paid a salary or were you paid

18   hourly?

19   A        Hourly.

20   Q        And how much per hour?

21   A        $10.

22   Q        Was it full-time or part-time?

23   A        Part-time.  More like on call.  No benefits.

24   Q        During the time that you were working for the

25   Kaimuki YMCA did you believe at that, during that period

1    that you had a disability?

2    A        There were symptoms that I -- that I had

3    experienced during that time where at that moment I was

4    very fortunate it didn't happen during my teaching at

5    that moment.  And I was -- it was always to areas where

6    my symptoms would either happen after teaching or

7    anything that deals with like a physical type of

8    movement or even speaking out I would -- I would -- I

9    would always have a symptom happening right after.

10           So my teaching skills were really limited.  Like

11   I could only teach on a Monday evening and that was it.

12   Or it was like Monday evenings.  Once a week.  So it was

13   mainly just that one hour and every week.  It wasn't

14   like a Monday, Wednesday or Friday type of teaching, it

15   was just once a week.

16   Q        You said you would have a symptom.  What did you

17   mean?

18   A        Symptoms would be fatigue or weakness that just

19   would attack me.  Even if I had to sit down and teach I

20   was still attacked with symptoms.  It didn't matter if

21   it was a light type of duty but I was always going

22   through it.  And I'm still going through that.  It gets

23   a little bit more intense at times, too.

24   Q        Did you ask for any accommodations from the

25   Kaimuki YMCA to assist you with your disability?

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES          31

1   A       There were, yes.  There were accommodations

2   where maybe there would be a night where I'm not able to

3   teach because I've had something that happened and I

4   wasn't able to perform, like weakness from the waist

5   down.   There were incidents where I had to call for an

6   emergency instructor or ask for a substitute.

7   Q       . Were there other accommodations that you recall

8   that you asked for?

9   A       . Other accommodations, other than if there is

10  something that happened at the moment I would need

11  another fill-in substitute at that moment and it always,

12  they always had some instructor available or someone

13  from their weight lifting, I guess their assignments.  A

14  person that would be monitoring the weight lifting room.

15  If Cara was not available then that person would have to

16  either take over that class and just teach stretching or

17  other duties for -- that pertains to a relaxed type

18  exercise.

19  Q       So is it correct that the accommodations they

20  provided you was essentially to have another instructor

21  available if you were not able to --

22  A       Yes.  Or lots of times if there's shortages of

23  instructors the class would be canceled.  And that was

24  not too good in their eyes and not too good for me

25  either.

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES        32

1    Q        How did your employment with Kaimuki YMCA come

2    to an end?

3    A        It came to an end when I had told them that I

4    needed to apply for a position that would help me with

5    health benefits.  I was so concerned because I wasn't

6    able to afford my Avonex during that times.  I mean I

7    had to depend on Cobra through St. Francis, just allow

8    it to extend all the way to those months until it ended,

9    in order for me to afford my medication.

10            And which is the reason why I had to apply for a

11   job that would just hire me.  Didn't matter on, you

12   know, my status.  I mean I've been, you know, to areas

13   where I needed to find out what was my physical

14   capabilities at that Island Mini Mart.  And, boy, there

15   were areas where I wasn't able to perform a lot of their

16   duties.  And I didn't last there either.

17   Q        All right.  That's a good transition.  Do I

18   understand that you left Kaimuki YMCA in about August of

19   2002?

20   A        Yes.

21   Q        And then you started at Island Mini Mart in?

22   A        August, yeah, right around summer time.

23   Q        And what were your duties there?

24   A        My all around duties is to assist customers with

25   their items on the register and items -- I mean as far

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES       33

1    as sweeping and mopping the store.  But because I had

2    like that really limitation, because I tried and there

3    were things where I wasn't able to hold on to that

4    sweeping or mopping because of lost grip and weakness I

5    got accommodated to simple chores as far as just wiping

6    down ice cream machines or filling paper cups, you know,

7    all those little supplies for the ICEE area and the

8    eating area.

