COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES                41

1   asked?

2   Q       Sure.   What was your job?

3   A       Aqua instructor.

4   Q       And how long did you work as an aqua instructor?

5   A       All the way until January 2004.

6   Q       And how did your employment there end?

7   A       It actually ended when I had a really bad attack

8   and thinking that it was a heart attack in January of

9   this year when I turned 50.

10  Q       Were you working full-time?

11  A       No, it was more, I would say, part-time, no

12  benefits.

13  Q       I forgot to ask you when you were working at

14  Kinko's did you believe during the time you were working

15  there that you had a disability?

16  A       Oh, yes, I've had areas where I fell with boxes

17  of 600 copies.  I will never forget that one and don't

18  recall how in the world.  I was on the ground with all

19  my copies just scattered.

20          And of all people that was a witness it was a

21  person who seemed to be like a person that was a

22  homeless person.  And that person mentioned to me that

23  she will not -- she does not want to be a witness that I

24  fell although there was no other witnesses but that

25  person.

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES            42

1          And then I had to bring it up to that project,

2    project manager at that moment.  And she came by that

3    corner and helped me pick up all the copies.  But there

4    was no other witness but that homeless person.

5    Q          When you were working at Kinko's did you seek

6    any accommodations because of your disability?

7    A          Well, I was on probation, and because of fear of

8    not being accepted if they did know about my symptoms I

9    did share with two -- two morning shift employees that I

10   was having symptoms and that I wanted to let them know

11   that these are things that, you know, I may need some

12   help.

13         And then they were, they did, they did help in a

14   way when they said if you're not able to stand for a

15   long period of time let us know and let us know how long

16   you need to kind of lean back on the wall because

17   there's no chairs to sit.  So I had to lean or either go

18   in the corner of the express area and just kind of like

19   lean back if I was losing my balance.  You know,

20   especially again experiencing this weakness it was

21   really bad at Kinko's.

22         And I had the same problem with gripping money

23   to those areas where I had to use a pen, like a pen to

24   scoop the coins out of the tray.  Or even to try to pull

25   a dollar bill out I would have to have an emergency like

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES                43

1    a tweezer.  Those are things that I had to try to do,

2    especially if I had to run express by himself, until

3    that next shift came in.

4    Q        Now you said you told --

5    A        Two --

6    Q        -- them.  Were these co-workers?

7    A        Co-workers.

8    Q        Did you ever tell anyone in management that you

9    needed -- that you had a disability or that you needed

10   accommodation?

11   A        Yes, I did, I did mention, but that was after

12   the fact that I had to notify that supervisor at the

13   moment, branch manager, Mr. -- I'll just call him Rick.

14   Right now I remember him as Rick -- that, about my

15   disability.

16            Because he -- he was entitled.  I mean he told

17   me that they had comply with that HIPAA.  You know

18   HIPAA, where unless the employee gives the permission or

19   consents to verbally.  And it was his, you know, I told

20   him these are the days I'm going to be out.  Like three

21   months.  So I had to -- I revealed to him about my

22   multiple sclerosis.

23            And that he says you need to take care of

24   yourself right now, Cara, and we will accommodate your

25   position for now.  But he didn't say that he was

COPYING PROHIBITED - HRS 606-13 AND OTHER COURT RULES                    44

1    replacing me.  All he said that they're accommodating

2    another -- my position for now until I'm able to return.

3    That was all.  But it never happened.

4    Q        What do you mean it never happened?

5    A        Because when I tried to return to my position

6    with a doctor's note, you know, with all details and

7    compliance I was still told I'm not accepted on board.

8    There's no opening.  And yet there's people that they

9    hired that had to get training.

10   Q        We are aware that you have filed a lawsuit

11   against Kinko's, is that correct?

12   A        Yes.

13   Q        And what is the status of that lawsuit?

14   A        At the moment I understand it's been settled but

15   I have no other further details.

16   Q        Okay.

17   A        No further information either at this point.

18   Q        So I don't want to ask anything about details of

19   any settlement, but do you understand that case has been

20   completely resolved or is there still going to be other

21   proceedings?

