**EXHIBIT 8**

## ST. FRANCIS MEDICAL CENTER
## JOB DESCRIPTION AND PERFORMANCE EVALUATION

Employee Name: __Cara Loeser__  Date of Hire: _____  Position: PHARMACY TECHNICIAN  Status: _____

Department: PHARMACY            Cost Center: __7070__       Job Coverage: [ ] Non-Bar  **ANNUAL PERFORMANCE EVALUATION**
Supervisor Name: Terri Leong    Title: _____ JUL 0 7 2000    Date  **COMPLETE AND RETURN TO HR BY:**
                                                                       __5/27/00__

**PART I:        POSITION SUMMARY**

HUMAN RESOURCES

This section introduces the mission, summarizes the position, and identifies the functional or competency requirements including skills, experience, and education or training and licensure necessary to ensure that employees are prepared to handle assigned responsibilities. The information is designed to indicate the general nature and level of work performed by an employee in this position. It is not to be interpreted as a comprehensive inventory for all duties, responsibilities, and qualifications of employees assigned to this job. Reasonable accommodation will be made to enable qualified inviduals with disabilities to perform the essential functions of this job.

**PART II:       JOB SPECIFIC PERFORMANCE REVIEW**

This section utilizes the major responsibilities of the position as the basis for the evaluation. The performance standards are end results that can be measured and result in successful performance of a major responsibility. Any additional competency factors, as attached, are reviewed periodically to include the annual review.

**PART III:      REVIEW OF PERFORMANCE STANDARDS**

This section is designated to evaluate performance on general behavioral expectations of all employees.

**PART IV:       DEVELOPMENT AND GOAL PLAN**

This section reviews the previous plan and goals to determine results; strengths and/or areas requiring improvement are summarized; meaningful goals are identified and a new plan is developed.

**PART V:        EMPLOYEE COMMENTS ON THE PERFORMANCE REVIEW**

This optional section allows employees an opportunity to comment on the review or about objectives, such as, commitments to development.

**PART VI:       SIGNATURES**

This evaluation must be signed by the employee and her/his immediate supervisor.

**ADDENDUM:      COMPETENCY REVIEW**

This job description and performance evaluation form is to be used in conjunction with the competency review form (as applicable) which has been developed for the position. The employee's demonstrated competency in recognizing and responding to patients' physical, mental, emotional, and developmental needs should be evaluated in relation to the age group(s) identified herein as appropriate for each responsibility.

### DEFINITIONS OF PERFORMANCE RATINGS

| | |
|---|---|
| **EXCEEDS STANDARDS** (ES) | Employee consistently exceeds the job responsibilities and performance factors and demonstrates highly proficient job performance. |
| **MEETS STANDARDS** (MS) | Performance is competent and meets the job's requirements. Participates in making contributions to the department. |
| **DOES NOT MEET STANDARDS** (DNMS) | Employee whose performance does not meet the expected performance level of the job's requirements. |
| **NOT APPLICABLE** (NA) | Standard does not apply to the position. |

---

*This Area for Use by Human Resources*

Date Issued: _____       Date Received: _____

view evaluation and note competency concerns evidenced by below standard assessment(s). If applicable, ensure that a resolution has been identified for each deficiency noted. If any noted deficiency lacks a corresponding resolution, return to supervisor/evaluator for completion.

Date Re-issued: _____    Date Reissuance Received: _____

7/25/00

Exhibit __8__
Name __Loeser A-47__
Date __8/24/05__

**EXHIBIT 8**

**PART I: POSITION SUMMARY**

| MISSION STATEMENT: |
|---|
| "In the performance of duties be ever mindful of the Medical Center's commitment statement as a Catholic healthcare institution committed the healing ministry of Jesus Christ; and the charism of the Sisters of the Third Franciscan Order as peacemakers witnessing to the Gospel and to the Franciscan values of simplicity and joy." |

| SUMMARY OF DUTIES |
|---|
| Under the supervision of designated pharmacist, performs a variety of technical and clerical support duties to provide pharmaceutical care to patients of St. Francis Medical Center. Specific duties related to the filling, posting, delivering, charging, monitoring, tracking and other responsibilities of the pharmacy technician are addressed in the Duties and Responsibilities section of the job description. |

| EDUCATIONAL REQUIREMENTS | |
|---|---|
| [ X ] | Up to and including high school. Requires enough basic education to understand and follow standard practice or oral and written instructions, able to read and write, use simple arithmetic, keep simple records, or use simple office machines like a typewriter. |

