**EXHIBIT 16**

## SFMC Admissions Department Orientation and Training Check List - Registr

*Welcome to SFMC!*

*Revised: 8/11/2000*

Employee: CARA LOESER

Supervisor(s): ☑ Barbara ☐ Terry ☑

Start Date: DEC 4, 2000  End Date:

| Topic | Date/initial |
|---|---|
| **Prior to new Registrar's first day:**<br>☑ NARF (Network Access Request Form) - Complete at least 4 days prior to the Registrars first day.  Obtain following info from new employee:<br>   ✆ Home Zip Code    ✆ SS#    ✆Height    ✆Mother's first name.<br>☑ HMSA HHIN - prepare the confidentiality form fax to HHIN<br>☐ Schedule SFMC computer classes for: Win 95,  Power Chart,  Internet class<br>☑ Locker - find an available clean locker with key for staff to place personal items.<br>☑ Hot file - label a manilla folder and place it in alpha order in hot files.<br>         Area for Registrar to obtain feedback and updates. | 12/1  H |
| **Human Resources (HR) to provide new Registrar with:**<br>•    · ID badge               *Terry.*<br>•    HR employment forms (tax, I-9 forms, <u>parking,</u> new hire PAF, etc)<br>•    Employee Orientation checklist - must be returned to HR <u>in 30 days!</u><br>•    Benefits awareness session<br>•    SF Health Care system orientation<br>•    SFMC <u>general</u> orientation | |
| **General Department Orientation:**<br>☑ Scope of Service, Mission, Organization Chart, Dress Code<br>☑ Department expectations:  accurate complete work, follow-through, ability to multi-task, reliable, accountable, excellent customer service<br>☑ Job description<br>☑ Schedule:  holidays, breaks, LOA, OT<br>☑ Sick Leave: requires one day sick leave from health nurse<br>☑ Incident and Injury procedures<br>☑ Time Card:  location, how to use, signature in ink<br>☑ Policies,  procedure manual, tip book<br>☑ Hospital wide policies - internet access<br>☑ Tour of department and introduction to staff<br>☐ Tour of hospital, nursing units and ancillary departments<br>☐ How to close and lock up the department - hours of operation | |
| **Education and SFMC updates**<br>☑ Dept monthly meetings on last Wednesday of every month 2:00 p.m.<br>☑ In services held continuously held throughout the year.<br>☑ E-mail - importance to read e-mail every day you report to work<br>☑ Continuing Education courses, e.g., customer service, computer | 12/1/00  H |

Exhibit ___16___<br>Name ___Loeser___<br>Date ___8/24/05___<br>**EXHIBIT 16**

2

**Infection Control Manual**
- ☑ Mask patients who come in for "brushed bronchoscopies"
- ☑ PPE personal protective equipment - location of supplies, duck mask
- ☐ Appropriate notification process
- ☑ Resistant Organism Screen - ADT message "Notify Infection Control"
- ☑ Transplant patient alert screen and what to do.

**Equipment Training and Operation**                    ☑ *microf.*
- ☐ Telephone system (hold, link, transfer)
- ☑ Answering Machine in pre-registration room
- ☑ Safe (for valuables envelopes and parking stickers)
- ☑ Computers - PC surge protectors turn off at night
- ☑ Fax
- ☑ Copier
- ☑ Face sheet printer
- ☑ Embosser
- ☑ Pneumatic Tube
- ☑ Physician Order Drop Box: key location; how to use and log information

**Computer**
- ☑ E-mail (teach how to send, receive, open an attachment), read e-mail each workday
- ☐ Cerner - ADT Downtime registration
- ☐ Cerner - Power Chart/Task Bar (take class offered by Genesis team)
- ☑ WordPerfect Physician Suspension List
- ☑ DDE Medicare insurance verification
- ☑ HMSA HHIN insurance verification
- ☑ Policy access via internet

**Financial/$ Estimations**
- ☑ Estimates for outpatient, ambulatory, inpatient.
- ☑ Payment Agreement and Credit Application
- ☐ Financial Counselor notification and note screen documentation.
- ☐ Documentation in the note screen
- ☐ Copayments and ☑ discounts (employees and religious) *in VIP field*  *R = religious*  *E = employee*

**Back - up Numbers** (to use when system is down)
- ☑ Account numbers aka Financial Number ("fin numbers)
- ☑ Medical Record numbers

**Insurance Verification & Financial Classes**
- ☑ DDE
- ☑ HMSA, HHIN and infobot
- ☑ Commercial (recognize time change!)

**Medicare**
- ☑ 72 hour rule video and quiz
- ☑ Online introduction to Medicare   12/5
- ☑ Medicare training with financial counselor

3

| | |
|---|---|
| **"Things to Do"**<br>☑ INT    ☐ Insurance letters with approval precerts    ☑ Agency<br>☐ Lab    ☐ MOB pharm    ☑ Hospice    ☐ ~~Home Care~~ | |
| **Forms/Documents**<br>☑ Face sheet<br>☑ Condition of Admission (COA)<br>☑ Patient Rights form<br>☑ Medicare Secondary Payor (MSP) form - 72 hour rule<br>☐ Medicare Rights<br>☐ Addendum to Medicare<br>☐ NODMAR form<br>☑ Valuables envelope - cashiers transfer to our safe<br>☐ Private Room request<br>☑ Payment Agreement<br>☑ Credit Application<br>☐ Referral authorization<br>☑ Check list for inpatient chart<br>☑ Pre-reg slips<br>☑ Daily Sign in log | |
| **Chart Preparation and dissemination**<br>☐ Inpatient<br>☐ Ambulatory<br>☐ Ancillary<br>☐ Cardiac Cath<br>☐ Agencies<br>☐ SNF<br>☐ Outpatient to inpatient<br>☐ Inpatient to outpatient<br>☐ Walk-in and next day admissions<br>☐ Running accounts | |
| **Pre-registration**<br>☐ Outpatient<br>Imaging: xray, Nuc Med, MRI, CT.  Clinics: Liver, Diabetic, OPC<br>Amb: Amb, Endo.  Misc: Cardiac cath, Lab.  Running #'s: K, R | |
| **Emergency Room** registration<br>☑ Accounts are discharged manually<br>☑ HMSA has it's own financial class<br>☐ HPD month obtain officer's badge number and enter into the remarks line. | |
| **Bed Control** | |