**EXHIBIT 17**

## Admission Registrar Requirement Check List

Purpose: To help ensure the interviewee understands the mandatory job requirements.

**Work independently**
Ability to perform complete registration and/or bed control responsibilities working independently without relying on others to complete their own work. Team work is stressed to ensure balanced work load.

**Follow-through**
Follow-through needs to be timely and accurate. For example: When the supervisors provide feedback and/or constructive feedback the registrar needs to follow-through with the appropriate action within the designated time frame required.

**Multi-task**
Ability to multi-task. For example: The registrar may be placed in a position to handle multiple different responsibilities. The registrar is responsible to follow-through with all of the tasks by using appropriate judgment to prioritize the tasks and ensure the requests are accomplished professionally.
It is an erratic, unpredictable and can be hectic, therefore the ability to remain calm and the ability to multi-task and prioritize are crucial.

**Skills**
Ability to read and follow instructions.
Ability to perform basic math and grammar skills.
Ability to learn registration and bed control without having to rely heavily on other staff after being trained with the basic skills.
Accomplish the tasks allocated to your particular shift.

**People Skills**
- Ability to remain calm, courteous and professional.
- To treat all customers with respect and kindness. This includes, co-workers, physicians, patients, insurance carriers, hospital staff etc.
- To keep all information confidential.
- To understand we are not clinicians and we should never offer "clinical" advise but to refer the patients questions to the appropriate clinician.

**Physical:**
- majority of time may be in front of the public, registering the patient, face to face for the evening shift duties, the ability to react to assist the patient is essential.
- ability to sit for the majority of time (e.g., 6 hours, 1 hr stand, 1 hr walk) and react to registration requests in a timely manner.
- help move (push/pull) patient in the wheel chair, move chair out of registration room
- move face sheet box to printer and thread in the paper (approx 30 lbs)
- entering information into the system throughout the day - pay close attention to the ergonomics of the work area because the job requires repetitive motion, data entry.

Exhibit 17
Name Loeser
Date 8/24/05

EXHIBIT 1

**ER environment:**
*Mental* - Ability to deal with volatile patient, e.g., during HPD month we may encounter prisoners. Some HPD prisoners behave rudely, it is important that the registrars can deal effectively with the variety of behavior that may appear.
*Physical* - Ability to sit for the majority of the time yet have the ability to get up immediately to assist patient who may need to be registered in an ER clinical room. Ability to deal with exposure to ER patient care.