**EXHIBIT 26**

## SECTION 2
## YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU

A. What are the illnesses, injuries or conditions that limit your ability to work? *Multiple Sclerosis (MS) - Paresthesias of face/limbs/body, weakness, numbness of arms, dropping to floor/trips, intermittent loss of vision, speech, hearing, awareness of self, surroundings and dizziness.*

B. How do your illnesses, injuries or conditions limit your ability to work? *Interferes with walking and performing manual tasks. Because MS is unpredictable, problems come on unexpectedly. St. Francis (Hosp. Ltd.) removed me from my job of 10 years and referenced my MS symptoms.*

C. Do your illnesses, injuries or conditions cause you pain or other symptoms? ☑ YES ☐ NO

D. When did your illnesses, injuries or conditions first bother you? Month: November

E. When did you become unable to work because of your illnesses, injuries or conditions? Month: July

F. Have you ever worked? ☑ YES ☐ NO (If "NO," go to Section 4.)

G. Did you work at any time after the date your illnesses, injuries or conditions first bothered you? ☑ YES ☐ NO

H. If "YES," did your illnesses, injuries or conditions cause you to: (check all that apply)
   ☐ work fewer hours? (Explain below)
   ☑ change your job duties? (Explain below)
   ☑ make any job-related changes such as your attendance, help needed, or employers? (Explain below)

*Because St. Francis Medical terminated me for my MS symptoms, I no longer perform Pharmacy Technician duties. As a Sales Assistant with Aloha Petroleum (my current employer) the Company allows: time off as needed, light duties, provision of rest periods in a chair when MS symptoms arise.*

I. Are you working now? ☑ YES ☐ NO
   If "NO," when did you stop working? Month: ___

J. Why did you stop working? ___

FORM SSA-3368-BK (11-2001) EF (06-2002) The 12-1998 edition may be used until exhausted    PAGE 2

Loeser vs St. Francis Medical Center; Civil No. 04-00474 DAE/KSC
Records from Stephen B. Kemble, M.D. taken 07/25/05    39

EXHIBIT 26