**EXHIBIT F**

# HAWAI'I CIVIL RIGHTS COMMISSION

830 PUNCHBOWL STREET, ROOM 411   HONOLULU, HI 96813 • PHONE: 586-8636 FAX: 586-8655 TDD: 586-8692

November 15, 2004

Liann Y. Ebesugawa, Esq.
Goodsill Anderson Quinn
 & Stifel
P. O. Box 3196
Honolulu, HI   96801

        Re:   Cara Loeser vs. St. Francis Medical Center
              FEP No. 10964; EEOC No. 37B-A2-0007;
              Civil No. 04-00474 DAE

Dear Ms. Ebesugawa:

Pursuant to your request, enclosed are copies of the above file
(minus the Respondent's Response dated November 30, 2001).  Such
copies are provided based upon a representation that a civil action
has been filed pursuant to the right to sue issued by the
Commission.  Receipt of payment of $5.80 from your office for 116
pages at $.05 per page is acknowledged.

The Commission has retained or redacted the confidental documents
on the enclosed lists based upon H.R.S. § 368-4, Title VII of the
Civil Rights Act of 1964 and legal privilege.

Please read the enclosed Notice to Complainant or Respondent.  By
disclosing these files, the Commission is not authorizing the use
of these files for purposes other than those allowed by HRS §368-4.

Please contact me if there are any questions.

Sincerely,

John Ishihara
Chief Counsel

Enclosures

EXHIBIT F

| CHARGE ... SCRIMINATION ORIGINAL | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974;  See Privacy Act Statement before completing this form. | | ☒ FEPA ☒ EEOC | 10964 37B-A2-0007 |

Hawaii Civil Rights Commission                    and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* | |
|---|---|---|
| Ms. Cara L. Loeser | (808) 671-0077 | |
| STREET ADDRESS                    CITY, STATE AND ZIP CODE | | DATE OF BIRTH |
| 94-734 Kuhaulua Place                    Waipahu HI 96797-2813 | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| St. Francis Medical Center | 15+ | (808) 547-6290 |
| STREET ADDRESS          CITY, STATE AND ZIP CODE | | COUNTY |
| 2230 Liliha Street          Honolulu HI 96817 | | 003 |
| NAME | TELEPHONE *(Include Area Code)* | |
| | | |
| STREET ADDRESS          CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN/ANCESTRY<br>☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ OTHER (Specify) | EARLIEST        LATEST<br>                      7/31/01<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed attach extra sheet(s):*

I.    During the course of my employment, I was continually denied reasonable accommodations, including but not limited:  being denied reasonable accommodations in my position as Pharmacy Technician, being forced resign from my position as Pharmacy Technician and forced to transfer to the Admissions Department, being terminated from my position as Admissions Registrar, being denied reinstatement to my position as Pharmacy Technician, and the last incident occurring on July 31, 2001, when I was terminated from St. Francis Medical Center.  I was earning $14.18 hourly.  I was hired in May 1990.

II.   No reasons were given as to why I was denied reasonable accommodations in my position as Pharmacy Technician.

Teresa Pytel, Admissions Manager, told me that I was selected for the Admissions Registrar position because of my "superseniority."

Teresa Pytel, Admissions Manager, stated that I could no longer return to the Admissions Department because I am not able to comprehend the basic registration functions to perform the standard roles of an Admissions Registrar.

Page 1 of 3

| ☒ I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State & local requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| I declare under penalty of perjury that the following is true and correct | SIGNATURE OF COMPLAINANT |
| | *(signature)* 10/09/2001 |
| Date 10/29/2001          Charging Party *(signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)* |

EEOC FORM 5                    DATE FILED: OCT ... 2001                    MEW:ta

| CHARGE ~~OF~~ ~~DISCRIMINATION~~ ORIGINAL | | AGENCY | CHARGE NUMBER |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | | ☒ FEPA | 10964 |
| | | ☒ EEOC | 37B-A2-0007 |

| Hawaii Civil Rights Commission | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* | |
|---|---|---|
| Ms. Cara L. Loeser | (808) 671-0077 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 94-734 Kuhaulua Place | Waipahu HI 96797-2813 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) | |
|---|---|---|---|
| St. Francis Medical Center | 15+ | (808) 547-6290 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |
| 2230 Liliha Street | Honolulu HI 96817 | | 003 |
| NAME | | TELEPHONE (Include Area Code) | |
| | | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |
| | | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐RACE  ☐COLOR  ☐SEX  ☐RELIGION  ☐NATIONAL ORIGIN/ANCESTRY | EARLIEST                    LATEST |
| ☒RETALIATION  ☐AGE  ☒DISABILITY  ☐OTHER (Specify) | 7/31/01 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed attach extra sheet(s):*

Ms. Hashimoto also stated that I could not be returned to my position in the Pharmacy Department because my "problems" with my feet, numbness, weakness in the arms and inability to lift, affected my ability to perform the essential functions of the Pharmacy Technician position.

No reasons were given for my termination from St. Francis Medical Center.

III.   I believe that I was denied reasonable accommodations, including: being forced to resign from my position as Pharmacy Technician and forced to transfer to the Admissions Department, being terminated from my position as Admissions Registrar, being denied reinstatement to my position as Pharmacy Technician, and being terminated from St. Francis Medical Center, because of my disability and in retaliation for my requesting reasonable accommodations. My belief is based on the following reasons:

A.   I deny that I was not able to perform the essential job functions of my position as Pharmacy Technician, with accommodations. However, I was never provided reasonable accommodations in my position as Pharmacy Technician.

B.   Because I was not provided reasonable accommodations in my position as Pharmacy Technician, I felt forced to accept a transfer to the Admissions Department.

Page 2 of 3

| ☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State & local requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| I declare under penalty of perjury that the following is true and correct | SIGNATURE OF COMPLAINANT |
| Date *(signature)* 10/09/2001          Charging Party *(signature)* | 10/09/2001 |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| EEOC FORM 5       DATE FILED: OCT 0 9 2001 | MEW:tg |

# CHARGE [DI]SCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

**ORIGINAL**

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | 10964 |
| ☒ EEOC | 37B-A2-0007 |

Hawaii Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Ms. Cara L. Loeser | (808) 671-0077 | |
| STREET ADDRESS — CITY, STATE AND ZIP CODE | | DATE OF BIRTH |
| 94-734 Kuhaulua Place     Waipahu HI 96797-2813 | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| St. Francis Medical Center | 15+ | (808) 547-6290 |
| STREET ADDRESS — CITY, STATE AND ZIP CODE | | COUNTY |
| 2230 Liliha Street     Honolulu HI 96817 | | 003 |

| NAME | TELEPHONE (Include Area Code) |
|---|---|
| STREET ADDRESS — CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN/ANCESTRY
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST          LATEST    7/31/01
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed attach extra sheet(s)):

C.  Throughout my employment, my Union Representatives requested reasonable accommodations for me.

D.  I believe that I was terminated from my position as Admissions Registrar because of my disability and in retaliation for requesting reasonable accommodations.

E.  I believe that I was not reinstated to my position as Pharmacy Technician, and ultimately terminated from St. Francis Healthcare System, because of my disability and in retaliation for requesting reasonable accommodations.

Page 3 of 3

☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State & local requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

I declare under penalty of perjury that the following is true and correct

Date 10/09/2001   Charging Party (signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 10/09/2001
(Day, month, and year)

EEOC FORM 5    DATE FILED: OCT 09 2001    MEW:tg