**EXHIBIT G**

LAW OFFICES OF CARL M. VARADY

CARL M. VARADY
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447

Attorney for Plaintiff
CARA LOESER

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| CARA LOESER<br><br>Plaintiff,<br><br>vs.<br><br>ST. FRANCIS MEDICAL CENTER,<br><br>Defendant. | CV 04-00474 (DAE/KSC)<br><br>PLAINTIFF CARA LOESER'S ANSWERS TO DEFENDANT ST. FRANCIS MEDICAL CENTER'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES<br><br>TRIAL DATE: July 18, 2006 |

## PLAINTIFF CARA LOESER'S ANSWERS TO DEFENDANT ST. FRANCIS MEDICAL CENTER'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES

Plaintiff, Cara Loeser, hereby responds to Defendants' First Request for Answers to Interrogatories as follows:

EXHIBIT G

# INTERROGATORIES

1. State your full name, your present address, social security number and date of birth.

   ANSWER:

   Cara Lourdes Loeser
   5122 Likini St. #307
   Honolulu, Hawaii 96818
   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
   January 20, 1955

2. Identify the name, address, position that you held, and dates of employment or relationship with every person or entity for whom you performed any compensable work as an employee or an independent contractor since 1996 to the present.

   ANSWER: Employer (w/address): Kaimuki-Waialae YMCA, 4850 Kilauea Avenue, Honolulu, Hawaii 96816

   Position held: Pilates and Aqua Aerobics Instructor

   Dates of employment: Sept. 2003 - Feb. 2005

   Employer (w/address): Oahu Club, 6800 Hawaii Kai Drive, Honolulu, Hawaii 96825

   Position held: Aqua Aerobics Instructor

   Dates of employment: October 2003 - January 2004

   Employer (w/address): West Oahu Family YMCA, 95-1190 Hikikaulia Street, Mililani, Hawaii 96797

Position held: Pilates and Aqua Aerobics Instructor

Dates of employment: April 2002 - December 2002


Employer (w/address): Kinkos Copies, 1500 Kapiolani Blvd, Honolulu, Hawaii 96814

Position held: retail clerk/cashier

Dates of employment: December 2002 - August 2003


Employer (w/address): Island Mini Mart, 3625 Harding Avenue, Honolulu, Hawaii 96816

Position held: retail clerk/cashier

Dates of employment: August, 2002 - November, 2002


Employer (w/address): St. Francis Medical Center, 2230 Liliha Street, Honolulu, Hawaii 96817

Position held: Pharmacy Technician

Dates of employment: May, 1990 - February, 2001


Employer (w/address): Vacations Hawaii, 1585 Kapiolani Blvd. Suite 900, Honolulu, Hawaii 96814

Position held: Independent Travel Associate

Date(s)/Year(s) of Sub-Contract: 1996-1999

3. Identify the name, address, position that you held, and dates of employment or relationship with every person or entity for whom you performed any volunteer work as an employee or an independent contractor since 1996 to the present.

ANSWER:

4. State with specificity any lost opportunities, employment, income, compensation, or benefits that you believe you have suffered as a result of any alleged acts or conduct of the Defendants which are the basis for claims set forth in the Complaint.

ANSWER: Lost opportunity of a full-time position as a pharmacist technician at St. Francis Medical Center where I was employed for 10 years. I had planned on keeping this job at least until I reached the age of retirement (64 yrs). Losses from the date of my termination include lost wages and related health and medical coverage, lost income from the accrual of 401k retirement investments, and pension and related health and medical coverage that I would receive if I remained with St. Francis until the age of retirement. In addition, the loss of my income has damaged my credit rating, as I was forced to live off my credit cards. I was unable to pay off my mounting debts without an income. Most important of all, I was really, really happy working in the pharmacy at St. Francis, and that came to an end simply because I became afflicted with MS. The most important opportunity to me that I lost was my ability to support myself.

5.  Have you taken any action to mitigate any loss of employment, pay, compensation or benefits?

    ANSWER: Yes.

6.  If the answer to Interrogatory 5 is anything other than an unqualified "no," list each action you have taken to mitigate such loss, indicating the source and value of the compensation, pay, and benefits you have received as mitigation.

    ANSWER: I subsequently was employed by Fedex-Kinkos, but was terminated due to my MS condition. My efforts to become gainfully employed since my termination have been unsuccessful. These efforts have been recognized and confirmed by both the state welfare dept. and Social Security Administration regarding my application for Disability Benefits. I have applied for and now am receiving Social Security Disability Benefits. I also have applied for assistance through unemployment compensation, and state welfare assistance.

