**EXHIBIT H**

(Mail 12/26/02)

Form Approved
OMB No. 0960-0579

...AL SECURITY ADMINI...RATION

# DISABILITY REPORT
# ADULT

**For SSA Use Only**
Do not write in this box.

Related SSN _____

Number Holder _____

## SECTION 1- INFORMATION ABOUT THE DISABLED PERSON

**A. NAME** *(First, Middle Initial, Last)*
Cart L Loeser

**B. SOCIAL SECURITY NUMBER**
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

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

808  734-2039
Area Code / Number   ☑ Your Number   ☑ Message Number   ☐ None

**D.** Give the name of a friend or relative that we can contact (other than your doctors) who knows about your illnesses, injuries or conditions and can help you with your claim.

NAME  Mr. Ken Wong   RELATIONSHIP  Friend & Power of Atty

ADDRESS  812 Ekela Avenue #4
Honolulu Hi 96816   DAYTIME PHONE  808  734-2039

**E.** What is your height without shoes?  5' 1½"

**F.** What is your weight without shoes?  118 pounds

**G.** Do you have a medical assistance card? (For Example, Medicaid or Medi-Cal) If "YES," show the number here:   ☐ YES  ☑ NO

**H.** Can you speak English?  ☑ YES  ☐ NO    If "NO," what languages can you speak? _____

If you cannot speak English, is there someone we may contact who speaks English and will give you messages? *(If this is the same person as in "D" above show "SAME" here.)*

NAME _____  RELATIONSHIP _____

ADDRESS _____

City / State / ZIP / DAYTIME PHONE / Area Code / Number

**I.** Can you read English? ☑ YES ☐ NO  **J.** Can you write more than your name in English? ☐ YES ☐ NO

FORM SSA-3368-BK (11-2001)  EF (06-2002)  The 12-1998 edition may be used until exhausted   PAGE 1

Exhibit 26
Name Loeser
Date 8/24/05

*Loeser vs St. Francis Medical Center; Civil No. 04-00474 DAE/KSC*
*Records from Stephen B. Kemble, M.D. taken 07/25/05*

38



## SECTION 2
## YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU

**A. What are the illnesses, injuries or conditions that limit your ability to work?** _Multiple Sclerosis (MS) — Paresthesia of face/limbs/body, weakness, numbness & pain, surges of imbalance, intermittent loss of vision, speech, hearing, awareness of self, vomiting and dizziness_

**B. How do your illnesses, injuries or conditions limit your ability to work?** _Interferes with walking and performing manual tasks. Because MS is unpredictable, problems come on unexpectedly. St. Francis (Hospital) removed me from my job of 10 years and referenced my MS symptoms._

**C. Do your illnesses, injuries or conditions cause you pain or other symptoms?** ☒ YES ☐ NO

**D. When did your illnesses, injuries or conditions first bother you?** Month: November Day: 19 Year: 199_

**E. When did you become unable to work because of your illnesses, injuries or conditions?** Month: July Day: __ Year: __

**F. Have you ever worked?** ☒ YES ☐ NO  (If "NO," go to Section 4.)

**G. Did you work at any time after the date your illnesses, injuries or conditions first bothered you?** ☒ YES ☐ NO

**H. If "YES," did your illnesses, injuries or conditions cause you to:** (check all that apply)
- ☐ work fewer hours? (Explain below)
- ☒ change your job duties? (Explain below)
- ☒ make any job-related changes such as your attendance, help needed, or employers? (Explain below)

_Because St. Francis Medical terminated me for my MS symptoms, I no longer perform Pharmacy Technician duties. As a Sales associate with Aukai Petroleum (my current employer) the Company allows time off as needed, light duty, provision of rest periods, and a chair when MS symptoms arise._

