# EXHIBIT C

## Probation Period Review

Employee: **Cara Loeser**
Date of Hire: December 4 , 2001
Probation Period: February 2, 2001
Probation Period Extended to: March 5 , 2001

February 5, 2001

Barbara Fujimoto and Teresa Pytel met with Cara Loeser to inform her that her probation period has been extended to March 5, 2001 because Cara does not meet the standards for performing the responsibilities of registration.

Areas Cara needs to show improvement to meet standards:

- Retention
  ER - inability to remember how to process ER patients from outpatient to inpatient. Needs to use a logical thought process, e.g., prioritize work and follow through.

- Judgement - Bed control can't coordinate beds day in advance because the bed availability changes too much. Offering to assist in areas she doesn't have the expertise, know who to refer the question to instead. When training concentrate on the area of training.
  Needs to ask for assistance from her supervisors, she tends to prefer to say she doesn't know because she is in training and not inform her supervisors. When supervisors ask her is she needs assistance or how she is doing she always says she is fine. We feel she isn't being truthful.
  Wahiawa patient - she attempted to coordinate a bed for a Wahiawa patient that was inappropriate. Bed situation changes the next day. She needs to concentrate on the area she is training in. We believe she had good intentions but lacked the ability to understand or ask for appropriate assistance.

- Organizational skills - insurance verification, she checks insurance prior to speaking to the patient to identify the overall insurance. Paperwork scattered all over the desk. Unable to multitask - becomes flustered when she has to perform more than one task. Tends to panic when more than one patient presents in front of her. When she gets into the panic state she forgets what she is supposed to do. The role of the registrar is to project a calm demeanor.

- Professionalism - Cara wants to tell patients clinical information by sharing her own personal experience or knowledge, goes into too much discussion about advance directive when the patient is upset about the question, the ability to understand the patients concern and deal with it appropriately requires
  ER staff stating that Cara was vocalizing how she is not getting good training.

**EXHIBIT C**

<u>Physical function of the job</u>

Registrars who work with Cara have voiced concern about the appropriateness of her performing the physical components of the job. Registrars have noticed she sometimes has refused to place an ID band on to patients because she said she is unable to. There are moments when she can't split the face sheets at the perforated sections. Cara has a tendency to ensure everyone knows when she has a problem performing the physical component of the job but she never informs her supervisors.

Cara said she has not had any problems with anything she has had to do in admissions. This is not what we hear from the registrars who work with her. I am not sure why she has a tendency to hide information from the supervisors.

<u>Training</u> - When we asked how we could improve her training she said it was fine except she needs more training with financial classes and MSP's. I asked her if she were to grade the training what would she give it she said a B.

From:        Barbara Fujimoto
To:          CARAL
Date:        12/29/00 10:17am
Subject:                    4194656

I am questioning your verification.  Was it truly done?  Did you check HHIN?  If not, please do so.


From:        Cara Loeser
To:          Barbaraf
Date:        1/2/01 6:42am
Subject:                    4194656 -Reply

My reply is "not yet."
I had left a "small" yellow post-it to have "return" to me. This was to verify D.D.E. and fill an MSP, regarding disability w/ESRD.
Apparently the 3rd cubicle has been occupied, frequently.
I was told to leave a note, and leave it in "To Do" Manila Folder....
As far as my "missing" yellow post-it, is a mystery....


From:        Barbara Fujimoto
To:          CARAL
Date:        1/4/01 1:54pm
Subject:                    41594656

Did you verify pt's HMSA?  Copy of HMSA card and info in system is different.  Which is current?
Please correct and update.


From:        Barbara Fujimoto
To:          CARAL
Date:        1/5/01 4:09pm
Subject:                    #41594656

Please correct insurance information.  Medicare HIC# is not correct, you have HMSA 65C info instead.  Please update and run new facesheet.  Also, the effective date is correct.  It is not eff 11/00 but 5/1/2000.

CC:          TERESAP

**From:**      Barbara Fujimoto
**To:**        CARAL
**Date:**      1/15/01 2:28pm
**Subject:**   Complete work

When going over your work, I'm finding that it is incomplete. Please take the time to double check your work before handing it in. Some of the things I'm finding: insurance not verified but dropped in the system saying it was, msp form not complete, wrong billing type issued to registration. ( "B" vs "O", "A" vs "O")
If you are having problems or if you are not sure, please come to see me. I don't think you know it as well as you say you do. Let's go over your question areas. I would hate it if you are always in the dark because you do not want us (Teresa & me) to know you are unsure of yourself.