9         And there were times when I wasn't able to grip

10   so they always had to have a supervisor.  And at the

11   same time she had to help cashier whenever I had a

12   symptom attack.  So it was getting to areas where

13   they -- they did accommodate me, but to areas where I

14   knew that I wasn't even going to last there.

15        And all of a sudden I didn't have any scheduled

16   hours to work because they said that it was something

17   that they needed to -- they needed a person who was more

18   available at that moment.  And this is where I applied

19   for another position.  Because I already knew that I

20   wasn't going to -- I wasn't able to meet their

21   requirements because of all these symptoms that attacked

22   me.

23   Q       So your duties at Island Mini Mart, if I

24   understand, were you were a cashier?

25   A       Cashier and like we needed to do housekeeping,

1    some light housekeeping duties.  And also cleaning

2    machines or refilling paper supplies on my shift.

3    Because there's other duties on other shifts.

4    Q        What about restocking the food and so forth,

5    would you do that?

6    A        They had someone else do it.

7    Q        And which of the functions caused you

8    difficulty?  I believe you said the cleaning caused you

9    difficulty?

10   A        Cleaning.  Especially with gripping or even

11   trying to get change from the cash register to reimburse

12   to customers.  I just didn't have that grip and it, it

13   just really totally, that person at that moment, she was

14   very misunderstanding.  I mean she really had to just

15   take over.  And it just wasn't -- I guess her actions

16   had made me feel like, you know, I'm doing my best, I

17   can do something else if you just do this part, and I

18   can take over.  But it just didn't work out that way.

19   Q        And did they provide you with accommodations?

20   A        The accommodations were where if you can't stand

21   too long, Cara, here's a special chair for you.  Or if

22   you can't grip your change while customers are standing

23   in line you need to call for help.  But somehow, too,

24   the way they scheduled help was short.  Not enough

25   staffing again, so...

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES    35

1  Q        Okay.  And did you quit or were you terminated?

2  A        I was -- it was not a quit.  It was I wasn't on

3  schedule any more.  And I did not receive a notice of

4  termination, I did not receive any verbal type of words

5  that we're not going to keep you on schedule.  None of

6  those.  Not from Island Mini Mart.

7  Q        So you just weren't put on the schedule?

8  A        Not on the schedule any more and I, when I had

9  asked the supervisor, who no longer is there either, she

10 had told me she couldn't put me on schedule because

11 there were issues where she was advised by the higher

12 supervisor don't put Cara on schedule.  If Cara needs to

13 see a supervisor I need to see that specific supervisor.

14        But I never took the time to really find out why

15 my position was not on, I mean that position that I held

16 was not on schedule any more.  I was -- I was more ill.

17 I mean I didn't want to try to see something that I

18 could get back or see why I couldn't schedule myself

19 back on that position.

20 Q        Do I understand you said you did not want to

21 see?

22 A        No, I was very ill and I wasn't able to

23 really -- I didn't have the strength to meet with that

24 person or even follow up.  It was because of my physical

25 incapabilities that was causing me to not to pursue

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES          36

1    something, that I felt that I needed to take care of

2    myself first.

3    Q       And when you say very ill were you referring to

4    the symptoms of MS or some other --

5    A       I'm sorry?

6    Q       When you said I was very ill were you referring

7    to the symptoms of MS or some other illness?

8    A       Oh, my MS symptoms as far as weakness,

9    incontinence, accidents and falling.  I have never -- I

10   have not fallen at the site but there are areas where I

11   did lose my balance but no one was there -- was there to

12   witness it.

13   Q       Let's move forward now.  When did you next --

14   when did you next seek employment from someone besides

15   Island Mini Mart?

16   A       Kinko's.

17   Q       And how long was it between your last work at

18   Aloha Petroleum and your beginning to work at Kinko's?

19   A       Aloha Petroleum I believe was ending of November

20   of 2002.

21   Q       And when did you begin with Kinko's?

22   A       It was in December.

23           MR. PHILPOTT:  We've been going right about an

24   hour.  Why don't we take a break now?  About ten

25   minutes.  Whatever's convenient.

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES          37

1          (Recess taken from 1:57 until 2:07 p.m.)