22            MR. VARADY:  Just for the record I'm not sure

23   she can answer that question because she doesn't know

24   the answer to it.  The answer to it is that further

25   proceedings are needed.  We'll have to file a

COPYING PROHIBITED – HRS 606-13 AND OTHER COURT RULES          45

1    stipulation for dismissal and execute the settlement

2    documents.  We have settlement in principle.  And I

3    actually expected that when I got back on Monday that

4    the settlement documents would be on my desk.  They

5    aren't.  So we're going to follow up this week and find

6    out where they are.

7              MR. PHILPOTT:  All right.  Thank you.

8              MR. VARADY:  But settlement was confirmed by

9    FedEx Kinko's corporate counsel last Thursday, I

10   believe.  So it's fairly recent.  And those are the

11   details that we have at this point that we can disclose.

12             MR. PHILPOTT:  Fine.  Resolved and agreement in

13   principle?

14             MR. VARADY:  That is correct.

15   Q      (By Mr. Philpott) All right.  And so let's go

16   forward now.  I backtracked on you because you talked

17   about you were working as an aquatic instructor until

18   January 2004.  January or June?  I'm sorry, I can't read

19   my own notes.

20             MR. VARADY:  I think she said January.

21   Q      (By Mr. Philpott) January.  January 2004 you --

22   A      Actually, I'm sorry, this January.

23   Q      And have you worked since that time?

24   A      I've had just temporary substitution at YWCA and

25   it was just less than two months.

COPYING PR   3ITED - HRS 606-13 AND O    COURT RULES                46

1        . Again, the only reason why I wasn't asked to

2    teach any more because I've had bad symptoms as far as

3    teaching a class right at the pool and not able to --

4    not able to see the class at that moment, where the

5    whole class would just go into areas, where is my class?

6    You know, that's how bad my vision was.  It does happen.

7    I can see that person at that moment and it will just go

8    into like a fog and it returns.  And it's getting a

9    little bit more on the -- I used to feel -- I used to

10   have that fear but now it's getting to the point where

11   it's annoying, like there's things I need to change

12   around here and modify.

13       MR. PHILPOTT:  Let's change gears here a little

14   bit.  I'm having marked next Exhibit 2.

15       (Deposition Exhibit 2 marked for

16       identification.)

17   Q    (By Mr. Philpott) And if you would look at

18   Exhibit 2.

19   A    (Reviewing.)

20   Q    Do you recognize it?

21   A    Yes, I do.

22   Q    This document is dated December 3rd, 1998.  And

23   in that document Dr. Kaku indicates that he believes

24   that you might have MS.  Do you see that in paragraph 1,

25   numbered 1?

COPYING PR⎯⎯⎯BITED - HRS 606-13 AND O⎯⎯⎯ COURT RULES          56

1    so that way it would -- I'm able to rest on my day off,

2    suffer the -- I mean rest those flu-like symptoms off.

3    Q        When you told them about that need to have, I'll

4    call it recovery time, did you believe at that point

5    that you had a disability?

6    A        When you say I believed if I had that

7    disability, is it something that I'm -- that I was

8    supposed to accept that --

9    Q        No.  I'm sorry, I didn't mean to cut you off.

10   If I did I apologize.  Did you at some time when you

11   were working at St. Francis come to personally believe

12   that you had a disability?

13   A        Truthfully speaking because of my, my dedication

14   for the patients at the hospital and the fact that I

15   really put my life in for the health industry, I didn't

16   want to accept that.  Even if all the symptoms was just

17   attacking me.  And no matter how I tried to overlook

18   something that I already was diagnosed with it just, it

19   just attacked me.

20            I mean there's things that I tried to hide but I

21   couldn't with all, you know, as far as having to sit

22   down or areas where I remember incidents where I wasn't

23   able to lift this right arm to the point where I had to

24   sit in my corner until the sensations returned.