Other (Specify): Pharmacy Technician Certification, desirable, medical terminology certificate, preferred.

| EXPERIENCE | |
|---|---|
| [ X ] | Six months or less |

Other (Specify): Hospital pharmacy, retail pharmacy, or medical clinic experience. Will consider ward clerk experience. Knowledge of brand-generic medication names desirable.

| SKILLS REQUIRED |
|---|
| Computer experience, desirable.<br>Ability to communicate well with nursing staff and other hospital personnel.<br>Good math aptitude ( weight to volume, body weight, body surface area)<br>Typing speed > 25 wpm, calculator. |

| REPORTS TO: |
|---|
| Director of Pharmacy Services<br>Assistant Director of Pharmacy Services during absence of the Director<br>Senior Pharmacist - during absences of both Director and Assistant Director |

| SUPERVISES: | |
|---|---|
| [ X ] | No one. |

| COMMUNICATION AND CONTACTS: | |
|---|---|
| [ X ] | Requires contacts both inside and outside the medical center in order to furnish or obtain information and/or provide patient care. Normal courtesy, tact and discretion required. |

**PHYSICAL AND ENVIRONMENTAL REQUIREMENTS**

Indicate the number of hours (from 1 hour to 8 hours) that employee would be required to:

[ X ] Sit ___2___    [ X ] Stand ___5___    [ X ] Walk ___1___    [ ] Drive _____

The physical activities of this position involve: (Please indicate with an "X" all items that are essential functions of this position and are performed in excess of levels required for ordinary movement.)

| | | | | |
|---|---|---|---|---|
| [ X ] Balancing | [ ] Crouching | [ ] Kneeling | [ X ] Pulling | [ X ] Repetitive Movement |
| [ ] Climbing | [ ] Fingering | [ X ] Lifting | [ X ] Pushing | [ X ] Stooping |
| [ ] Crawling | [ X ] Grasping | [ X ] Carrying | [ X ] Reaching | |

An individual in this position will be required to carry or lift weight in this range: (Please indicate with an 'X' only the heaviest weight range that would be required when performing the essential functions of this position.)

[ ] Up to 10 pounds    [ ] 25 to 34 pounds    [ ] 51 to 74 pounds    [ ] Weight in excess of 100 pounds

[ X ] 11 to 24 pounds    [ ] 35 to 50 pounds    [ ] 75 to 100 pounds

A-46

The sensory and communication activities include essential activities to the performance of this position: (Please indicate with an "X" all that apply when performing this position.)

[ X ] Feeling   [ X ] Hearing   [ X ] Smelling   [ X ] Speaking   [ ] Tasting

[ X ] Seeing   [ X ] Ability to distinguish colors

## PHYSICAL AND ENVIRONMENTAL REQUIREMENTS (continued)

An individual in this position will be exposed to: (Please indicate with an "X" all that apply when performing only the essential functions of this position.)

[ X ] Inside environmental conditions

[ ] Outside environmental conditions

[ ] Inside and outside environmental conditions

[ ] Constant vibrating motion

[ X ] Bloodborne pathogens

[ X ] Respiratory hazards

[ X ] Dust, fumes, smoke, gases

[ ] Radiant energy

[ ] Working with hands in water

[ ] Extreme cold-temperature below 32 degrees for more than one hour at a time

[ ] Extreme heat-temperature above 100 degrees for more than one hour at a time

[ ] Physical hazards (example: working near electrical current)

[ X ] Chemical hazards

[ X ] Solvents, sterilizing agents

[ ] Grease and oils.

[ X ] Electrical energy.

[ X ] Working around machinery, moving objects and/or vehicles.

[ ] Working on ladders and scaffolds.