7.  Identify by name, address, date of treatment, and type of treatment, each physician and/or other medical practitioner or counselor who has treated you or whom you have consulted regarding physical, emotional, and/or mental conditions, impairments, or illnesses since 1990.

    ANSWER: Dr. Leo Maher, MD, LLC
    Address: Queen's Medical Center, 1380 Lusitana Street, Ste. 1012, Honolulu, Hawaii 96813
    Phone: 545-3299, Fax: 523-1992
    Dates of Treatment: Summer 2004 to Present, approximately 6 visits
    Type of Treatment: Multiple Sclerosis

    Dr. Stephen Kemble, MD Address: 600 Kapiolani Blvd., Suite 402, Honolulu, Hawaii 96813



Phone: 537-2665, Fax: 524-3747
Dates of Treatment: Spring 2003 to Present, approximately 10 visits (including: 3/24/03, 4/7/03, 4/29/03, 6/20/03, 7/24/03, 8/14/03)
Type of Treatment: Psychiatric consultation regarding multiple sclerosis condition

Dr. Michael K. Y. Chun, MD
Address: Aiea Medical Building, 99-128 Aiea Heights, Dr., Ste. 502, Aiea, HI 96701
Phone: 488-8101
Dates of Treatment: 1999-2001, approximately 4 visits (including: 11/22/2000)
Type of Treatment: plantar fasciitis

Dr. Bryan Matsumoto, MD
Address: 98-1079 Moanalua Road #630, Aiea, Hawaii 96701
Phone: 488-0990
Dates of Treatment: 1991 to present, approximately 20 visits
Type of Treatment: general medical

Dr. Calvin Oishi, Orthopedic Surgeon
Address: Pali Momi Medical Center, 98-1079 Moanalua Rd., Suite 300, Aiea, Hawaii 96701
Phone: (808) 524-2575, 484-2042, 532-2042; Fax: 487-8324, 532-2048
Dates of Treatment: 2003, approximately 3 visits Type of Treatment: pain in right knee, pain in rotator cuff

Dr. Melvin Yee, MD
Address: 321 N. Kuakini St. #810, Honolulu, Hawaii 96817
Phone: (808) 523-5885
Dates of Treatment: 8/2004 (1 visit only)
Type of Treatment: Multiple Sclerosis

Dr. David Kaku, MD Address: 321 N. Kuakini St. #810, Honolulu, Hawaii 96817
Phone: (808) 523-5885

Dates of Treatment: 1998 to 2004, approximately 50 visits (including: 3/24/03, 5/23/03, 7/18/03, 7/25/03, 8/5/03, 6/5/03)
Type of Treatment: Multiple Sclerosis
*Note*: Dr. Kaku passed away around 4/04 from lung cancer

Kuakini Medical Center MRI Services
Address: 341 N. Kuakini St., Honolulu, Hawaii 96817
Phone: (808) 536-2236
Dates of Treatment: 6/5/2003
Type of Treatment: MRI


Dr. Charles Kim, Urologist
Address: 98-1079 Moanalua Road, #630, Aiea, HI 96701
Phone: (808) 488-3400, 523-7577, 524-2575
Dates of Treatment: 6/6/03, 6/16/2003
Type of Treatment: Bladder Function


Dr. Dianna Huang, MD
Address: 1441 Kapiolani Blvd. #1810 Honolulu, HI 96814
Phone: (808) 949-5308, Fax: 943-0963
Dates of Treatment: 6/2004
Type of Treatment: female gynecological issues


Dr. Francis Buto, MD (substituted for Dr. Bryan Matsumoto, MD)
Phone: (808) 488-0990
Address: 98-1079 Moanalua Road #630, Aiea, Hawaii 96701
Dates of Treatment: 9/12/2003
Type of Treatment: diagnosis of pain in right knee


Dr. Pierre Pang, MD
Address: 2055 N. King St. Suite 100, Honolulu, Hawaii 96819
Phone: (808) 533-7400

>Dates of Treatment: 2 visits only (1/2005, ?/1998)
>Type of Treatment: vision problems related to Multiple Sclerosis
>
>Dr. Dan Tanahashi, MD
>Address: 1441 Kapiolani Blvd., Honolulu, Hawaii 96814
>Phone: (808) 941-8803
>Dates of Treatment: Summer 2001, approximately 3 visits (including: 8/27/2001)
>Type of Treatment: Psychiatric consultation regarding multiple sclerosis condition

8. Provide a listing of all compensation, income, money, benefits and/or increase in personal wealth you have received since 2000, including the source of the income, the amount received and the date received.