**I. Are you working now?** ☒ YES ☐ NO

If "NO," when did you stop working? Month: __ Day: __ Year: __

**J. Why did you stop working?** _____

## SECTION 3 - INFORMATION ABOUT YOUR WORK

**A.** List the kinds of jobs that you have had in the last 15 years that you worked.

| JOB TITLE (Example: Cook) | TYPE OF BUSINESS (Example: Restaurant) | DATES WORKED (month & year) From | To | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY (per hour, day, week, month or year) |
|---|---|---|---|---|---|---|
| Sales Associate | Convenience Store | Aug 2002 | Current | 4 | 4 | $6.25 e/hr. |
| Pharmacy Technician | Hospital Pharmacy | May 1990 | Dec 2000 | 8 | 5 | $13.25 e/hr. |
| Independent Travel Associate | Travel Agency | Feb 1996 | Current | 2 | 1 | $ Commission Varied |
| Pharmacy Ancillary | Retail Pharmacy | Aug 1988 | April 1990 | 8 | 5 | $ 5.00 e/hr. |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |

**B.** Which job did you do the longest? _Pharm. Tech @ Hospital Pharmacy_

**C.** Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.) _Assisted Pharmacists in dispensing of drug prescriptions, drug inventory inspections, trained new staff_

**D.** In this job, did you:

Use machines, tools or equipment? ☑ YES ☐ NO
Use technical knowledge or skills? ☑ YES ☐ NO
Do any writing, complete reports, or perform duties like this? ☑ YES ☐ NO

**E.** In this job, how many total hours each day did you:

Walk? 2   Stoop? (Bend down & forward at waist.) 1   Handle, grab or grasp big objects? 1
Stand? 7   Kneel? (Bend legs to rest on knees.) 1   Reach? 1
Sit? 1   Crouch? (Bend legs & back down & forward.) 5   Write, type or handle small objects? 1
Climb? 2 stairs   Crawl? (Move on hands & knees.) 5

**F.** Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.) _Lifted and carried from inventory bins to a mobile cart for approximately 1 hour within an 8 hour shift._

**G.** Check heaviest weight lifted:
☐ Less than 10 lbs   ☐ 10 lbs   ☑ 20 lbs   ☐ 50 lbs   ☐ 100 lbs. or more   ☐ Other

**H.** Check weight frequently lifted: (By frequently, we mean from 1/3 to 2/3 of the workday.)
☑ Less than 10 lbs   ☐ 10 lbs   ☐ 25 lbs   ☐ 50 lbs. or more   ☐ Other _____

**I.** Did you supervise other people in this job? ☐ YES (Complete items below.) ☑ NO (Skip to next page.)
How many people did you supervise? _____
What part of your time was spent supervising people? _____
Did you hire and fire employees? ☐ YES ☑ NO

**J.** Were you a lead worker? ☐ YES ☑ NO

FORM SSA-3368-BK (11-2001)   EF (06-2002)   The 12-1998 edition may be used until exhausted          PAGE 3

*Loeser vs St. Francis Medical Center; Civil No. 04-00474 DAE/KSC*
*Records from Stephen B. Kemble, M.D. taken 07/25/05*                                        40

## SECTION 3 - INFORMATION ABOUT YOUR WORK

A. List the kinds of jobs that you have had in the last 15 years that you worked.

| JOB TITLE (Example: Cook) | TYPE OF BUSINESS (Example: Restaurant) | DATES WORKED (month & year) From / To | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY (Per hour, day, week, month or year) |
|---|---|---|---|---|---|
| Sales Associate | Convenience Store | Aug 2002 / Current | 6 | 4 | $ 6.25 e/hr. |
| Pharmacy Technician | Hospital Pharmacy | May 1990 / Dec 2000 | 8 | 5 | $ *13.65 e/hr. |
| Independent Travel Associate | Travel Agency | Feb 1998 / Current | 2 | 1 | $ Commission Varied |
| Pharmacy Ancillary | Retail Pharmacy | Aug 1988 / April 1990 | 8 | 5 | $ 5.00 e/hr. |
|  |  |  |  |  | $ |
|  |  |  |  |  | $ |
|  |  |  |  |  | $ |

B. Which job did you do the longest? _Pharm. Tech @ Hospital Pharmacy_

C. Describe this job. What did you do all day? (If you need more space, write in the "Remarks" section.) _Assisted Pharmacists in dispensing of drug prescriptions, drug inventory inspections, trained new staff_