**CC:**        TERESAP

**From:**      Barbara Fujimoto
**To:**        CARAL
**Date:**      1/20/01 5:22pm
**Subject:**   Confusion....ACCT 21369301

1) Where is the msp?
2) Copy of insurance cards secured.  On the cards they note which coverage should be primary.  However, your priority is questionable.
3) HMSA coverage 406 is a 65 C+ Conversion Plan.  It means that **eventually** it will be coverage code 401 when open enrollment begins.  You will find out by verifying your insrance thru HHIN, the coverage code will change.  In the meantime the financial class should be 2065.  That means that Medicare should be primary for now.
4) I'm not sure how you verified H118341 because there is no match in HHIN for that member #.  This is a state **drug plan coverage** and the financial class s/b 7900.  You need to address override and enter mailing address.  Card copied has J118349.

Please redo and correct.  Complete msp.  If you are unsure please come and see me and we can go over it together.

**CC:**        . TERESAP

**From:**     Barbara Fujimoto
**To:**        CARAL
**Date:**      1/24/01 3:56pm
**Subject:**   |                    #21368857

Please see me about this patient's insurance verification.  I don't understand where you are getting your verifications.
Are you just entering today's date for verification instead of calling to verify info?
Please see me Thursday morning, 1/25. to go over your verification process.

**CC:**        TERESAP

**From:**     Cara Loeser
**To:**        Barbaraf
**Date:**      1/25/01 6:26am
**Subject:**   - -                 ! #21368857 -Reply

Hi Barbara.
    RE:pt                    She had called me, on Thursday, 1/18th, to pre-register for
Tuesday, 1/23rd. What I had "failed" to write in "screen" notes, that patient will be bring in
current MEDICAID card, and whoever did the Upfront registration, to xerox card. Another step
was that I really
had forgotten to CALL Medicaid (Rachel), to verify.
    Yes,  I need for you to go over "step-by-step" especially verification of Insurances. I had to
realize that MEDICAID requests Provider #, for every verification.
    UPDATE: re:ER Registration.
I am aware that occurence codes play an "important" role in the "live" registration of pts. I will
remember financial classes, such as ER HMSA IS 2090. Unless pt changes to "in-pt." the
financial class code is changed to 2087, etc., diagnosis is added, pt type: is changed from 11 to
17, pt services E EMT to I MED or I SUR.
    As for Dr. Ben Realica, that "innocent" Shoo had to "in-put" was my responsibilIty. . .Because
I didn't want the patient to "wait" any longer, SusanC had "typed" *none....I thought Dr. Realica
was "spelled" Relica....
    I will be more "alert" regarding inputting infor on "accident"/incident reports, and that financial
codes needs to be typed in correctly!
    Sincerely,
    CaraL
>>> Barbara Fujimoto 01/24/01 03:56pm >>>
Please see me about this patient's insurance verification.  I don't understand where you are
getting your verifications.
Are you just entering today's date for verification instead of calling to verify info?
Please see me Thursday morning, 1/25. to go over your verification process.

**From:**      Barbara Fujimoto
**To:**        CARAL, SHERYLG, ANGIEB
**Date:**      1/26/01 10:32am
**Subject:**                    ¥1581545

Pt was admitted with only HMSA coverage under the spouse.  According to notes entered in patient's account notes, DDE was checked and noted that patient has Medicare part A only. Medicare info was not entered for inpatient stay.  Why?  No msp done.  Why? Notes entered by Angie noting that social worker dropped off Medicare card. Copy sent to business office attached to facesheet.  No update of insurance done.  Why? Cara, please update insurance and do msp also.  Medicare part A is for hospital coverage, inpatient stays.

**CC:**        TERESAP

**From:**      Barbara Fujimoto
**To:**        CARAL
**Date:**      1/26/01 2:14pm
**Subject:**         / #41607698

In AS400 insurance flagged as verified and dropped. When looking into HHIN both HMSA coverages are different than what you verified. Why the discrepancies? Was this actually verified or was this just run through? Again, another registration not verified properly. Please correct and update. Leave updated facesheet on my desk or leave it in my bin.