2    Q         (By Mr. Philpott) We're back on the record.  Let

3    me address a detail.  Which YMCA was it that you worked,

4    at which you worked, Ms. Loeser?

5    A         You're talking about the locations?

6    Q         Yes, the physical location?

7    A         The one in 2002 or?

8    Q         Actually that's the cause of my confusion.  You

9    said it was, I believe you said the Kaimuki YMCA, is

10   that correct, in 2002?

11   A         No, no, I'm sorry.  I said Kaimuki?

12   Q         Yeah.

13   A         My gosh, no, it's Mililani.

14   Q         Okay.  That's why I was asking.  So from

15   April 2002 to August 2002 were you working in the

16   Mililani?

17   A         Mililani.  Central West.

18   Q         Did there come a time when you worked at the

19   Kaimuki YMCA?

20   A         Yes.

21   Q         Okay.  Was that --

22   A         But that's down after that Kinko's.

23   Q         All right.  Then thank you.  So you said that in

24   December of 2002 you began work in Kinko's?

25   A         Yes.

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES          38

1    Q        And which store?

2    A        Kapiolani.

3    Q        And how long did you work there?

4    A        Five months.

5    Q        And how did your employment end?

6    A        My employment ended -- when you say end I mean

7    if --

8    Q        Well --

9    A        Actually I had to go on a medical disability.  I

10   went on medical.  I wasn't -- I had walking

11   difficulties, I remember that.

12   Q        All right.  So you went on a medical --

13   A        Medical.

14   Q        Medical disability?

15   A        It's called temporary disability.

16   Q        And how long did that -- I'll call that TDI.

17   A        Yes.

18   Q        How long did that TDI go on?

19   A        For three months.

20   Q        And then what happened?

21   A        When I tried to return to work in August of 2003

22   I was told at that time that there was no opening and

23   that I needed to present another medical note or

24   certificate that I'm able to return to work.

25            And when I did present that medical certificate

1   I was again told there is no opening.  My -- my

2   position, which was a simple position in express, you

3   know, at the copying center, was filled.  So in order

4   for me to stay on their payroll I had to apply online

5   at Kaneohe or the University Kinko's.  Which I did

6   comply with their request.  I was interviewed at Kaneohe

7   but no interviews at University, and I was still

8   terminated.  My services were terminated.

9   Q      And who was it that terminated your services?

10  A      Because that is a corporation I'm not sure if it

11  was either the branch supervisor at that moment or the

12  higher supervisor of the local Oahu Kinko's.  I have no

13  idea.

14  Q      All right.  That was actually a bad question on

15  my part.  I probably should have asked you who was it

16  that informed you you were terminated?

17  A      I can't recall.  I would need to look at those

18  notes or my letter.

19  Q      And what reason was given?

20  A      No openings.

21  Q      And did you say that that termination took place

22  in, I'm sorry, when did that termination take place?

23  A      I can't recall the month at the moment.  I would

24  say about August 2003.  It might be inaccurate but --

25  Q      When you were working at Kinko's and not on TDI

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES          40

```
 1   were you working full-time?

 2   A       Full-time.

 3   Q       So were you getting benefits during that time?

 4   A       Yes.

 5   Q       Between the time that you were terminated by

 6   St. Francis and started at Mililani how were you

 7   supporting yourself?

 8   A       I was receiving unemployment, and at the same

 9   time paying my share of Cobra out of my unemployment

10   benefits.

11   Q       And then between Aloha Petroleum, I mean between

12   the Y and Aloha Petroleum, how were you supporting

13   yourself then?

14   A       I believe because of my extension of my

15   unemployment benefits.  And that, yeah, my extension of

16   my unemployment benefits.

17   Q       Fine.  So now in August 2003 your employment

18   ended with Kinko's, is that correct?

19   A       Yes.

20   Q       And when were you next employed?

21   A       The Kaimuki YMCA.

22   Q       Okay.  And when did that employment commence?

23   A       That I remember September 2003.

24   Q       And what was your capacity there?

25   A       Can you be detailed about that question you just
```