25            And when the sensations returned it was so

```
 1    painful as needle, needle sensations, to the point where

 2    I had to take my medication as far as where I do recall

 3    having some samples of Neurontin.  But I really couldn't

 4    tolerate it because it caused the side effect of where I

 5    was so drowsy that reading a doctor's diagnosis to fill

 6    out patient's med was, it was terrible.  I mean I

 7    couldn't do that.

 8              So I had to just stay away from the medication

 9    to also make sure that I don't do any medication errors.

10    Although it was the job of the pharmacist to recheck

11    medications.  And I -- I do recall areas where the

12    pharmacist had taken us technicians for our words, like

13    meaning okay, this is the correct medication.  But I

14    used to feel like this is so incorrect.  Can you please

15    make sure you open the bottle and make sure it is that

16    correct drug?  How would you know if I didn't mix

17    something on the bottom of the pill container?

18              Those are things I used to be so concerned

19    about, to try to not allow my symptoms, although it was

20    really, there were days I'd be okay but at the -- there

21    were days that it was so mild and yet it could be worse

22    and yet I couldn't, I don't recall ever -- I don't

23    recall areas where people did say Cara had these things

24    happening to her but she tries to hide it.  You know, I

25    mean I've had comments or things that were mentioned
```

1    put their labels around the medication, it's okay, send

2    this up.   There are times where they would just cap it

3    and assume that was the medication.   Even if I had the

4    bottle next to it.

5         But some of my concerns were what if that wasn't

6    the correct drug?   I mean what if somebody else, you

7    know, checked it and assumed that was the medication?

8    And what if I did a -- I used to feel because of my

9    disability or my symptoms I used to think if they had

10   enough of that confidence in order, as I had filled it,

11   that I'm still, you know, they'll go ahead and approve

12   it and say send it up.   There were times they didn't

13   even bother to look.   But there's not evidence for me or

14   things that I've done in the past to document situations

15   of that.

16   Q    And what was it that concerned you?   I guess I

17   don't understand why you're commenting on the fact they

18   didn't bother to look?

19   A    Well, more my main concerns was the physical

20   capabilities as far as delivering those heavy, over

21   ten-pound, carts to the floors.   Those are concerns

22   where as long as someone was with me to push it and I

23   can exchange the meds in the nurse's station, you know,

24   that's no problem.

25        But then it, I could not -- it wasn't possible

1    for them to do that accommodations because they're --

2    they're -- I guess they would be saying because we don't

3    have sufficient coverage.  Or the budget.  It was either

4    sufficient coverage and the budget.

5    Q        What were the parts of your job that you felt

6    you couldn't perform because of your disability?  Could

7    you just tell me what those parts were?

8    A        Delivering meds in those carts that were at

9    least more than ten pounds.  Unless someone had taken

10   some of those drawers out of the carts and just given me

11   at least some of that, and pushing a simple cart that

12   would have sufficed.  But then they didn't.  It never

13   happened.

14           And there was no agreement, no, because, Cara,

15   it has to be just two technicians and it's two carts to

16   minimize the delivery time.  But it -- we tried doing

17   that and it never worked.

18   Q        What do you mean it never worked?

19   A        Because we never had sufficient staffing.

20   Q        To do what?

21   A        To at least two technicians per cart delivery.

22   But later on as I transferred out I seen them doing that

23   after.  But there's no evidence on that.  I've seen two

24   techs going on the floor and I felt, gee, now that I'm

25   in a different department, you know, now I'm not -- I'm

```
 1   not in that department any more.
 2   Q        Were there any accommodations made for you with
 3   regard to handling the cart?
 4   A        Not for the cart.  It was more accommodations to
 5   do more billing.  Like our patients, just enter the
 6   information into the computer, do simple drug stocking
 7   for the technicians, put it in their carts.  So those
 8   were simple tasks.  And besides assisting pharmacists on
 9   the front counter to read all doctor's orders and fill
10   at that moment.
11            But those are the ones I had to be really
12   careful about was because I told them, you know, even
13   when I'm doing this can you make sure that I did pull
14   the right drug?  Which was always as accurate.  The
15   errors they found in the past like, you know, it says a
16   certain medication but you pulled something else.  You
17   need to read more closely.  Those are some -- I noticed
18   those are things that I started to be more aware of.
19            It's like my vision again.  Or am I in the
20   correct place?  Or I have to look at my own type of
21   charts that I created to understand, okay, these are the
22   meds to pull off the shelf.
23   Q        Did you feel under the circumstances that you
24   presented any kind of a risk to the patients because of
25   that, because of the disability?
```

1   A      No risk to the patient.  I was more like a risk

2   to employee, the employees in that specific department.