Other (Specify):

## AGES OF PATIENTS SERVED

This position requires knowledge in the care and handling of patients served in the age group(s) indicated below:

[ ] Infant: Birth to 1 year   [ ] Children: 1 - 12 years   [ ] Adolescent: 13 -17 years

[ ] Adult: 18 - 64 years   [ ] Geriatric: 65 years and above   [ ] Not Applicable

Other (Specify):

A-49

PART II:   JOB SP... PERFOR... CE REVIEW (THIS SECTION MAY BE ... PAGE LENGTH, AS DETERMINED BY DEPARTMENT AND P... )

| KEY RESULT AREAS (Essential Job Functions) | D N M S | M S | E S | N A | COMMENTS |
|---|---|---|---|---|---|
| **JOB DUTIES AND FUNCTIONS:** | | | | | |
| 1. Fills medications as ordered in unit dose trays. Posts all medications as ordered, delivers completed trays to floors, credits patients if any re-usable medications are returned. | | ✓ | | | |
| 2. Completes patient profiles information; patient weight, height, age, sex, allergies, and diagnosis. Will require pharmacy technician to contact the floor for information. | | ✓ | | | |
| 3. Answers telephone and complies with requests where indicated, otherwise refer to pharmacist. | | ✓ | | | |
| 4. Performs duties of pharmacy special department aide in emergency situations. | | ✓ | | | |
| 5. Assists in pharmacy annual inventory. | | ✓ | | | |
| 6. Gathers statistics for pharmacy studies. (i.e., census, number of medications dispensed, etc.) | | ✓ | | | |
| 7. Writes policies and procedures for unit related to normal duties and responsibilities. | | ✓ | | | |
| 8. Monitors nursing administration on narcotics and other controlled substances. | | ✓ | | | |
| 9. Enters charges/credits of pharmacy medications including controlled substances and enteral supplements to patients accounts via computer on a daily basis. | | ✓ | | | |
| 10. Contacts patient's nurse regarding medication request(s). | | ✓ | | | |
| 11. Assists pharmacists in order processing. | | ✓ | | | |
| 12. Tracks antibiotic usage for all patients and notifies physicians of automatic stop orders. | | ✓ | | | |
| 13. Prepares unit dose labeling and prepacking of medications. | | | | ✓ | |
| 14. Performs monthly floor inspections of designated patient care areas. | | ✓ | | | |
| 15. Files all medication orders and patient profiles alphabetically, that are going through hospital pharmacy. | | ✓ | | | |
| 16. Keeps track of new medications for pharmacy buyer requiring charge codes. | | ✓ | | | |
| 17. Provides assistance to special project committees. | | ✓ | | | |
| 18. Assists pharmacists with prescription processing of discharge and renal patients (familiarity and working knowledge of QS1 computer system). | | ✓ | | | |
| 19. Tracks all non-formulary medications being used within the Medical Center. | | ✓ | | | |
| 20. Provides maintenance service of the automated dispensing machine, Pyxis to include stocking, management and auditing of various functions. | | ✓ | | | |
| 21. May assist in conducting studies related to cost effective use of medications, to include information gathering. | | | | | |
| 22. Gathers data for dietary (coumadin, capoten, cyclospine usage) for notification of potential food-drug interactions. | | | | | |
| 23. Support and assist IV pharmacy technicians in the following functions:<br>a. Antibiotic compounding/labeling to include McGaw's Add-A-Vial system<br>b. Prepare unit dose form of epoetin alfa, calcitriol, iron dextran, and IV antibiotics for renal patients of Siemsen Dialysis Center<br>c. Delivery of antibiotics to perspective floors<br>d. Process IV orders via computer system network<br>e. Charges/ credits medications to patient accounts<br>f. Checks patients' MARs for administration time, allergies, and reconcile discrepancies.<br>g. Prepares sterile IV medication used by the medical center. | | | | | |

A-50

| KEY RESULT AREAS (Essential Job Functions) | MS | ES | NA | COMMENTS |
|---|---|---|---|---|
| JOB DUTIES AND FUNCTIONS: | | | | |
| PERFORMS OTHER RELATED DUTIES AS ASSIGNED | ✓ | | | |

SUPERSEDES: September 1991
Date

STATEMENT OF POSITION SUMMARY, REQUIREMENTS, AND JOB DUTIES AND FUNCTIONS APPROVED BY:

_____     _____
Department/Date                      Human Resources/Date

A-51

PART III: PERFORMANCE STANDARDS REVIEW

| EMPLOYEE STANDARDS | DNMS | MS | ES | NA | COMMENTS |
|---|---|---|---|---|---|
| **CUSTOMARY COMPLIANCE** | | ✓ | | | |
| 1. Adheres to administrative and departmental house rules, policies, procedures, and objectives. | | ✓ | | | |
| 2. Assists in care and maintenance of departmental equipment and supplies. | | ✓ | | | |
| 3. Adheres to administrative and departmental house rules, policies, procedures, and objectives specific to sick leave privileges. | | ✓ | | | |
| 4. Consistently reports to work on time and ready to work at the start of the shift. | | ✓ | | | |
| 5. Provides proper notification when late or absent. | | ✓ | | | |
| 6. Reports to work well-groomed and in compliance with the organization's dress code. Wears I.D. badge while on duty. | | ✓ | | | |
| 7. Adheres to Code of Organizational Ethics. | | ✓ | | | |
| **FISCAL RESPONSIBILITY** | | | | | |
| 1. Adheres to productivity guidelines for department. | | ✓ | | | |
| 2. Manages equipment, materials, supplies, and manpower within budget. | | ✓ | | | |
| **PERFORMANCE IMPROVEMENT** | | | | | |
| 1. Uses the values, philosophy, tools and techniques of Performance Improvement to support the organization's quality in all daily work. | | ✓ | | | |
| 2. Actively participates in Performance Improvement education and assures training of staff. | | ✓ | | | |
| 3. Actively participates in cross-departmental committees, teams, and task forces. | | ✓ | | | |
| 4. Develops action plans for performance improvement and understands what is necessary in order to meet customer needs and exceed expectations. | | | | | |
| **MISSION AND VALUES** | | | | | |
| 1. Demonstrates the ability to interact in a positive and helpful manner with patients, visitors, physicians, volunteers and co-workers. | | ✓ | | | |
| 2. Respects the dignity of all by maintaining their privacy and respecting confidentiality. | | ✓ | | | |
| 3. Exhibits a commitment to the organization's values of Joy, Peacemaking, Simplicity, and Charity. | | ✓ | | | |
| 4. Reflects commitment to building a supportive work environment and maintains a positive attitude at the work place and toward their job. | | ✓ | | | |
| 5. Projects a good image in their dealing with the public and is willing to make an extra effort to help build a quality and caring healthcare institution. | | ✓ | | | |
| **EFFECTIVE COMMUNICATION** | | | | | |
| 1. Speaks only English while in areas where patient care is delivered or wherever patients and the public are present or within hearing range, unless patient care requires the use of another language. | | ✓ | | | |
| 2. Demonstrates effective communication skills by conveying necessary information accurately and concisely, listening effectively, and asking pertinent questions. | | ✓ | | | |
| 3. Communicates effectively with other departments and staff, both orally and in writing; can read and understand written material and can write effectively to meet the job requirements. | | ✓ | | | |

A-52

PART III: PERFORMANCE STANDARDS REVIEW (CONTINUED)

| EMPLOYEE STANDARDS | DNMS | MS | ES | NA | COMMENTS |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE** | | | | | |
| 1. Establishes and maintains cooperative relationships with patients, staff, and others using a humanistic attitude (anticipates needs, respectful, caring, courteous). | √ | | | | |
| 2. Teamwork: Interacts with fellow workers in a way that promotes a harmonious and cooperative working environment. | √ | | | | |
| **FOSTERS A SAFE WORKING ENVIRONMENT** | | | | | |
| 1. Adheres to safety, health, and regulatory requirements as described in the administrative and departmental policies and procedures. | √ | | | | |
| 2. Reports incidents and unsafe work conditions to supervisor. | √ | | | -- | -- |
| **COMPETENCY CONSIDERATIONS** | | | | | |
| 1. Assumes individual responsibility to maintain all competencies as required. | √ | | | | |
| 2. Meets all competencies as required. | √ | | | | |
| 3. Fulfills the physical and environmental requirements of the job. | * √ | √ | | | MEDICAL CERT. |

3/14/00 – 7/14/00
5/17/00 –

3/14/00 – 7/14/00
5/8/00 –

A-53

PART IV: DEVELOPME... GOAL F... V

PREVIOUS GOALS MET?   [ ] YES [ ] NO

PLEASE EXPLAIN: _____

SUMMARIZE JOB-RELATED STRENGTHS AND/OR AREAS REQUIRING IMPROVEMENT

DEVELOPMENT PLAN AND EMPLOYEE GOALS FOR COMING YEAR   (Continue on separate sheet if necessary.)