   ANSWER:  A.   Employment:

   St. Francis Medical Center, Honolulu, Hawaii, 2000-2001, approximate income: $32,000

   Island MiniMart, Honolulu, Hawaii, August 2002- December 2002, approximate income: $1,900

   Kinkos Copies, Honolulu, Hawaii, December 2003 - August 2003, approximate income: $6,400

   Kaimuki-Waialae YMCA, Honolulu, Hawaii, September 2003 - Present, approximate income: $6,200

   Oahu Club, Honolulu, Hawaii, October 2003 - January 2004, approximate income: $900

   West Oahu Family YMCA, Mililani, Hawaii, Spring 2002 - December 2002, $640

   B. Liquidated pensions

   St. Francis Medical Center, 2001, approximate income: $6,000



        C. Unemployment compensation, Honolulu, Hawaii, 2002-2003, $2,723

        D. Credit cards, Honolulu, Hawaii, 2001 - present, approximate outstanding balance: $25,000

        E. State Welfare Assistance, Honolulu, Hawaii, October 2004 - September 2005, approximate income: $3,200

        F. SSDI benefits, Honolulu, Hawaii, November 2005, approximate income: $47,600

        G. Food stamps, Honolulu, Hawaii, September 2004 - September 2005, approximate income: $2,640

9.    If you have filed any claims or lawsuits (including grievances and internal complaints) against any individuals or entities other than Defendant, identify the name of the individual or entity, the date and nature of the claim, and the result of the claim, including any monetary amounts received by you as a result of the claim.

      ANSWER:   Lawsuit filed against Fedex Kinkos for wrongful termination concerning violations of the Americans with Disabilities Act. Lawsuit filed 11/3/04. Settlement in favor of Cara Loeser for the gross amount of $27,500.

10.   For each witness you may call at trial in this action, identify the witness and state with specificity the substance of his/her expected testimony, as well as his or her address.

      ANSWER:

| NAME AND ADDRESS | AREAS OF TESTIMONY |
|---|---|
| Leo M. Maher, MD, neurologist; 1380 Lusitana St., Suite 102; Honolulu, HI 96813 | Plaintiff's medical condition, treatment, work limitations and abilities. |
| Bryan M. Matsumoto, MD, 98-1079 Moanalua Rd., Suite 500; Honolulu, HI 96701 | Plaintiff's medical condition, treatment, work limitations and abilities. |
| Michael K.Y. Chun, D.P.M., 321 N. Kuakini St., Suite 810; Honolulu, HI 96817 | Plaintiff's medical condition, treatment, work limitations and abilities. |
| Stephen Kemble, MD, 600 Kapiolani Blvd., Suite 402; Honolulu, HI 96813 | Plaintiff's emotional state and duress due to her medical condition and termination by Defendant. |
| Dan Tanahashi, MD, 98-211 Pali Momi St. Suite 414, Honolulu, HI 96701 | Plaintiff's emotional state and duress due to her medical condition and termination by Defendant. |
| Susan Hashimoto (former Employee Relations Manager) c/o Goodsill Anderson Quinn & Stifel | Defendant's employment policies, practices and procedures; Plaintiff's employment with, and termination of employment by Defendant; communications with Plaintiff and staff; Plaintiff's work performance. |
| Randolph Oba (Senior Pharmacist) c/o Goodsill Anderson Quinn & Stifel | Communications with Plaintiff, as immediate supervisor, and other St. Francis staff; Plaintiff's work performance. |
| Ria Walz (Senior Dispensing Coordinator) c/o Goodsill Anderson Quinn & Stifel | Communications with Plaintiff, as supervisor, as well as other St. Francis staff; Plaintiff's work performance. |