D. In this job, did you:

Use machines, tools or equipment?  ☑ YES  ☐ NO
Use technical knowledge or skills?  ☑ YES  ☐ NO
Do any writing, complete reports, or perform duties like this?  ☑ YES  ☐ NO

E. In this job, how many total hours each day did you:

Walk? _2_     Stoop? (Bend down & forward at waist.) _1_     Handle, grab or grasp big objects? _1_
Stand? _7_    Kneel? (Bend legs to rest on knees.) _1_         Reach? _1_
Sit? _1_      Crouch? (Bend legs & back down & forward.) _5_  Write, type or handle small objects? _1_
Climb? _2x/mo_  Crawl? (Move on hands & knees.) _5_

F. Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.)
_Lifted and carried from inventory bins to a mobile cart. For approximately 1 hour within an 8 hour shift._

G. Check heaviest weight lifted:
☐ Less than 10 lbs  ☐ 10 lbs  ☑ 20 lbs  ☐ 50 lbs  ☐ 100 lbs. or more  ☐ Other _____

H. Check weight frequently lifted: (By frequently, we mean from 1/3 to 2/3 of the workday.)
☑ Less than 10 lbs  ☐ 10 lbs  ☐ 25 lbs  ☐ 50 lbs. or more  ☐ Other _____

I. Did you supervise other people in this job?  ☐ YES (Complete items below.)  ☑ NO (Skip to next page.)
How many people did you supervise? _____
What part of your time was spent supervising people? _____
Did you hire and fire employees?  ☐ YES  ☑ NO

J. Were you a lead worker?  ☐ YES  ☑ NO

FORM SSA-3368-BK (11-2001)  EF (06-2002)  The 12-1998 edition may be used until exhausted       PAGE 3

### SECTION 4 - INFORMATION ABOUT YOUR MEDICAL RECORDS

Have you been seen by a doctor/hospital/clinic or anyone else for the illnesses, injuries or conditions that limit your ability to work?  ☒ YES  ☐ NO

Have you been seen by a doctor/hospital/clinic or anyone else for emotional or mental problems that limit your ability to work?  ☒ YES  ☐ NO

**If you answered "NO" to both of these questions, go to Section 5.**

List other names you have used on your medical records. _____

Tell us who may have medical records or other information about your illnesses, injuries or conditions.

List each DOCTOR/HMO/THERAPIST/OTHER. Include your next appointment.

| NAME | Dr. David Kaku | DATES | |
|---|---|---|---|
| STREET ADDRESS | 321 North Kuakini Street #810 | FIRST VISIT | 11/19/98 |
| CITY | Honolulu | STATE HI | ZIP 96817 | LAST SEEN | 12/17/02 |
| PHONE | 808 523-6885 | CHART/HMO # (If known) | NEXT APPOINTMENT | 1/3/03 |
| REASONS FOR VISITS | Multiple Sclerosis | | |
| WHAT TREATMENT WAS RECEIVED? | Consultation and Advice, medications for Multiple Sclerosis. (Referral by Dr. B. Matsumoto) | | |

| NAME | Dr. Bryan Matsumoto | DATES | |
|---|---|---|---|
| STREET ADDRESS | 98-1079 Moanalua Road Suite 500 | FIRST VISIT | 1/?/1990 |
| CITY | Aiea | STATE HI | ZIP 96701 | LAST SEEN | 10/25/2002 |
| PHONE | 808 488-0990 | CHART/HMO # (If known) | NEXT APPOINTMENT | 2/?/2003 |
| REASONS FOR VISITS | Overall medical health, family doctor for last 18 years, general health related to Multiple Sclerosis. | | |
| WHAT TREATMENT WAS RECEIVED? | Consultation and advice, referrals to Dr. Kaku and Dr. Takahashi, drugs for overall health as needed. | | |

FORM SSA-3368-BK (11-2001)  EF (06-2002)  The 12-1998 edition may be used until exhausted                PAGE 4

*Loeser vs St. Francis Medical Center; Civil No. 04-00474 DAE/KSC*
*Records from Stephen B. Kemble, M.D. taken 07/25/05*