**CC:**         TERESAP

**From:**     Barbara Fujimoto
**To:**        CARAL
**Date:**      2/7/01 11:30am
**Subject:**              #21372024

Yesterday, I gave this registration back so you could follow up on 2 things.
First, does wife cover spouse on her medical plan since she is employed full time.  This
was completed.
Second, Medicare info has effective date for only part A.  What about part B?  This was
not updated.
Again, part B is for medical coverage.  This means it covers most outpatient procedures.
I also noticed that in patient's demographic there is no code status for retired.  Please go
back and enter the appropriate code.

If you are unable to do so, please let me know.

**CC:**           TERESAP

**From:**     Barbara Fujimoto
**To:**     CARAL
**Date:**     2/9/01 3:23pm
**Subject:**     MSP not completed

Please make sure that when you do registrations that have Medicare that you complete
the msp before handing in.

41619628 and                    41618521 are just two registrations I
found with incomplete msp.
The purpose for pre-registration is to make sure that everything is verified and obtained
before the procedure date.

Please follow up and complete these two accounts.

**CC:**     TERESAP

**From:**      Barbara Fujimoto
**To:**         CARAL
**Date:**      2/13/01 6:39am
**Subject:**              #21374319

Patient has Medicare and no msp attached to registration record.  Did you do msp for this patient?
Again, you need to double check your work to see if it is complete before filing in drawer.


**CC:**            TERESAP

**From:**       Barbara Fujimoto
**To:**          CARAL
**Date:**        2/13/01 2:34pm
**Subject:**                       8735821

Notes entered has "waiting for verification and auth# for MRI procedure. This was on
2/9/01.  Pt had MRI on 2/10/01.  No follow up notes in system.
On info sheet from MRI, it has claim number FWC7130888 with authorization approved by
Lisa.
The claim number on facesheet is totally different.  Which is the correct number?
Info sheet also has Employer listed since this is a work comp case but not in the system.
Why?
Please follow up and correct.

**CC:**          TERESAP

**From:**        Barbara Fujimoto
**To:**          CARAL
**Date:**        2/13/01 3:32pm
**Subject:**              #21374145

Pt has only Medicare Part A.  Why is it listed for an outpatient procedure?
Again, part A coverage is for hospital coverage (inpatient coverage) and not for
outpatient medical coverage.
Yes, you still need to do msp form but there is no financial class for part A outpatient.
Please correct and update.

**CC:**          TERESAP

**From:**     Barbara Fujimoto
**To:**     CARAL
**Date:**     2/13/01 1:59pm
**Subject:**     Corrections on registrations

#41617887 this is an outpatient account, financial class for Medicare is incorrect.  Please correct.

#8735482  MRI account, Medicaid information is incorrect.  Though it has "Elig to current" the Medicaid number is incorrect.  Why?  The subscriber is wrong and the ID number is wrong.  Please look at the copy of the Medicaid card and correct.

**CC:**     TERESAP

**From:**      Barbara Fujimoto
**To:**        CARAL
**Date:**      2/14/01 2:55pm
**Subject:**                    #41617887

Medicare verified but not dropped in system.  Please go back and drop.

Please do not go into patient's notes to document your thoughts on what you should have or shouldn't have done.
By now, you should be able to distinguish the different types of registrations and what financial class belongs to them.  You should be able to look at it and see your mistakes and make the corrections.


CC:            TERESAP

**From:**      Barbara Fujimoto
**To:**        CARAL
**Date:**      2/14/01 4:27pm
**Subject:**                    #8735821

This should be a workers comp registration.  Why is it under No Fault?
The member number should be the claim number and not the patient's social security
number.  Please correct.

**cc:**         TERESAP

**From:**      Barbara Fujimoto
**To:**      CARAL
**Date:**      2/14/01 4:20pm
**Subject:**      # 41621350 & 1584655

For outpatient registration, wrong financial class given for Medicare. Medicare deductible and days should not be on outpatient registration. Workers Comp insurance is listed last, is this truly a workers comp case or not? If it is, workers comp should be primary.