3   Q      What do you mean by risk?

4   A      Risk, like all because Cara has a certain type

5   of restriction or what she can only do, you know, in

6   their opinion and I -- I could understand the way they

7   felt.  They felt like I was being accommodated to areas

8   where they, they didn't want to agree to that.  More

9   like that word, I'll always remember that word, like

10  she's got this cream of the crop position.

11         I don't have a choice, though.  I have to do

12  what I can do.  And I tried to do as much as I could do.

13  You know, as far as working evening to accommodate when

14  day shift comes in at seven they've got all their work

15  prepared.  Those are things I did my best, and I was

16  still talked about or had comments of -- the comments of

17  suggestions that maybe you should see what other

18  accommodated departments -- I mean other departments

19  that is willing to accommodate you in another position,

20  you know.

21  Q      Were there things, you used the word

22  accommodation a couple of times.  When you were serving

23  as a pharmacy tech were accommodations made for you?

24  A      Accommodations as far as computer work, pulling

25  the drugs for the delivery of the technicians, I mean

 1    my abilities to do the work that I needed

 2    accommodations.  If there was no accommodations then

 3    I -- I just couldn't do it.

 4          So their part of their accommodations was leave

 5    Cara as Monday through Friday evening, you know, since

 6    the evening, evening shifts would require less, less

 7    physical work.  But to me, truthfully speaking, in the

 8    evening it could be busy because of emergencies and meds

 9    coming down our pneumatic tubes where we had to fill.

10    Those were areas where I knew I was accommodated.

11          And the fact that if you have to sit down, Cara,

12    and fill your meds just sit down and do this, you know.

13    But there were symptoms where again I wasn't aware of

14    where areas of heaviness in my arm to the point where I

15    had to remember that don't carry any heavy IVs, because

16    there were incidents where I accidentally carried it in

17    this right hand and it fell and shattered.  And it costs

18    like over thousands of dollars.

19          So those were areas where I had to make sure

20    that I was aware that, Cara, even if you're not going to

21    have something happen to you at that moment make sure

22    this cart is next to you so if I started to feel as

23    though I had this insecurity that there is -- I need a

24    cart next to me or I need a chair in case there's areas

25    where I felt I'm not going to -- or I lose my judgment

```
 1   or vision symptoms or heaviness on the right side.  I

 2   mean it never seemed to go.  It never seemed to just

 3   where there was a day of no symptoms.  There's always a

 4   day of symptoms, some type of incident happening to

 5   those areas where I had to work and make sure that I'm

 6   aware that you can't do this, you need to do it left

 7   hand, or if there's something that you know you're not

 8   going to be able to do let the pharmacist know.

 9           But it just didn't -- for them it was getting

10   frustrating because the coverage, get insufficient

11   staffing, and it was just a technician and a pharmacist

12   at night, besides a transporter.  A transporter who we

13   had to call from the department.  You know, we had to

14   always call a transporter to do certain of deliveries

15   that I couldn't do.

16   Q      What's a transporter?

17   A       A transporter is a person that comes down with

18   their bucket or a cart and they pick up our medications

19   and deliver it to the specific floors, whether it's the

20   oncology floor, that's the cancer floor, or the

21   telemetry floor, that's the heart floor.  There are

22   areas where sometimes I'm not able to do that.

23           Or there were areas where if the Pixus machine

24   was jammed because as I said a physician or a nurse

25   would just throw the med in and just slam the door to
```

COPYING PR█████ITED - HRS 606-13 AND O█████ COURT RULES        70

1    the point where it got jammed, that was part of my

2    responsibility to go up there and reprogram the Pixus

3    machine or see what -- what type of jamming happened and

4    then enter a security code along with the -- or enter a

5    code to release that physician or nurse's liability.

6    Well, we call it like their responsibility because that

7    code they punched in, their codes, and if a narcotic was

8    accidentally pulled and they had to, you know, return it

9    to stock and something didn't match this is where I

10    would come in and having to audit.  So those are things

11    that I was accommodated.