NOTE: When developing goals and objectives, take into consideration any standards that were not met.

New Goals 2000 — I still want to make that effort in taking up a Med Cart; exchange meds; often/and if physically able.... I still have NOT experienced any IV RTU....

PART V: EMPLOYEE COMMENTS ON THE PERFORMANCE REVIEW (OPTIONAL)

PART VI: SIGNATURES

THE PERFORMANCE EVALUATION HAS BEEN REVIEWED BY:

SUPERVISOR: _Ria Weh_    TITLE: Senior Disp. Coord.    DATE: 7/6/00

EMPLOYEE: _[signature]_    TITLE: CPHT    DATE: 7/6/00
@ 5:50

A-54

Date of Hire/Transfer: _____
Type of Competency Review:
☐ Orientation/ Initial
☒ Ongoing

**ST. FRANCIS MEDICAL CENTER**
**COMPETENCY REVIEW**

Employee: __Loesler Cara__   Position: __Pharmacy Unit Dose Technician__   Department: __Pharmacy Services__

Supervisor Name: __Ria Weh__   SEP 1 9 2000   Title: __SR DSP-Coord__

HUMAN RESOURCES

| COMPETENCY REVIEW  + = one-time only | Competency Ratings Legend: ✓ = meets competency  0 = does not meet competency, requires a comment  NA = not applicable | | |
|---|---|---|---|
| | Date Met/Reviewed | Rating (see legend) | Comments (Include reviewer's initials if reviewer different than reviewer's signature on 2nd page) |
| **ORGANIZATION WIDE** | | | |
| Performance Improvement | | | |
| Customer Service | | | |
| **REGULATORY**  * = required of all staff | For Regulatory section only, complete as above or attach an updated Educational Event Tracking (EET) Report. Remember: ratings that do not meet competency require a comment. | | |
| St. Francis Healthcare System of Hawaii Orientation * + | ✓ | | |
| General Orientation * + | ✓ | | |
| Department Orientation * + | ✓ | | |
| General Safety * | ✓ | | |
| Fire Safety * | ✓ | | |
| Infection Control * | ✓ | | |
| Bloodborne Pathogens | | | |
| Tuberculosis (TB) | | | |
| Hazard Communication | | | |
| Radiation Safety | | | |
| Electrical Safety | | | |
| Equipment Safety | | | |
| Cardiopulmonary Resuscitation (CPR) | | | |
| **JOB SPECIFIC** | | | |
| Robot-Rx Packaging | NA | | |
| Blister Packaging | NA | | |
| Renal Floorstock and Shipping | NA | | |

A-55

F000000091

**…MPETENCY REVIEW**

+ = one time only

Competency Ratings Legend:  ✓ = meets competency
0 = does not meet competency, requires a comment
NA = not applicable

| | Date Met/Reviewed | Rating (see legend) | Comments (Include reviewer's initials if reviewer different than reviewer's signature on 2nd page) |
|---|---|---|---|
| Pyxis Restocking | 8/23/00 | | |
| QS1 Prescriptions Processing | ✓ | | |
| Cart Exchange | NA | | |
| Robot-Rx Restocking | NA | | |
| Employee possesses the required knowledge in the care and handling of patients served in age groups as indicated below: | | | |
| a. Geriatric [ ] REQUIRED [ ] NOT REQUIRED | | | |
| b. Adult [ ] REQUIRED [ ] NOT REQUIRED | | | |
| c. Pediatrics - Infant/Toddler [ ] REQUIRED [ ] NOT REQUIRED | | | |
| -Child [ ] REQUIRED [ ] NOT REQUIRED | | | |
| -Adolescent [ ] REQUIRED [ ] NOT REQUIRED | | | |
| Crash Cart Replacement | | | |
| Crash Cart Restocking | | | |

Additional Comments: _____

REVIEWER: _Ria Leler_   TITLE: _SR. DISP. COORD_   DATE: _9/7/00_

EMPLOYEE: _[signature]_   TITLE: _CAH 7_   DATE: _9/7/00_

Standards and criteria for competency review are defined within each department's Competency Reference Guide
REV.WPD 12/6/99

A-56