| | |
|---|---|
| Boyd McCleary (Pharmacy Director) c/o Goodsill Anderson Quinn & Stifel | Defendant's employment policies, practices and procedures; Plaintiff's employment with, and termination of employment by Defendant; communications with staff. |
| Teresa Pytel (former Admissions Manager) c/o Goodsill Anderson Quinn & Stifel | Communications with Plaintiff, as immediate supervisor, as well as other St. Francis staff; Plaintiff's work performance. |
| Barbara Fujimoto (former Patient Registration Supervisor) c/o Goodsill Anderson Quinn & Stifel | Communications with Plaintiff, as immediate supervisor, as well as other St. Francis staff; Plaintiff's work performance. |
| Terry Shigematsu (former Patient Registration Supervisor) c/o Goodsill Anderson Quinn & Stifel | Communications with Plaintiff, as immediate supervisor, as well as other St. Francis staff; Plaintiff's work performance. |
| Priscilla Lee (in-patient pharmacist) c/o Goodsill Anderson Quinn & Stifel | Communications with Plaintiff, as immediate supervisor, as well as other St. Francis staff; Plaintiff's work performance. |
| Lillian Wakuzawa (pharmacist) c/o Goodsill Anderson Quinn & Stifel | Communications with Plaintiff, as immediate supervisor, as well as other St. Francis staff; Plaintiff's work performance. |
| Vanessa Kop (in-patient pharmacy technician) c/o Goodsill Anderson Quinn & Stifel | Communications with Plaintiff, as well as other St. Francis staff; Plaintiff's work performance. |
| Bernadette Regala (in-patient pharmacy technician) c/o Goodsill Anderson Quinn & Stifel | Communications with Plaintiff, as well as other St. Francis staff; Plaintiff's work performance. |

| Angeline Bell (admissions registrar) c/o Goodsill Anderson Quinn & Stifel | Communications with Plaintiff, as well as other St. Francis staff; collective bargaining process; Plaintiff's work performance. |
|---|---|
| Gloria Buntin (admissions registrar) | Communications with Plaintiff; Plaintiff's work performance |
| Melvin Kahele | Facts concerning Plaintiff's termination |
| Alan Itomura | Facts concerning Plaintiff's termination |
| Martin Coleman | Facts concerning Plaintiff's termination |
| Robert Bruno | Facts concerning Plaintiff's termination |
| Candace Yamamoto | Facts concerning Plaintiff's termination |
| April Kim | Facts concerning Plaintiff's termination |

11. Identify all experts who will testify on your behalf with regard to any claims in the Complaint, and state with specificity the area of expertise of each such expert, a complete summary of each opinion, and the basis for each opinion.

   ANSWER: No experts have been specially retained at this time to testify in this matter. Dr. Steven Kemble (psychiatrist) - is able to provide an opinion of the psychological impact of my wrongful termination from St. Francis, as a treating psychiatrist. Dr. Leo Maher (neurologist) - is able to provide medical information about multiple sclerosis and how it may have affected my work performance at St. Francis, as my treating neurologist.

## VERIFICATION

STATE OF HAWAI'I         )
                         ) SS:
COUNTY OF HONOLULU       )

CARA LOESER, being first duly sworn upon oath, deposes and says that the foregoing answers to interrogatories are true to the best of her knowledge and belief.

_____
CARA LOESER

Subscribed and sworn to before me
this _22nd_ day of _November_, 2005.
Notary Public, State of _Hawaii_

_____
Printed Name: Michelle Williamson

My commission expires: _7/9/08_
L.S.

LAW OFFICES OF CARL M. VARADY

CARL M. VARADY          4873
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone (808) 523-8447

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA LOESER<br><br>Plaintiff,<br><br>vs.<br><br>ST. FRANCIS MEDICAL CENTER<br><br>Defendant. | CV 04-00474 (DAE/KSC)<br><br>CERTIFICATE OF SERVICE<br><br>[Re: PLAINTIFF CARA LOESER'S ANSWERS TO DEFENDANT ST. FRANCIS MEDICAL CENTER'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES] |

### CERTIFICATE OF SERVICE

I hereby certify that the original and one copy of PLAINTIFF CARA LOESER'S ANSWERS TO DEFENDANT ST. FRANCIS MEDICAL CENTER'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES were duly served

upon the following at their last known address by Hand Delivery on November 22, 2005 to:

>CAROLYN K. GUGELYK, ESQ.
>LIANN Y. EBESUGAWA, ESQ.
>Goodsill Anderson Quinn & Stifel
>Ali'i Place, Suite 1800
>1099 Alakea Street
>Honolulu, Hawaii 96813
>
>Attorneys for Defendant
>ST. FRANCIS MEDICAL CENTER

DATED:  Honolulu, Hawai'i, November 22, 2005.

_____
CARL M. VARADY
Attorney for Plaintiff

-2-