41

## SECTION 4. INFORMATION ABOUT YOUR MEDICAL RECORDS

### DOCTOR/HMO/THERAPIST/OTHER

3. **NAME:** Dr. Dan-Hideki Tanahashi
   **STREET ADDRESS:** 1441 Kapiolani Blvd. Suite 1525
   **CITY:** Honolulu  **STATE:** HI  **ZIP:** 96814
   **PHONE:** 808 941-8803
   **CHART/HMO # (if known):**

   **DATES**
   **FIRST VISIT:** 8/4/2000
   **LAST SEEN:** 8/27/01
   **NEXT APPOINTMENT:** None

   **REASONS FOR VISITS:** 1) Depression, Anxiety (referral by Matsumoto)

   **WHAT TREATMENT WAS RECEIVED?** Consultation and Advice, Anti-Anxiety, Anti-Depression medications.

   *If you need more space, use Remarks, Section 9.*

E. List each HOSPITAL/CLINIC. Include your next appointment.

1. **HOSPITAL/CLINIC**
   **NAME:** Kuakini Medical Center
   **STREET ADDRESS:** 347 N. Kuakini
   **CITY:** Honolulu  **STATE:** HI  **ZIP:** 96817
   **PHONE:** 808 547-9545

   **TYPE OF VISIT:**
   ☐ INPATIENT STAYS (Stayed at least overnight)
   ☑ OUTPATIENT VISITS (Sent home same day) — DATE FIRST VISIT: 6/28/02  DATE LAST VISIT: None
   ☐ EMERGENCY ROOM VISITS

   **Next appointment:** 1/3/2003  **Your hospital/clinic number:** Don't Know
   **Reasons for visits:** Multiple Sclerosis

   **What treatment did you receive?** Myelogram, MRI, EEG, Blood Tests

   **What doctors do you see at this hospital/clinic on a regular basis?** Dr. David Kern

FORM SSA-3368-BK (11-2001)   EF (06-2002) The 12-1998 edition may be used until exhausted   PAGE 5

*Loeser vs St. Francis Medical Center; Civil No. 04-00474 DAE/KSC*
*Records from Stephen B. Kemble, M.D. taken 07/25/05*

42

## SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS

### HOSPITAL/CLINIC

| HOSPITAL/CLINIC | TYPE OF VISIT | DATES |
|---|---|---|
| Queen's Medical | ☐ INPATIENT STAYS (Stayed at least overnight) | DATE IN / DATE OUT |
| ET ADDRESS: 1301 Punchbowl Street | ☑ OUTPATIENT VISITS (Sent home same day) | DATE FIRST VISIT: 7/3/02 / DATE LAST VISIT: None |
| Honolulu  STATE: HI  ZIP: 96813 | ☐ EMERGENCY ROOM VISITS | DATE OF VISITS |
| NE: 808 532-2206 | | |

appointment ___None___  Your hospital/clinic number ___Don't know___

ons for visits ___Dizziness caused by Myelogram procedure___

treatment did you receive? ___Epidural Blood Patch___

t doctors do you see at this hospital/clinic on a regular basis? ___Dr. Dan Kruchelnycki___

If you need more space, use Remarks, Section 9.

oes anyone else have medical records or information about your illnesses, injuries or onditions (Workers' Compensation, insurance companies, prisons, attorneys, elfare), or are you scheduled to see anyone else?

☑ YES  (If "YES," complete information below.)   ☐ NO

| | DATES |
|---|---|
| E: Mr. Carl M. Varady (Attorney-At-Law) | FIRST VISIT: 10/09/2001 |
| EET ADDRESS: Pacific Tower Suite 2870, 1001 Bishop Street | LAST SEEN: 10/09/2001 |
| Y: Honolulu  STATE: HI  ZIP: 96813 | NEXT APPOINTMENT |
| NE: 808 523-8447 | |

AIM NUMBER (If any)

ASONS FOR VISITS: Mr. Varady is my lawyer regarding my termination from St. Francis Medical Center, his purpose is to determine if my Civil Rights were violated regarding the 1991 Americans with Disabilities Act (For more info, contact: Sean Kim, Attorney-at-Law ph. 808-538-1612)

If you need more space, use Remarks, Section 9.