In your inpatient notes you stated that per Carlene this (workers comp) should be third party. Third party does not mean the third insurance carrier. If it is workers comp it is workers comp. If this is under the private insurance than workers comp should not be on the screen.

***Patient was admitted through ER on 2/14/01.

**CC:**      TERESAP

**From:**       Barbara Fujimoto
**To:**         CARAL
**Date:**       2/16/01 9:34am
**Subject:**
                  #41623307

Registration for pre-op teaching, no dx on facesheet.  Please follow-up and enter dx.
Preferably today before the account drops.

**CC:**         TERESAP



**From:**     Barbara Fujimoto
**To:**       CARAL
**Date:**     2/23/01 8:08pm
**Subject:**  Accounts to follow up on

Please make it a point to double check your work.  You are not doing or attaching the msp to your registrations.

       21372180  no msp
        41624222  no msp

           41624990  duplicate registration done.  Marcy already pre-registered this patient and you generated another account for the same procedure.  Please look at the screen to make sure you do not generate a duplicate account.

**CC:**       TERESAP

**From:**        Barbara Fujimoto
**To:**          CARAL
**Date:**        3/7/01 2:55pm
**Subject:**     ER registrations

There are 3 accounts where the dx is missing.  Please go back and enter dx.

50774413
50774462
50774504

For                    ·· the msp is blank and the insurance financial class if wrong.  Please correct.

When you discharge the ER patients, please remember to enter the dx at the same time.

**CC:**          TERESAP

**From:**     Barbara Fujimoto
**To:**     CARAL
**Date:**     3/8/01 11:00am
**Subject:**          #41631045

Was the insurance truly verified?  Missing is the member number, coverage or group info.
You only list the mailing address.  What kind of verification did you do for this plan?  No
notes in system.  Please follow up.

**CC:**          TERESAP

**From:**      Barbara Fujimoto
**To:**        CARAL
**Date:**      3/8/01 8:01am
**Subject:**                      50774504

Insurance priority is incorrect.  Senior Connection is secondary to Medicare.  Please correct face sheet and msp.

**CC:**        TERESAP

**From:**   Barbara Fujimoto
**To:**     CARAL
**Date:**   3/8/01 8:06am
**Subject:**          #50774736

Please verify and drop insurance.  No msp attached, please do msp.

**CC:**     TERESAP

March 17, 2001

To:   Teresa Pytel, Barbara Fujimoto
From:  Terry Shigematsu

<u>Problem Solving Skills</u>

Cara became 'flustered' when she thought she had registered a patient incorrectly.

Cara kept saying that she pre-registered a patient and that the patient needed to be put into CCU and that she couldn't because the part with the room and bed number didn't come up. When you pre-register a patient the room and bed number do not appear until the patient is acutally admitted into a room. I could not figure out what she was trying to tell me as she was talking so fast and just kept saying she pre-registered the patient.

Finally, I told Cara to sit down in front of the computer so we could go through the process step by step.
I confirmed that the patient was in Hemo Center for "outpatient" dialysis and the patient had coded (cardiac/respiratory arrest). This means that the patient would need to be admitted to an acute bed.
I then asked Cara if she had created an inpatient account and she said yes, so I said all we need to do is "run" it through.

I told Cara to select the pre-registered account to "run" it through the system, when she hit the enter key the system erred and said that the patient was already in another bed. Cara did not know how the patient got into another bed. I looked at the previous accounts listed on the registration screen and noticed an SNF account number that was still active. I informed Cara that this was an SNF patient that had gone to Hemo Center for dialysis and that before she could enter the patient in the system for the acute bed she would need to contact SNF to have the patient discharged.

I believe that Cara tried to run the account through the system and could not so she became flustered and could not solve the problem on her own.

**From:** Barbara Fujimoto
**To:** CARAL
**Date:** 3/19/01 10:19am
**Subject:** #1588003  Valuable Envelope Form

We do have a **Procedure Manuel** to refer to if you are unsure on how you should handle releasing of valuables.
Please make use of the **Procedure Manuel** it is your resource on how to do certain registrations or guide you through a procedure.

Sign out sheet was not signed for the Record of Valuable form,  you need to cross off patient's name and valuable envelope number from Transfer Log sheet.