12          But as I said it didn't work out because there

13    was too many frustrated technicians saying that it's

14    unfair that they have to rotate and I didn't have to

15    rotate.  But being given that, you know, they didn't

16    have to worry about nearby lost judgment or they didn't

17    have to worry about weakness from the waist down, these

18    things that I was so really not -- I was very bitter

19    because of all these things happening to me.

20          I just couldn't understand why I have to put up

21    with this.  Or I'm not going to accept what these people

22    are saying, I'm just going to do what I can do, until

23    the pharmacist started suggesting that maybe you should,

24    as I said, accommodate another -- to another position

25    where, you know, it would be easier for your -- your --

1   your disability and where you don't have to do a lot of

2   standing.  I personally believe it was not that reason,

3   though, it was because of I guess their -- their

4   understanding of liability.  Again that was mentioned.

5   Q       Do you know, what was your understanding of what

6   they meant by liability?

7   A       Liability in case there's an incident where I --

8   I faint or something that I was some -- some type of

9   project I'm doing and I had to faint and everything had

10  just, you know, everything just happened because of a

11  symptom.

12  Q       Uh-huh.

13  A       Things that that was to them in their eyes

14  liability.  But they're saying liability is to protect

15  myself and to protect them.  But in my personal belief,

16  as I said, it was because of to protect themselves.

17  They weren't really concerned about accommodating a

18  person or trying to have that understanding.  Because I

19  seemed to be the only person in that department with a

20  disability.

21  Q       Do you know whether you were the only person in

22  that department with a disability?

23  A       Yes.

24  Q       And were you?

25  A       At that moment.  If there was some employee or

1    like a pharmacist or someone with a disability it was

2    either because they had a temporary injury where it

3    required several weeks of wearing that elastic bandage,

4    which is they got healed, or areas where I know

5    pharmacists had injured themselves from tennis playing.

6           But versus me with disability, you know.  And

7    all these things that I had to, you know, all these,

8    like I said, incidents or symptoms that to me I felt in

9    the beginning I admit I was very embarrassed.

10   Embarrassing moments of things that happened.  And all

11   these whisperings about, you know, that I know that I

12   was being talked about.  Although it was never told to

13   me other than maybe you should apply for a position or

14   see if you can get accommodated to a clerical position.

15   Again it was suggested.  It was brought to my attention.

16   Q        I wanted to just go back to a couple of items

17   you mentioned.  You said, you talked about rotating

18   versus non-rotating.  What did you mean by that?

19   A        Rotating shifts.  Maybe one week you would work

20   a morning shift for one week and the following week

21   you'd work a middle shift.  And the third week you'd

22   work that evening shift.

23          And within those shifts there's different

24   responsibilities.  And there the responsibilities that I

25   have seen through the shifts those were things that I

1    knew I could do it but I would need a second, an

2    assistant, a person with me.  Because even if I could

3    push a heavy cart, but the thing was if I -- if I wasn't

4    able to push it because there's weakness and I fell then

5    I -- they can't say that I didn't tell them ahead of

6    time.

7          And those are things that probably had made them

8    feel, you know, we -- that's what my personal belief is.

9    They couldn't tolerate a person that could not fulfill

10   the duties of those areas other than just simple

11   computer work, restocking those simple meds for the

12   evening person to bring it up to the floors and besides

13   accommodating pharmacists on the front counters of

14   filling simple medication that needed to be filled

15   because of either the nurse didn't receive it on time or

16   either something happened to the medication or the nurse

17   had dropped it on the floor and had to be replaced.

18   Those are simple accommodations I will say that was done

19   for me.  But then it didn't last long.