PAGE 6

M SSA-3368-BK (11-2001)   EF (06-2002) The 12-1998 edition may be used until exhausted

*Loeser vs St. Francis Medical Center; Civil No. 04-00474 DAE/KSC*
*Records from Stephen B. Kemble, M.D. taken 07/25/05*    43

## SECTION 5 - MEDICATIONS

Do you currently take any medications for your illnesses, injuries or conditions? ☑ YES ☐ NO
If "YES," please tell us the following: (Look at your medicine bottles, if necessary.)

| NAME OF MEDICINE | IF PRESCRIBED, GIVE NAME OF DOCTOR | REASON FOR MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|---|---|
| Avonex 30mcg/ml | Dr. David Kaku | Prevention of M.S. symptoms & progression | Flu-like symptoms & Toxicity to Liver |
| Neurontin 300mg | Dr. David Kaku | Seizures | Drowsiness |
| Xanax 0.25mg | Dr. Dan Tanahashi | Anti-Anxiety | Drowsiness |
| Remeron 15mg | Dr. Dan Tanahashi | Anti-Depression | Drowsiness |
| | | | |

If you need more space, use Remarks, Section 9.

## SECTION 6 - TESTS

Have you had, or will you have, any medical tests for illnesses, injuries or conditions?
☑ YES ☐ NO    If "YES," please tell us the following: (Give approximate dates, if necessary.)

| KIND OF TEST | WHEN DONE, OR WHEN WILL IT BE DONE? (Month, day, year) | WHERE DONE? (Name of Facility) | WHO SENT YOU FOR THIS TEST? |
|---|---|---|---|
| EKG (HEART TEST) | | | |
| TREADMILL (EXERCISE TEST) | | | |
| CARDIAC CATHETERIZATION | | | |
| BIOPSY--Name of body part | | | |
| HEARING TEST | | | |
| VISION TEST | | | |
| IQ TESTING | | | |
| EEG (BRAIN WAVE TEST) | 12/10/02 Tue | Kuakini Hospital Pulmonary Dept. | Dr. David Kaku |
| HIV TEST | | | |
| BLOOD TEST (NOT HIV) | Oct 2002 | Kuakini Hospital Laboratory | Dr. David Kaku |
| BREATHING TEST | | | |
| X-RAY--Name of body part | | | |
| MRI/CT SCAN Name of body part Brain & Spine | 12/10/02 Tue | Kuakini Hospital | Dr. David Kaku |

If you have had other tests, list them in Remarks, Section 9.

FORM SSA-3368-BK (11-2001)    EF (06-2002)    The 12-1998 edition may be used until exhausted    PAGE 7

# SECTION 7 - EDUCATION/TRAINING INFORMATION

**A. Check the highest grade of school completed.**

Grade school:
0  1  2  3  4  5  6  7  8  9  10  11  12  GED

College:
1  2  3  4 or more

(GED checked)

Approximate date completed: _August 1973_

**B. Did you attend special education classes?** ☐ YES  ☑ NO  *(If "NO," go to part C)*

NAME OF SCHOOL _____

ADDRESS _____
*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____
City    State    Zip

DATES ATTENDED _____ TO _____

TYPE OF PROGRAM _____

**C. Have you completed any type of special job training, trade or vocational school?**

☐ YES  ☑ NO   If "YES," what type? _____

Approximate date completed: _____

## SECTION 8 - VOCATIONAL REHABILITATION, EMPLOYMENT, or OTHER SUPPORT SERVICES INFORMATION

Are you participating in the Ticket Program or another program of vocational rehabilitation services, employment services or other support services to help you go to work?

☐ YES (Complete the information below)   ☑ NO

NAME OF ORGANIZATION _____

NAME OF COUNSELOR _____

ADDRESS _____
*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____
City    State    Zip

DAYTIME PHONE NUMBER _____
Area Code    Number

DATES SEEN _____ TO _____

TYPE OF SERVICES OR TESTS PERFORMED _____
*(IQ, vision, physicals, hearing, workshops, etc.)*

FORM SSA-3368-BK (11-2001)   EF (06-2002)   The 12-1998 edition may be used until exhausted     PAGE 8

## SECTION 9 - REMARKS

Use this section for any added information you did not show in earlier parts of the form. When you are done with this section (or if you don't have anything to add), be sure to go to the next page and complete the signature block.