Please take the time to familiarize yourself to resources that are available for your use.

**CC:**          TERESAP, TERRYS

From:        Terry Shigematsu
To:          CARAL
Date:        3/23/01 5:01pm
Subject:     HMSA QUEST vs MEDICAID

Cara,

Please clarify the insurance coverage of _____. acct # 41642299.

The financial class is listed as 2400 Quest HMSA, but the pt ID # reflects that of 3000 Medicaid.

There is no insurance card copied or scanned therefore f/u is needed for clarification.

You have listed in the notes that you verified coverage with the patients worker. We ██████ call the workers for insurance verification; we call the insurance company either DHS for medicaid coverage or HMSA provider services or use HHIN for quest.

Please see me if you need help with this.

Terry

**From:**    Terry Shigematsu
**To:**    CARAL
**Date:**    3/24/01 12:39pm
**Subject:**    Occurrence Codes/Date

Cara,
Please be sure to enter the occurrence code/date for accounts that require them or it will be rejected by business office.

Refer to account 41642349
The dx is listed as Osteo or Fracture of 1st toe. due to the dx of fracture you need an occurrence code/date (date of injury). Please f/u and obtain date of injury/onset.

See me if you have any questions regarding this.

thanks
Terry

**CC:**    TERESAP

ST. FRANCIS MEDICAL CENTER

JOB DESCRIPTION AND PERFORMANCE EVALUATION

Employee Name: **Cara Loeser** Date of Hire: **May 21, 1990** Position: **REGISTRAR** Status: **FT**

Department: **ADMISSIONS** Cost Center: **8241** Job Coverage:[ ]Non-Barg. [x ]Barg. Unit:

Supervisor Name: Teresa Pytel Title: Manager

Date of Evaluation: _March 30, 2001_

**PART I:** *POSITION SUMMARY*

This section introduces the mission, summarizes the position, and identifies the functional requirements, qualifications, and skills required.

**PART II:** *JOB SPECIFIC PERFORMANCE REVIEW*

This section utilizes the major responsibilities of the position as the basis for the evaluation. The performance standards are end results that can be measured and result in successful performance of a major responsibility. Any additional competency factors, as attached, are reviewed annually.

**PART III:** *REVIEW OF PERFORMANCE STANDARDS*

This section is designated to evaluate performance on general behavioral expectations of all employees.

**PART IV:** *DEVELOPMENT AND GOAL PLAN*

This section reviews the previous plan and goals to determine results; strengths and/or areas requiring improvement are summarized; meaningful goals are identified and a new plan is developed.

**PART V:** *EMPLOYEE COMMENTS ON THE PERFORMANCE REVIEW*

This optional section allows employees an opportunity to comment on the review or about objectives, such as, commitments to development.

**PART VI:** *SIGNATURES*

This evaluation must be signed by the employee and her/his immediate supervisor.

<u>DEFINITIONS OF PERFORMANCE RATINGS</u>

*EXCEEDS STANDARDS*
(ES)
Employee consistently exceeds the job responsibilities and performance factors and demonstrates highly proficient job performance.

*MEETS STANDARDS*
(MS)
Performance is competent and meets the job's requirements. Participates in making contributions to the department.

*DOES NOT MEET STANDARDS*
(DNMS)
Employee whose performance does not meet the expected performance level of the job's requirements.

*NOT APPLICABLE*
(NA)
Standard does not apply to the position.

---

*This Area for Use by Human Resources*

Date Issued:_____     Date Received:_____

Review evaluation and note competency concerns evidenced by below standard assessment(s). If applicable, ensure that a resolution has been identified for each deficiency noted. If any noted deficiency lacks a corresponding resolution, return to supervisor/evaluator for completion.

Date Re-issued:_____     Date Reissuance Received:_____

**PART I:**  *POSITION SUMMARY*

## MISSION STATEMENT:

"In the performance of duties be ever mindful of the Medical Center's commitment statement as a Catholic healthcare institution committed to the healing ministry of Jesus Christ; and the charism of the Sisters of the Third Franciscan Order as peacemakers witnessing to the Gospel and to the Franciscan values of simplicity and joy."