20   Q        What do you mean it didn't last long?

21   A         It didn't last because the pressures I already

22   felt like to apply for another position, which I did,

23   and I didn't just do it because to please that

24   department, I did it because I told myself, you know

25   what, I'm going to give it a try and accommodate to see

```
 1   where my areas in clerical could -- I could withstand.

 2   Only to find out that those responsibilities were more

 3   of a higher expectation.

 4          And -- and I guess because I wasn't able to meet

 5   their demands, this is where I was even not accepted in

 6   that department.  When I say not accepted, I was given

 7   an evaluation in February of 2001 and suddenly placed on

 8   my own vacation without giving the opportunities of

 9   applying for another position in the hospital, no -- no

10   verbal warnings, no letter of announcement that, you

11   know, we're going to give you this amount of time to bid

12   for another position because you are not able to meet

13   our qualifications.  I had nothing of that sort other

14   than other comments made.

15   Q        Now, they did extend your probationary period,

16   though, didn't they?

17   A        When you say extend, okay, December, January,

18   February, March.  I was placed on vacation March and

19   terminated July 2001.  I started December, January,

20   February.  Okay, in their eyes they said it was a

21   45 days probation.  But in our contract it's 90 days.

22   Q        Okay.  And --

23   A        Our union contract I recall.

24   Q        Okay.  And it was your understanding that you

25   got the 90-day probation?
```

1          It was more of a description of my symptoms but

2     it didn't say -- it didn't state things like she can't

3     do that job.  I was not given that opportunity either

4     to -- to be reevaluated and not given that opportunity

5     to redo those, I guess the responsibilities in pharmacy,

6     other than because you can't do the job.  And that's it.

7     Q          During the time when you were in the, was it the

8     admissions?

9     A          Admissions.

10    Q          During that time did your symptoms ever improve?

11    A          Oh, no, I've had -- I've had situations where

12    I'm going on the computer and areas where -- where the

13    air conditioning, I wasn't aware of air conditioning

14    down in admissions to the point where if it got really

15    super super cold my -- that's how I realized that that

16    next symptom was anything's more very cold in an office,

17    if I didn't move around and stayed there on the computer

18    for more than an hour I didn't realize I would have

19    numbness or like heaviness to the point where, gosh, I'm

20    not able to type.  And there was that incident where I

21    wasn't able to type.

22          I could answer the phone but at the same time if

23    I'm not able to write, because I'm right-handed, it just

24    got that branch, or that supervisor for our department,

25    she got really upset. I mean she did not have to tell

 1  them -- tell it directly to me but it passed on to her

 2  other day shift supervisor and I got -- I got cornered

 3  at situations as far as why didn't you tell us that

 4  you're having problems with your right side?  I mean why

 5  only now that you're letting us know?  And I'm like

 6  because I wasn't aware of that.  And I told you that if

 7  it does happen I will let you know.  And which I did.

 8          So I was accommodated to areas where if Cara is

 9  in one position on a computer long enough let her work

10  in the front so that way she can move around and if she

11  has to sit down let her sit down.  I was accommodated

12  for a while until we started to also become insufficient

13  staff where there was girls calling in and really

14  because of the hours that they were working they, too,

15  got ill.

16          And that's understood in an admissions

17  department.  You know, they get ill or someone has to go

18  on vacation, not enough coverage, and because of the

19  knowledge of information that you needed that was

20  required in admissions as far as insurance codes.  And

21  the fact that I happened to be more of a technical

22  person versus all of a sudden accommodated to clerical

23  I had no -- the ten years in pharmacy was all mainly

24  technical and all of a sudden here I am with paperwork

25  or codes that I needed to memorize.

COPYING PR(   )ITED - HRS 606-13 AND OT(   ) COURT RULES          78

1    And I wasn't given enough training.  I know I

2    wasn't trained well enough to be given that

3    opportunities to give my best shot in -- as an admission

4    clerk, other than placed on vacation and no other

5    notices as far as we're giving you 60 days, at least

6    even 60 days or 30 days to bid for a new position.  No

7    notices.

8    Q    How did it come about that you transferred to

9    admissions instead of some other department?  Was that

10   your request or what?

11   A    It wasn't my request, it was where -- you know,

12   I don't recall.  That is a good question.  All I

13   remember was when I had bid for admissions.

14        And I now  remember.

15   Q    Okay.

16   A    It was the assistance of the human resource

17   manager, Miss Susan Hashimoto, again, suggesting that

18   there's going to be an opening.  That's all I recall.

19   It may not happen to what their knowledge would be or

20   their statements.  That position that's opening up

21   please bid for that.

22        So I -- I must admit Miss Susan Hashimoto did,

23   well, keep me informed by fax in my pharmacy there is an

24   admissions position opening up.  Please bid for that.

25   Because we're notifying Miss Pytel that you are bidding