In November 1998, I was diagnosed with Multiple Sclerosis (MS). At that time, I had been working without any problems as a Pharmacy Technician for 10 years in a hospital (St. Francis Healthcare Systems). As my symptoms progressed, the hospital management became concerned with my health and terminated me in March 2001. The hospital wrote (5/1/02 Fax Transmittal), "It was clear at that time that the employee's problems with her feet (aggravated by walking and standing), numbness, weakness in the arms and inability to lift affected her ability to perform the essential functions of the Pharmacy Technician position. For that reason, she cannot be returned to the Pharmacy Department." Rather than having compassion for me, they terminated me for having MS. The loss of my job meant not only the loss of my medical coverage, but also the loss of my income and has devastated me financially. I was fortunate to find employment with Aloha Petroleum four months ago. Aloha Petroleum pays me $6.25/hour (24 hours/week) and also provides me with medical coverage. Aloha Petroleum is very understanding and compassionate regarding my MS. But unfortunately it is my experience that this is not the norm. With all other job applications, I hide the fact that I have MS and always wonder if MS is the reason why I cannot find a better paying job. As a result, I have been under emotional distress in addition to my physical battles with MS. For that reason Dr. Matsumoto (my family doctor) has also referred me to Dr. Tanahashi (my psychiatrist). I have considered suicide several times as a result of my situation which Dr. Tanahashi has helped me with. Dr. Tanahashi wrote (9/4/02) Progress Note), "Since she was terminated from St. Francis M.C. as a Pharmacy Technician, she has developed depressed mood, insomnia, lack of energy, motivation and thoughts of death. She also reports anxiety problems and she also reports some physical symptoms including nausea and exacerbation of her

PAGE 9

FORM SSA-3368-BK (11-2001)   EF (06-2002) The 12-1998 edition may be used until exhausted

*Loeser vs St. Francis Medical Center; Civil No. 04-00474 DAE/KSC*
*Records from Stephen B. Kemble, M.D. taken 07/25/05*

46

## SECTION 9 - REMARKS

*[handwritten remarks, partially legible:]*

multiple sclerosis. She also had some suicidal thoughts, fortunately her sister was able to prevent her suicide attempt. She has withdrawn and isolated herself socially. She did not have these problems before the termination." Dr. Kaku (my Neurologist) wrote (10/2/01 Memo), "Ms. Loeser has a diagnosis of multiple sclerosis. Her symptoms have included paresthesias of the face, limbs and body, weakness and numbness of the arms, sensory loss in the face and limbs. These problems from her multiple sclerosis can interfere with her ability to walk, perform manual tasks and work. Multiple sclerosis is an unpredictable condition in that problems may come on unexpectedly. It can produce severe disability. In Ms. Loeser's case, I expect this to be an indefinite condition. That is, I do not expect spontaneous resolution of this condition."

Overall, I feel trapped and demoralized. Even though it is a physical challenge to continue working, I must do so in order to obtain medical coverage and pay for essential living expenses. I am fearful that if my condition continues to deteriorate, I may no longer be able to work and will then be left without either medical coverage or an income.

---

ANYONE MAKING A FALSE STATEMENT OR REPRESENTATION OF A MATERIAL FACT FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW.

| Signature of claimant or person filing on claimant's behalf (parent, guardian) | Date (Month, day, year) |
|---|---|
| *[signature]* | 1/24/2002 |

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and street, city, state, and ZIP code) | Address (Number and street, city, state, and ZIP code) |

PAGE 10

FORM SSA-3368-BK (11-2001)   EF (06-2002)   The 12-1998 edition may be used until exhausted

*Loeser vs St. Francis Medical Center; Civil No. 04-00474 DAE/KSC*
*Records from Stephen B. Kemble, M.D. taken 07/25/05*

47