## SUMMARY OF DUTIES

The Registrar is responsible for performing a variety of activities related to the admission and preadmission of patients for inpatient and outpatient services. Explains financial policy, verifies patients eligibility and insurance coverage for all services received. Performs other clerical related duties as assigned or required.

## EDUCATIONAL REQUIREMENTS:

[ X ]    High school, plus additional courses or specialized training at business or community college, or other formal training facility or program. Requires ability to understand and carry out assigned duties effectively. Knowledge needed such as stenography, office routines, elementary accounting procedures; operation of equipment such as bookkeeping and billing machines, tabulating equipment, transcription machines.

Other (Specify):  Computer literate, knowledge of medical terminology, knowledge of health insurance coverage desirable, training in hospital procedures and regulations preferred.

## EXPERIENCE

[ X ]    Six months or less

Other (Specify):

## SKILLS REQUIRED

- Ability to use a personal computer.
- Ability to type 40 WPM and use standard office machines.
- Ability to work well under pressure and with constant interruptions.
- Good interpersonal and communication skills required to interact with others in transmitting and obtaining information.
- Ability to set priorities, plan, organize and coordinate work activities with efficiency.
- Ability to follow guidelines.
- Ability to understand and to discuss with patients the documentation on hospital charges and insurance coverage.
- Ability to interview patients being admitted with confidence and tact.

## REPORTS TO:

Admissions Supervisor
Admissions Manager

## SUPERVISES:

X ]    No one.

## COMMUNICATION AND CONTACTS:

X ]    Requires contacts both inside and outside the medical center in order to furnish or obtain information and/or provide patient care. Normal courtesy, tact and discretion required.

]    Inside and outside contacts involving difficult negotiations, related to a major division or function, development of networks and development of teamwork. Requires well-developed sense of timing and strategy.

## PHYSICAL AND ENVIRONMENTAL REQUIREMENTS

Indicate the number of hours (from 1 hour to 8 hours) that employee would be required to:

] Sit  6      [ X ] Stand  1      [ X ] Walk  1   [ ] Drive

The physical activities of this position ... performed in excess of levels required for ordinary movement.)
(Please indicate with an "X" all items that ... ...ntial functions of this position and are.

[  ] Balancing          [  ] Crouching          [  ] Kneeling          [  ] Pulling          [ X ] Repetitive Movement

[  ] Climbing          [ X ] Fingering          [  ] Lifting          [  ] Pushing          [  ] Stooping

[  ] Crawling          [ X ] Grasping          [  ] Carrying          [ X ] Reaching

An individual in this position will be required to carry or lift weight in this range: (Please indicate with an 'X' only the heaviest weight range that would be required when performing the essential functions of this position.)

[  ] Up to 10 pounds          [ X ] 25 to 34 pounds          [  ] 51 to 74 pounds          [  ] Weight in excess of 100 pounds

[  ] 11 to 24 pounds          [  ] 35 to 50 pounds          [  ] 75 to 100 pounds

The sensory and communicative activities include essential activities to the performance of this position:  (Please indicate with an "X" all that apply when performing this position.)

[ X ] Feeling          [ X ] Hearing          [  ] Smelling          [ X ] Speaking          [  ] Tasting

[ X ] Seeing          [  ] Ability to distinguish colors

## PHYSICAL AND ENVIRONMENTAL REQUIREMENTS (continued)

An individual in this position will be exposed to: (Please indicate with an "X" all that apply when performing only the essential functions of this position.)

[ X ] Inside environmental conditions

[  ] Outside environmental conditions

[  ] Inside and outside environmental conditions

[  ] Constant vibrating motion

[ X ] Bloodborne pathogens

[ X ] Respiratory hazards

[  ] Dust, fumes, smoke, gases

[  ] Radiant energy

[  ] Working with hands  in water

[  ] Extreme cold-temperature below 32 degrees for more than one hour at a time

[  ] Extreme heat-temperature above 100 degrees for more than one hour at a time

[  ] Physical hazards (example: working near electrical current)

[  ] Chemical hazards

[  ] Solvents, sterilizing agents

[  ] Grease and oils.

[  ] Electrical energy.

[ X ] Working around machinery, moving objects and/or vehicles.

[  ] Working on ladders and scaffolds.

Other (Specify):  noise from printers

## AGES OF PATIENTS SERVED

This position requires knowledge in the "Level 1" care and handling of patients  served in the age group(s) indicated below:

[ ] Infant: Birth to 1 year     [x] Children: 1 - 12 years     [x] Adolescent: 13 - 17 years

[x] Adult: 18 - 64 years     [x] Geriatric: 65 years and above  [ ] Not applicable

Other Specify:

**PART II:**    *JOB SPECIFIC PERF          'CE REVIEW*    (THIS SECTION MAY BE MULTIP          IN LENGTH, AS DETERMINED ·
                                                                                BY DEPARTMENT AND POSITIO.

| KEY RESULT AREAS<br>(Essential Job Functions) | D N M S | M S | E S | N A | COMMENTS |
|---|---|---|---|---|---|
| **JOB DUTIES AND FUNCTIONS:** | | | | | |
| *# 3 Intuition*<br>Registers patients; obtains demographic and other pertinent information concerning the patient, guarantor, spouse, next of kin, etc. Obtains and witnesses signatures on consent forms. Arranges for transport of patients to the assigned units. | X | | | | |
| *· Intuition  # 3 Instruction*<br>Secures necessary insurance information, e.g. Medicare, Medicaid, HMSA, etc.; verifies insurance coverage; completes and processes forms and records as needed and secures assignments from patients. Explains rates and the financial policy of the medical center regarding payment for services rendered. Determines and collects patients' estimated liability. | X | | | | |
| *problem solving skills # 1*<br>Following departmental procedures, coordinates admitting and discharge activities with Administration, Utilization Management, Financial Counselors, Business Office, and other departments as needed. | X | | | | |
| *# 2 intention*<br>Reviews accounts to determine liability and ensures that financial classes are correctly entered on the accounts and in the correct priority of reimbursement. | X | | | | |
| *# 2 Intuition # 3 Intention*<br>Secures all documents necessary to process claim(s), e.g. Medicaid coupons, referral authorizations, precertifications, request for medical authorizations, nonavailability forms, etc. | X | | | | |
| *# 3 Confusion*<br>Accurately documents on the account and/or in the system all transactions and actions taken regarding the patient's account. | X | | | | |
| Performs other related duties as assigned | | | | | |

Jupersedes:_____(date)


STATEMENT OF POSITION SUMMARY, REQUIREMENTS, AND JOB DUTIES AND FUNCTIONS APPROVED BY:


_____        _____
Jeparment/Date                                           Human Resources/Date

**PART III:**  *PERFORMANCE STA___DS REVIEW*

| KEY RESULT AREAS (Essential Job Functions) | D N M S | M S | E S | N A | COMMENTS |
|---|---|---|---|---|---|
| **CUSTOMARY COMPLIANCE** | | | | | |
| 1. Adheres to administrative and departmental house rules, policies, procedures, and objectives. | | | | | |
| 2. Assists in care and maintenance of departmental equipment and supplies. | | X | | | |
| 3. Adheres to administrative and departmental house rules, policies, procedures, and objectives specific to sick leave privileges. | | X | | | |
| 4. Consistently reports to work on time and ready to work at the start of the shift. | | X | | | |
| 5. Provides proper notification when late or absent. | | X | | | |
| 6. Reports to work well-groomed and in compliance with the organization's dress code. Wears I.D. badge while on duty. | | X | | | |
| **FISCAL RESPONSIBILITY** | X | | | | |
| 1. Adheres to productivity guidelines for department. | | | | | |
| 2. Manages equipment, materials, supplies, and manpower within budget. | | | X | | |
| **PERFORMANCE IMPROVEMENT** | | | X | | |
| 1. Uses the values, philosophy, tools and techniques of Performance Improvement to support the organization's quality in all daily work. | | | | | |
| 2. Actively participates in Performance Improvement education and assures training of staff. | | | X | | |
| 3. Actively participates in cross-departmental committees, teams, and task forces. | | | X | | |
| 4. Develops action plans for Performance Improvement and understands what is necessary in order to meet customer needs and exceed expectations. | | | X | | |
| **MISSION AND VALUES** | | | | | |
| 1. Demonstrates the ability to interact in a positive and helpful manner with patients, visitors, physicians, volunteers and co-workers. | | | | | |
| 2. Respects the dignity of all by maintaining their privacy and respecting confidentiality. | | X | | | |
| 3. Exhibits a commitment to the organization's values of *Joy, Peacemaking, Simplicity,* and *Charity.* | | X | | | |
| 4. Reflects commitment to building a supportive work environment and maintains a positive attitude at the work place and toward their job. | | X | | | |
| 5. Projects a good image in their dealing with the public and is willing to make an extra effort to help build a quality and caring healthcare institution. | | X | | | |
| **EFFECTIVE COMMUNICATION** | | X | | | |
| . Speaks only English while in areas where patient care is delivered or wherever patients and the public are present or within hearing range, unless patient care requires the use of another language. | | X | | | |
| . Demonstrates effective communication skills by conveying necessary information accurately and concisely, listening effectively, and asking pertinent questions. *retention # 4* | X | | | | |
| . Communicates effectively with other departments and staff, both orally and in writing; can read and understand written material and can write effectively to meet the job requirements. *retention # 5* | X | | | | |

PART III: *PERFORMANCE STANDARDS RE* (CONTINUED)

| KEY RESULT AREAS<br>(Essential Job Functions) | D N M S | M S | E S | N A | COMMENTS |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE** | | | | | |
| 1.  Establishes and maintains cooperative relationships with patients, staff, and others using a humanistic attitude (anticipates needs, respectful, caring, courteous). | | X | | | |
| 2.  Teamwork: Interacts with fellow workers in a way that promotes a harmonious and cooperative working environment. | | X | | | |
| **FOSTERS A SAFE WORKING ENVIRONMENT** | | | | | |
| 1.  Adheres to safety, health, and regulatory requirements as described in the administrative          and departmental policies and procedures. | | X | | | |
| 2.  Reports incidents and unsafe work conditions to supervisor. | | X | | | |
| **COMPETENCY CONSIDERATIONS** | | | | | |
| 1.  Assumes individual responsibility to maintain all competencies as required. | X | | | | retention #1 other #3 |
| 2.  Meets all competencies as required. | X | | | | |
| 3.  Fulfills the physical nd environmental requirement of the job. | | X | | | |

PART IV: *DEVELOPMENT AND GOAL PLAN*

PREVIOUS GOALS MET?    [ ] YES    [ ] NO    NA [X] This is a Probationary Period Review

JOB-RELATED STRENGTHS AND/OR AREAS REQUIRING IMPROVEMENT

Areas not meeting registration requirements:

1. <u>Retention</u> - The ability to use learned skills and apply them in future registration situations requires retention of the information learned.  We have found  Cara lacks the necessary retention skills to perform registration responsibilties. Examples attached

2. <u>Confuses information</u> - Cara has a tendency to confuse information.  We have encountered situations where she is does not provide all of the facts of a situation she was involved with.   Her story may change depending upon who she is talking to.  This type of communication makes it difficult to help improve situations and problem solve.  Examples:

3. <u>Problem solving</u> - The ability to use appropriate problem solving skills is lacking.  Examples:

4. <u>Multi-tasking</u> - The registration environment requires the ability to multi-task, which requires the ability to use prioritize and follow-up efficiently.  We find that Cara does not complete follow-up with the her allocated responsibilities.  Examples:

5. <u>Customer service skills</u> -   Patients need reassurance by registrars who remain calm and take the appropriate follow-up. Cara has a tendency to panic when she is has to deal with a stressful situation causing her to not provide effective registration duties.  Examples:

DEVELOPMENT PLAN AND EMPLOYEE GOALS FOR COMING YEAR          (Continue on separate sheet if necessary.)

NOTE:   When developing goals and objectives, take into consideration any standards that were not met.

PART V: *EMPLOYEE COMMENTS ON THE PERFORMANCE REVIEW (OPTIONAL)*

PART VI: *SIGNATURES*

THE PERFORMANCE EVALUATION HAS BEEN REVIEWED BY:

SUPERVISOR: *Susan Pytel*        TITLE: *Manager 3/30/01*        DATE: *3/30/01*

EMPLOYEE: *Cara Green*        TITLE: *Registrar*        DATE: *3/30/01*