# EXHIBIT D



**St. Francis Healthcare System**
**of Hawaii**

# FACSIMILE TRANSMITTAL

To:     ALAN ITOMURA
        Director of Hospital Division
        HAWAII TEAMSTERS & ALLIED WORKERS
          LOCAL 996

From:   SUSAN M. HASHIMOTO
        Employee Relations Manager
        ST. FRANCIS HEALTHCARE SYSTEM
        Phone: (808)547-6290    Fax: (808)547-6305

Date:   3/30/01        Time:   5:40 p.m.

Subject:   JOB OPENINGS

### TOTAL NUMBER OF PAGES INCLUDING COVER SHEET – 10

CONFIDENTIALITY NOTICE: This transmittal is intended only for the person/party to whom it is addressed. If you have received this transmittal in error, please notify the above sender immediately and it will be retrieved at no expense to you.

Here is the listing of all job opening at St. Francis at the current time, both managerial and staff. The only thing we have not provided is the registered nurse positions.

Thank you.

**EXHIBIT D**

2230 Liliha Street
P.O. Box 30100 ⚘ Honolulu, Hawaii 96820-0100
Phone: (808) 547-6011

*Ama'uma'u (fern)*

# JOB POSTINGS

## ST. FRANCIS HEALTHCARE SYSTEM OF HAWAII

March 30, 2001

Hotline: 566-6792

| POSITION | DEPARTMENT | REQ# STATUS | | QUALIFICATIONS |
|---|---|---|---|---|
| BILLING MANAGER | Business Office | (7/28) | RFT | Reqs college grad, knowledge of claims processing with respect to in/out patient, skilled nursing, hemodialysis, home health and hospice, UB-92 and 1500 claim reqs, ability to manage staff in the day to day operations, familiarity with business, gov't, and legal regulations of pt. billing and med insurance procedures, ICD-9, CPT-4, and HCPCS Level II codes as related to billing guidelines |
| COLLECTIONS MANAGER | Business Office | 030 (8/11) | RFT | Reqs college grad, knowledge of claims processing with respect to inpatient, skilled nursing, dialysis, home health, and hospice. Must be familiar with the business, gov't, and legal regulations of patient billing and med insurance procedures, knowledge of ICD-9 and HCPCS Level II codes as related to billing guidelines, knowledge of UB-92 and 1500 claim reqs, ability to manage staff in the day-to-day operations |
| MANAGER, PATIENT FINANCIAL SVCS | Business Office | (7/14) | RFT | Reqs grad of a 4-year college, at least 2 years managerial exp in hospital billing/collections and excellent managerial and communication/reporting skills. Must have knowledge of hospital claims processes and UB 92 claims requirements |

1

# JOB POSTINGS

## ST. FRANCIS COMMUNITY HEALTH SERVICES

March 30, 2001

| POSITION | DEPARTMENT | #F.O.# | STATUS | QUALIFICATIONS — Job Line 566-4792 |
|---|---|---|---|---|
| DIETARY AIDE | Hospice-West | | Call-in. | Requires high school graduate with enough basic education to understand and follow standard practice or oral and written instructions, knowledge of basic food terminology, ability to operate various kitchen appliances, experience as a food service worker and/or equivalent vocational training preferred. Will consider on the job training if all other qualifications are met. $10.52/hr. |
| DIETITIAN | Hospice | | Call-in (as needed) | Requires BA degree from an accredited college or university with major in foods, nutrition, or food service administration, and registration with the American Dietetic Association. Must have completed dietetic internship approved by ADA. Will consider similar work experience of at least two years within an acute care setting. |
| HOME HEALTH AIDE | Home Care | 067 (6/30) | RPT, 24 hrs/wk. | Reqs grad of approved nursing assistant or HHA training prog, certification as home health aide preferred, at least 1 year related work exp in an acute care, nursing home or rehab facility, valid HDL, personal car with required insurance coverage for business use, and current driving abstract. $11.56/hr. |
| LPN-PHARM | Hospice / Hospice West | | Call-in / Call-in | Reqs completion of an accredited LPN program, HI LPN license, at least year related work exp, preferably, in acute care/oncology; will consider SNF exp. $14.18/hr. |
| LPN-PHARM | Home Care | 055 (5/19) | RFT | Reqs completion of an accredited LPN program, HI LPN license, over a year of work experience as an LPN preferably in acute care/oncology; will consider SNF experience. $14.18/hr. |
| NURSING ASSISTANT | Hospice-West | | Call-in | Requires high school graduate or equivalent, certificate of completion of a Nurse Aide training program or equivalent, HI Nurse Aide certification. One year Nurse Aide experience in acute care preferred but will consider one-year skilled nursing facility and/or Home Health Aide experience. $11.16/hr. |
| OCCUPATIONAL THERAPIST | Home Care | | Call-in | Reqs degree in OT, current registration with AOTA, at least 1 year exp in a home health agency or an acute care/SNF setting. Skills in arts and crafts, such as sewing and in making adaptive devices or splits, valid HDL, car for business use with coverage, and clean traffic abstract. |

# JOB POSTINGS

## *********NURSING POSITIONS*********

### ST. FRANCIS MEDICAL CENTER-LILIHA

Job Line: 566-4702

For nursing positions only, please call Lana Moore, Nurse Recruiter at (808) 547-6281 or send your resume to St. Francis Medical Center, Attn.: Nursing Office, 2230 Liliha St., Honolulu, HI 96817. All nursing positions require valid CPR certification and HI Licensure/Certification.

March 30, 2001

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| FACILITY MANAGER | Kona Dialysis | 581 (8/11) | RFT | Reqs add'l Post Grad course on top of the RN degree to perform job, certified Nephrology Nurse (CNN), minimum 2 years exp in a managerial capacity in a dialysis facility, exp in personnel & budget mgmt. |
| LPN-PHARM | IRC-Pearlridge | 809 (12/15) | RFT | |
| | Siemsen Dialysis | 702 (10/13) | RFT | |
| | Float Pool | 147 (3/17) | RFT, nights Call-in | Amount of exp. varies, but reqs some clinical exp. $14.18/hr. |
| PATIENT CARE TECH | Skilled Nursing | | Call-in | |
| | Trans Care Unit | 374 (3/16) 071 (2/16) | RFT RPT, 24 hrs wk Call-in | |
| | 3 MA | 007 (3/16) | RFT PTL, 16 hrs wk RFT RFT, nights Call-in | Reqs high school grad, basic computer skills including data entry, Nursing Asst/Aide and CPR Cert. Must be able to speak English only in all patient/visitor areas. $11.99/hr. |
| UTILIZATION MGMT COORDINATOR | 4 MA Float Pool | 325 (5/19) 039 (2/9) | | |
| | Quality Svcs | 116 (3/9) | RFT | Reqs nursing degree and additional post graduate courses required to perform job, 4 yrs related work exp. Current Hawaii RN License; good verbal and written communication skills, able to work well with staff members, knowledge of ICD-9-CM, CPT and DRG coding systems. |
| RESEARCH NURSE | Research Svcs | | Call-in | Requires specialized degree in Nursing, previous experience in conducting research in a research or academic institution, analytical ability and good judgment, and good computer skills. |

3

# JOB POSTINGS

March 30, 2001

**\*\*\*\*\*\*\*\*\*ST. FRANCIS MEDICAL CENTER - LILIHA**
**PROFESSIONAL AND MANAGEMENT POSITIONS\*\*\*\*\*\*\*\*\***

Job Line 566-4792

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| BUSINESS MANAGER | Cancer Center | 110 (3/9) | RFT | Reqs 4-year college degree-Business degree in accounting, finance, business admin or marketing preferred; 2 yrs related work exp.; knowledge of billing, coding, reimbursement and insurance plans, Medicare and Medicaid. Good computer, oral and written communication, organization and management skills; medical terminology. |
| CHIEF PHYSICIST | Radiation/Onc | 086 (2/23) | RFT | Reqs Masters degree, be certified by the American Board of Radiology in Radiation Therapy Physics or Radiological Physics, meet qualified expert criteria defined by the Nuclear Regulatory Commission and/or State radiation agency. Requires 4 years clinical exp in a Radiation Therapy dept. Exp as a Radiation Safety Officer preferred |
| CHIEF RADIATION THERAPIST | Radiation /Onc | 084 (2/23) | RFT | Reqs training equal to 2 years of college, current AART Registered and current Hawaii State license as a Radiation Therapist, 6 years work exp in field, exp with Varian C-series equip, IMPAC Radiation Oncology Mgmt Systems. |
| SR RADIATION THERAPIST | Radiation Oncology | 083 (2/22) | RFT | Reqs 2-4 years radiation oncology exp. Must be registered with ARRT and have current HI State Radiation Therapist License. Previous management exp is desirable. |
| DIRECTOR, RESEARCH SERVICES | Research Svcs | 614 (9/8) | RFT | Reqs college degree, such as prof accounting, finance, business admin and Marketing, over 4 years exp in a managerial capacity, knowledge of governmental regulations and law, of healthcare industry including issues and trends, of code of federal regulations and dept of health and human service regulations in field of expertise; ability to anticipate/prioritize assignments, to educate and negotiate, to manage multiple projects, to analyze complex probs, and to travel between sites and outside agencies. Must have strong organization and planning skills, have developed verbal and written communication, management/leadership and customer service. |
| MEDICAL DOSIMETRIST | Medical Physics | 61 (2/4) | RFT | Reqs HS and must be a Certified Medical Dosimetrist with AAPM, at least 1 year exp necessary in external beam and Low Dose Rate Brachytherapy treatment plans. Exp with High Dose Rate and stereotactic radiosurgery treatment plans, IMPAC record and verify data input and production of beam modifying and immobilization devices helpful. |
| PHYSICAL THERAPIST | Physical Therapy | 111 (3/9) | TPT,24 hrs wk until 4/02/01 | Requires Bachelor's degree and Hawaii state license in physical therapy. Experience with geriatric population is desirable. |

4

# JOB POSTINGS

March 30, 2001

## **********ST. FRANCIS MEDICAL CENTER-LILIHA**

## **********PROFESSIONAL AND MANAGEMENT POSITIONS**********

Job Line 566-4792

| POSITION | DEPARTMENT | REQ # | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| RENAL NUTRITION SPECIALIST | Siemsen Dialysis<br>Waianae Dialysis<br>IRC/Pearlridge Dialysis | 079 (2/23)<br>080 (2/23)<br>118 (3/9) | RPT, 20 hrs wk<br>RPT, 20 hrs wk<br>RFT | Reqs specialized degree including add'l post grad courses, Baccalaureate or advanced degree with major studies in food and nutrition or dietetics, Registered Dietitian (R.D.) with the American Dietetic Association, min 1 year exp in clinical nutrition, good communication and organizational skills. |
| RESPIRATORY THERAPIST, REG | Respiratory Care | 638 (9/8)<br>689 (10/13) | RFT<br>RFT<br>Call-in | Reqs specialized degree including add'l post grad courses, over 6 months, exp As a staff registered respiratory therapist and over two years as charge therapist. |

5

# JOB POSTINGS

**\*\*\*\*\*\*\*\*\*\*TECHNICAL POSITIONS\*\*\*\*\*\*\*\*\*\***

**ST. FRANCIS MEDICAL CENTER-LILIHA**

Ward# 6015001

Job Line: 566-4792

| POSITION | DEPARTMENT | REQ # | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| DIALYSIS ASSISTANT | Pearlridge Dialysis | 048 (2/9) | RFT | Reqs HS grad, basic understanding of mechanical, electrical and water treatment Systems, water system and reprocessing certification, ability to read, comprehend And follow written operating procedures, to interpret technical diagrams and Schematics, to use basic analytical instruments like TDS, MTR, test kits, conductivity Meter and to obtain and maintain CPR certification. Experience with biomedical And/or water processing preferred. $11.16/hr. |
| DIALYSIS EQUIPMENT TECH | Waianae Dialysis Kona Dialysis | 605 (8/25) | PTL, 8 hrs/wk. Call-in | Req's HS grad or equivalent; min 6 mo's exp.; basic understanding of mechanical, Electrical and water treatment systems; ability to use basic analytical instruments (TDS, MTR, test kits, conductivity meter). $11.56/hr |
| HEMO TECH II | Pearlridge Dialysis Siemsen Dialysis | 045(2/9) | Call-in TFT (indef) Call-in | Req's HS grad., at least 6 months work exp in an acute care setting, current CPR, $12.89/hr. |
| | Maui Dialysis Kahana Dialysis | 101 (3/2) 328 (3/2) | Call-in RFT RPT, 20 hrs wk | |
| HEMO TECH I | Hemo Center Pearlridge Dialysis | 603 (8/25) 805 3/16) | RFT RFT | Reqs grad from accredited LPN school or comparable institution of learning, HI LPN license, and passed basic integrated math/med test with 85%, current CPR, over 6 months work exp, acute med/surg exp pref. $15.57/hr. |
| | Leeward Dialysis Siemsen Dialysis | 31 (3/2) | RFT. Call-in | |
| MONITOR TECH | 4 MA | 775 (12/15) | RFT | Reqs HS grad, successful completion of basic EKG course and ability to pass the EKG examination prior to hire, familiarity with medical terminology, ward clerk skills, and current CPR certification. Computer knowledge, previous hospital and exp as Monitor Tech. $13.22/hr. |

6

# JOB POSTINGS

## ST. FRANCIS MEDICAL CENTER-LILIHA

Job Line: 566-4792

**\*\*\*\*\*\*\*\*\*\*\*TECHNICAL POSITIONS\*\*\*\*\*\*\*\*\*\***

March 30, 2001

| PHARMACY TECH | Pharmacy | 044 (2/9) | RPT, 20 hrs/wk | Reqs HS grad, with hospital/retail pharm and med clinic exp. Will consider Ward Clerk exp. Must know brand-generic medication names, medical terminology, how to use calculator and computer, be good in math, type at least 25 wpm. $12.76/hr. |
| --- | --- | --- | --- | --- |
| SURGICAL TECH | Operating Room | 002 (1/19) | RFT | Reqs HS grad plus add'l training equal to 2 years of college, completion of a formal Surgical Tech training prog or has 2 years exp or greater in the same capacity, knowledge of medical terminology, and of surgical instrumentation and aseptic technique. $12.89/hr. |

7

# JOB POSTINGS

**ST. FRANCIS MEDICAL CENTER-LIILIHA**

**********CLERICAL POSITIONS**********

March 10, 2001

Job line: 566-4792

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| CODER, CERT | Medical Records | 176 (3/24) | RFT Call-in | Reqs HS plus add'l training equal to 2 years of college, certification as Coding Specialist or RHIT. Must have CCS, CPO or RHIT with 2 years coding experience. $16.09/hr. |
| INFO DESK RECEPTIONIST | Information Desk | | Call-in | Reqs HS grad, able to read, write,understand and follow oral and written instructions in English, keep simple records, use typewriter, good telephone skills, public relations and customer relations background. |
| ONCOLOGY DATA SPECIALIST | Oncology Data Mgmt | | Call-in | Reqs HS grad, plus additional courses or specialized training at business or community college, or other formal training facility or program, at least 4 years of Tumor Registry work, knowledge of staging utilizing AJCC staging and SEER, and Extent of Disease and Summary Staging guidelines. Experience with CansurFacs software and knowledge of American College of Surgeons Data Set preferred. Knowledge of basic biostatistics helpful. |
| SECRETARY | Radiation/Onc | 082 (2/22) | RFT | HS plus add'l training to equal 2 years of college; min 2 years work exp; good typing and computer skills, minute and note taking, excellent communication skills and phone manners, maintain confidentiality, good work habits. |
| UNIT CLERK | Siemsen Dialysis | | Call-in | Reqs HS grad, plus add'l courses or specialized training at business or community college or formal training program, ability to understand and carry out assigned duties effectively, knowledge of office procedures and equipment, medical terminology, good computer skills and minimum 6 mos related work exp. |
| UNIT SERVICE COORD | IRC/Pearlridge Dialysis | 119 (3/9) | Call-in | Reqs HS grad, plus add'l courses or specialized training at business or community college or formal training program, 2 yrs related work exp, preferably in a hospital or medical setting; ability to understand and carry out assigned duties effectively, knowledge of office procedures and equipment, accounting procedures, good interpersonal, management, organizational and communication skills. $12.35/hr |

# JOB POSTINGS

## ST. FRANCIS MEDICAL CENTER, LILIHA
### **********SERVICE POSITIONS**********

Job Line: 566-6792

March 30, 2001

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|----------|-----------|------|--------|----------------|
| TRANSPORTER | Central Transport | 01A-76 | Call-in | Requires high school grad, with enough basic education to understand and follow standard practice or oral and written instructions and current CPR. $10.41/hr. |
| MAINTENANCE WORKER I | Facilities Services | 01A-77 | RFT RFT | Reqs HS grad, plus additional courses or specialized training program in related field; 2 years work exp in related field; skilled in electrical, air conditioning, plumbing, mechanical, drywall, hand tools and other related equipment. $16.09/hr. |

9



St. Francis Healthcare System
of Hawaii

# FACSIMILE TRANSMITTAL

To:      MICHAEL CHAMBRELLA
         Attorney
         HAWAII TEAMSTERS & ALLIED WORKERS
         LOCAL 996

From:    SUSAN M. HASHIMOTO
         Employee Relations Manager
         ST. FRANCIS HEALTHCARE SYSTEM
         Phone: (808)547-6290    Fax: (808)547-6305

Date:    5/17/01          Time:  4:28 p.m.

Subject:  OPEN POSITIONS - LILIHA, SYSTEM AND COMMUNITY HEALTH
          SERVICES

### TOTAL NUMBER OF PAGES INCLUDING COVER SHEET – 8

CONFIDENTIALITY NOTICE: This transmittal is intended only for the person/party to whom it is addressed.  If you have received this transmittal in error, please notify the above sender immediately and it will be retrieved at no expense to you.

Per your request, I am sending the follow list of open positions to you.  Please call if you need anything further.

*To: Michael Chambrella  Fr. Susan M Hashimoto*

*Pls note I fulfilled your request on the day you asked for a job listing. I will send another updated listing today*

2230 Liliha Street
P.O. Box 30100 ☙ Honolulu, Hawaii 96820-0100
Phone: (808) 547-6011

*Ama'uma'u (fern)*
Ancient Hawaiian treatment for asthma

# JOB LISTING

**ATTENTION EMPLOYEES:** If you are applying for one of the positions listed below **and** you are a St. Francis Healthcare System, St. Francis Community Health Services or St. Francis Medical Center-Liliha employee, please complete a Internal Application form. If you are a St. Francis Medical Center - West employee, please complete a St. Francis Application. Send your application to our Human Resources Office at Dole. If you have any questions about these positions, please call Human resources at 566-4721 or 566-4750.

## ST. FRANCIS HEALTHCARE SYSTEM OF HAWAII

May 17, 2001

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS | Job Line 566-4792 |
|---|---|---|---|---|---|
| ADMISSIONS REGISTRAR | Admissions | 70 (5/17) | PTL/16 hrs. | Requires high school graduate plus additional courses or specialized training at business or community college or other formal training facility or program, computer literate, ability to type 40 wpm and use standard office machines, and knowledge of medical terminology. Knowledge of health insurance coverage and training in hospital procedures and regulations desirable. $12.76/hr. | |
| CODER, CERT | Medical Records | 176 (3/24) | RFT Call-in | Reqs HS plus add'l training equal to 2 years of college, certification as Coding Specialist or RHIT. Must have CCS, CPO or RHIT with 2 years coding experience. $16.09/hr. | |
| FINANCIAL COUNSELOR | Admissions | 005 (5/17) | RFT | Reqs HS with minimum 6 mos related exp, good computer skills, aware of financial and community resources available, good communication skills, able to maximize time mgmt skills to meet patient/family needs. | |
| MANAGER, PATIENT FINANCIAL SVCS | Business Office | (7/14) | RFT | Reqs grad of a 4-year college, at least 2 years managerial exp in hospital billing/collections and excellent managerial and communication/reporting skills. Must have knowledge of hospital claims processes and UB 92 claims requirements | |

## ST. FRANCIS COMMUNITY HEALTH SERVICES

May 17, 2001

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS | Job Line 566-4792 |
|---|---|---|---|---|---|
| BUSINESS MANAGER | Home Health Agency | 071 (7/21) | RFT | Reqs a Master's degree in Accounting or Business but exp may be substituted, over one year exp working in Business Office or account exp in health care or related field, prior managerial/supervisory exp, current HDL, and good driving record. Must have automobile available for business and required insurance. Must have strong, effective supervisory skills; excellent verbal and written communication skills, be computer literate, specifically proficient in Excel and other computer applications. Must be accurate in typing and ten key calculator. Home health experience is desirable. Also reqs valid HDL, personal car for business use with required insurance coverage; good driving record as evidenced by driver's abstract. | |
| DIETITIAN | Hospice | | Call-in | Requires BA degree from an accredited college or university with major in foods, | |

1

# JOB LISTING

## ST. FRANCIS COMMUNITY HEALTH SERVICES

May 1, 2001

Job Line: 566-4792

nutrition, or food service administration, and registration with the American Dietetic Association. Must have completed dietetic internship approved by ADA. Will consider similar work experience of at least two years within an acute care setting.

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| DIRECTOR, HOME HEALTH AGENCY | Home Health Agency | | RFT | Reqs Master's Degree in nursing admin or public health admin, current HI RN license; exp as a manager in a home health agency or other nursing agency/facility, 3 yrs supervisory level exp in home health agency or healthcare field. At least 2 yrs exp as an administrator of a home health agency is preferred. Also reqs basic computer knowledge and training, flexibility in styles of leadership & personal mgmt.; valid HDL, personal car for business use with required insurance coverage, good driving record as evidenced by driver's abstract. |
| HOME HEALTH AIDE | Home Care | 067 (6/30) | RPT, 24 hrs/wk | Reqs grad of approved nursing assistant or HHA training prog, certification as home health aide preferred, at least 1 year related work exp in an acute care, nursing home or rehab facility, valid HDL, personal car with required insurance coverage for business use, and current driving abstract. $11.56/hr. |
| LPN-PHARM | Hospice Hospice West | 08 (5/4) | Call-in Call-in | Reqs completion of an accredited LPN program, HI LPN license, at least year related work exp, preferably, in acute care/oncology; will consider SNF exp. $14.18/hr. |
| LPN-PHARM | Home Care | 055 (5/19) | RFT | Reqs completion of an accredited LPN program, HI LPN license, over a year of work experience as an LPN preferably in acute care/oncology; will consider SNF experience. $14.18/hr. |
| NURSING ASSISTANT | Hospice Hospice-West | | Call-in Call-in | Requires high school graduate or equivalent, certificate of completion of a Nurse Aide training program or equivalent, HI Nurse Aide certification. One year Nurse Aide experience in acute care preferred but will consider one-year skilled nursing facility and/or Home Health Aide experience. $11.16/hr. |
| PHYSICAL THERAPIST | Home Care | | Call-in | Requires BS Physical Therapy degree from an approved school by the APTA or Baccalaureate degree in a related health field and a certificate from a school approved by the APTA, registered PT currently licensed in the state of HI, at least one year experience in home health agency, acute care hospital or rehabilitation center, valid HI driver's license, personal car available for work with the required automobile insurance coverage, and good driving record, as evidenced by current driver's abstract. |

2

# JOB LISTING

## ST. FRANCIS MEDICAL CENTER - LILIHA
#### *********NURSING POSITIONS*********

**For all nursing positions, please call Lana Moore at (808) 547-6281 or send your resume to St. Francis Medical Center, Attn.: Nursing Office, 2230 Liliha St., Honolulu, HI 96817. All nursing positions require valid CPR certification and HI Licensure/Certification.**

Job Line: 566-4791

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| LPN-PHARM | Float Pool | 147 (3/17) | RFT, nights Call-in | Amount of exp. varies but reqs some clinical exp. $14.18/hr. |
|  | Skilled Nursing | 214 (5/16) | RPT, 24 hrs/wk- nights Call-in |  |

May 17, 2001

#### **********ST. FRANCIS MEDICAL CENTER- LILIHA**********
#### **********PROFESSIONAL AND MANAGEMENT POSITIONS**********

Job Line: 566-4792

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| CASE MANAGER, LEVEL I | Quality Svcs | (4/20) | RFT | Minimum 2 yrs clinical or utilization management exp. Able to do admissions and concurrent reviews of appropriate level of care and facilitate discharge planning. Must be able to identify opportunities for improvement in systems and processes and demonstrate initiative in problem solving. Must have knowledge of ICD-9-CM, CPT and DRG coding systems; have effective verbal and written communication skills; be familiar with regulations of fiscal intermediaries pertaining to covered versus non covered hospital stays; be tactful, assertive, work with minimal supervision and be able to work effectively and efficiently with Physician, Nursing and other hospital staff nursing units. |
| CLINICAL PHARMACY SPECIALIST | Pharmacy | 247 (5/14) | TFT, indefinite | Requires a Bachelor's degree in Pharm, add'l postgraduate courses to perform job; Registered, licensed Pharmacist; current HI license; strong supervisory skills and knowledge of aseptic techniques. Minimum four years experience or completion of a hospital residency. |
| CHIEF PHYSICIST | Radiation/ Onc | 086 (2/23) | RFT | Reqs Masters degree, be certified by the American Board of Radiology in Radiation Therapy Physics or Radiological Physics, meet qualified expert criteria defined by the Nuclear Regulatory Commission and/or State radiation agency. Requires 4 years clinical exp in a Radiation Therapy dept. Exp as a Radiation Safety Officer preferred |

May 17, 2001

# JOB LISTING

**ST. FRANCIS MEDICAL CENTER- LILIHA**
**********PROFESSIONAL AND MANAGEMENT POSITIONS**********

May 15, 2001

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS — Job Line: 566-4492 |
|---|---|---|---|---|
| NURSE MANAGER | Skilled Nursing<br>Sullivan Oncology<br>ICU,CCU,PACU | (5/14)<br>(5/14)<br>(5/14) | RFT<br>RFT<br>RFT | Reqs specialized degree in Nursing. BSN or appropriated Bachelor's degree required; 2-4yrs recent acute clinical exp (Oncology/Critical Care); Minimum 2 yrs progressive exp. in a nursing leadership role. |
| ONC DATA MANAGER | Oncology Data Mgmt | 01 (5/14t) | RFT | Requires high school plus additional training equal to 2 years of college, two years of Tumor Registry work, demonstrated knowledge of State of HI National Cancer Institute SEER Program standards helpful, demonstrated knowledge of the American College of Surgeons Commission on Cancer Registry Operations and Data Standards, demonstrated knowledge of biostatistics, which includes compiling and displaying data and the ability to conduct basic comparison survival outcome studies essential, coding and in staging utilizing AJCC staging and SEER extent of disease and staging guidelines. |
| RENAL NUTRITION SPECIALIST | Siemsen Dialysis<br>Waianae Dialysis<br>IRC/Pearlridge<br>Dialysis | 228 (5/4)<br>079 (2/23)<br>080 (2/23)<br>118 (3/9) | RFT<br>RPT, 20 hrs wk<br>RPT, 20 hrs wk<br>RFT | Reqs specialized degree including add'l post grad courses, Baccalaureate or advanced degree with major studies in food and nutrition or dietetics, Registered Dietitian (R.D.) with the American Dietetic Association, min 1 year exp in clinical nutrition, good communication and organizational skills. |
| RESEARCH NURSE | Research Svcs | 115 (3/30) | RFT<br>Call-in | Requires specialized degree in Nursing, previous experience in conducting research in a research or academic institution, analytical ability and good judgment, and good computer skills. |

4

# JOB LISTING

## ST. FRANCIS MEDICAL CENTER - LILIHA

**May 17, 2001**  ***********TECHNICAL POSITIONS***********  Job Line 566-4792

| POSITION | DEPARTMENT | REQ # | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| EMERGENCY DEPT TECH | Emergency Svcs | | Call-in | Requires HS grad, certification as an EMT or Nursing Asst, basic computer skills including basic data entry, CPR certification, clerical skills/order entry, medical terminology, and ability to work quickly in a stressful environment.  $12.89/hr. |
| HEMO TECH II | Pearlridge Dialysis | 184 (3/30) | RFT | Reqs HS grad, at least 6 months work exp in an acute care setting, current CPR, $12.89/hr. |
| | Leeward | 153 (3/21) | RFT | |
| HEMO TECH I | Maui Dialysis | | Call-in | Reqs grad from accredited LPN school or comparable institution of learning, HI LPN license, and passed basic integrated math/med test with 85%, current CPR, over 6 months work exp, acute med/surg exp pref.  $15.57/hr. |
| | IRC-Pearlridge | 237 (5/17) | Call-in | |
| | Leeward Dialysis | 250 (4/7) | TFT, 6 mos | |
| | Siemsen Dialysis | 251 (4/3) | RFT | |
| | | | PTL, 8 hrs/wk. | |
| | | | Call-in | |
| PHARMACY IV TECH | Kauai Dialysis | 219 (5/14) | RFT | Pharm Tech Cert and medical terminology preferred. Reqs 6mos hospital or medical clinic exp, basic computer skills, good math aptitude (weight to volume, body weight, body surface area) able to work with admixtures under a laminar flow hood. |
| | Pharmacy | | Call-in | |
| PATIENT CARE TECH | 4MA | 236 (5/17) | PTL, 16 hrs/wk | Reqs HS grad, have nursing assistant certification, current CPR certification. Must be able to understand and follow standard practice of oral and written instructions in English, use simple arithmetic, keep records, operated basic office machinery, basic computer skills to include data entry. Show a willingness to work with patients who are ill and are concerned for the total welfare of patients $11.99/hr. |
| | Step Down Unit | 155 (5/11) | RFT | |
| | 3MA | 49 (5/14) | RFT | |
| | Float Pool | | Call-in | |
| MONITOR TECH | 4 MA | 775 (12/15) | RFT | Reqs HS grad, successful completion of basic EKG course and ability to pass the EKG examination prior to hire, familiarity with medical terminology, ward clerk skills, and current CPR certification.  Computer knowledge, previous hospital and exp as Monitor Tech.  $13.22/hr. |

5

# JOB LISTING

## ST. FRANCIS MEDICAL CENTER - LIHA
**********CLERICAL POSITIONS**********

Job Line: 566-4702

May 16, 2001

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| ADMINISTRATIVE SECRETARY III | Medical Staff Svcs | | RFT | Reqs HS plus additional courses at business school or college, 2 yrs work related exp; completion of medical terminology course or willingness to take course; proficient with advanced applications of data base software, Microsoft Word, Excel, Access and Windows '95, excellent typing and communication skills. |
| MEDICAL ASSISTANT | Research Services | 173 (3/30) | RFT; 20hrs/wk | Reqs HS plus add'l training at business or community college, other formal training facility or program, ability to understand and carry out assigned duties effectively, operated general office machines, have good office skills, current CPR certification, medical terminology, good communication skills and command of spoken and written English; 1 yr. related work exp. |
| MEDICAL ASSISTANT | Health Office | 253 (5/17) | RPT, 20 hrs/wk | Reqs; graduate of a medical assistant program; ability to understand and carry out assigned duties effectively, operated general office machines, have good office skills; current CPR certification, medical terminology; good communication skills and command of spoken and written English, minimum 4 yrs. related work exp. |
| ONCOLOGY DATA SPECIALIST | Oncology Data Mgmt | | Call-in | Reqs HS grad, plus additional courses or specialized training at business or community college, or other formal training facility or program, at least 4 years of Tumor Registry work, knowledge of staging utilizing AJCC staging and SEER, and Extent of Disease and Summary Staging guidelines. Experience with CansurFacs software and knowledge of American College of Surgeons Data Set preferred. Knowledge of basic biostatistics helpful. |
| STAFFING CLERK | Nursing Staff Support | | Call-in | Requires high school graduate, knowledge of ANSOS system, basic computer skills and data entry, and ability to work with others in demanding, tense situations. |
| UNIT CLERK | Siemsen Dialysis Hemo Center | | Call-in Call-in | Reqs HS grad, plus add'l courses or specialized training at business or community college or formal training program, ability to understand and carry out assigned duties effectively, knowledge of office procedures and equipment, medical terminology, good computer skills and minimum 6 mos related work exp. $12.35/hr |
| WARD CLERK | 4MA ICU Emergency Svcs | | Call-in Call-in Call-in | Reqs HS grad, knowledge of medical terminology, general computer knowledge, operation of standard office machines and at least 6 months experience as Ward Clerk. $11.56/hr. |

6

# JOB LISTING

## ST. FRANCIS MEDICAL CENTER - LILIHA
### ***********CLERICAL POSITIONS***********

Job Line: 566-4792

| | POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|---|
| May 17, 2001 | UNIT SERVICE COORD | Nursing Admin | 169 (5/4) | RFT | Reqs HS grad, plus add'l courses or specialized training at business or community college or formal training program; 2 yrs related work exp., preferably in a hospital or medical setting; ability to understand and carry out assigned duties effectively; knowledge of office procedures and equipment, accounting procedures, good interpersonal, management, organizational and communication skills. |

## ST. FRANCIS MEDICAL CENTER - LILIHA
### ***********SERVICE POSITIONS***********

Job Line: 566-4792

| | POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|---|
| May 17, 2001 | | | | | |

7



**St. Francis Healthcare System
of Hawaii**

# FACSIMILE TRANSMITTAL

To:     MICHAEL CHAMBRELLA
        Attorney
        HAWAII TEAMSTERS & ALLIED WORKERS
        LOCAL 996

From:   SUSAN M. HASHIMOTO
        Employee Relations Manager
        ST. FRANCIS HEALTHCARE SYSTEM
        Phone: (808)547-6290     Fax: (808)547-6305

Date:   5/31/01          Time:  9:35 p.m.

Subject:    JOB LISTING

### TOTAL NUMBER OF PAGES INCLUDING COVER SHEET - 9

CONFIDENTIALITY NOTICE: This transmittal is intended only for the person/party to whom it is addressed. If you have received this transmittal in error, please notify the above sender immediately and it will be retrieved at no expense to you.

   Attached please find the job listing you requested in your grievance letter dated 5/29/01. Please call me to confirm your receipt of this information.

   Thank you.

2230 Liliha Street
P.O. Box 30100 ✉ Honolulu, Hawaii 96820-0100
Phone: (808) 547-6011

*Ama'uma'u (fern)*
Ancient Hawaiian treatment for asthma

# JOB LISTING

**ATTENTION EMPLOYEES:** If you are applying for one of the positions listed below **and** you are a St. Francis Healthcare System, St. Francis Community Health Services or St. Francis Medical Center-Liliha employee, please complete a Internal Application form. If you are a St. Francis Medical Center -West employee, please complete a St. Francis Application. Send your application to our Human Resources Office at Dole. If you have any questions about these positions, please call Human resources at 566-4721 or 566-4750.

| | | | |
|---|---|---|---|
| **ADMISSIONS REGISTRAR** | Admissions | 70 (5/17) | PTL/16 hrs. | Requires high school graduate plus additional courses or specialized training at business or community college or other formal training facility or program, computer literate, ability to type 40 wpm and use standard office machines, and knowledge of medical terminology. Knowledge of health insurance coverage an training in hospital procedures and regulations desirable. $12.76/hr. |
| **CODER, CERT** | Medical Records | 176 (3/24) | RFT Call-in | Reqs HS plus add'l training equal to 2 years of college, certification as Coding Specialist or RHIT. Must have CCS, CPO or RHIT with 2 years coding experience. $16.09/hr. |
| **FINANCIAL COUNSELOR** | Admissions | 005 (5/17) | RFT | Reqs HS with minimum 6 mos wk related exp, good computer skills, aware of financial and community resources available, good communication skills, able to maximize time mgmt skills to meet patient/family needs. |
| **MANAGER, PATIENT FINANCIAL SVCS** | Business Office | (7/14) | RFT | Reqs grad of a 4-year college, at least 2 years managerial exp in hospital billing/collections and excellent managerial and communication/reporting skills. Must have knowledge of hospital claims processes and UB 92 claims requirements |

1

# JOB LISTING

## ST. FRANCIS COMMUNITY HEALTH SERVICES

| | DEPARTMENT/REASON | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| **BUSINESS MANAGER** | Home Health Agency | 071 (7/21) | RFT | Reqs a Master's degree in Accounting or Business but may be substituted, or one year exp working in Business Office or account exp in health care or related field, prior managerial/supervisory exp, current HDL, and good driving record. Must have automobile available for business and required insurance. Must have strong, effective supervisory skills; excellent verbal and written communication skills; be computer literate, specifically proficient in Excel and other computer applications. Must be accurate in typing and ten key calculator. Home health experience is desirable. Also reqs valid HDL, personal car for business use with required insurance coverage, good driving record as evidenced by driver's abstract |
| **DIETITIAN** | Hospice | | Call-in | Requires BA degree from an accredited college or university with major in foods, nutrition, or food service administration, and registration with the American Dietetic Association. Must have completed dietetic internship approved by ADA. Will consider similar work experience of at least two years within an acute care setting. |
| **DIRECTOR, HOME HEALTH AGENCY** | Home Health Agency | 08 (5/4) | RFT | Reqs Masters' Degree in nursing admin or public health admin, current HI RN license; exp as a manager in a home health agency or other nursing agency/facility, 3 yrs supervisory level exp in home health agency or healthcare field. At least 2 yrs exp as an administrator of a home health agency is preferred. Also reqs basic computer knowledge and training, flexibility in styles of leadership & personal mgmt; valid HDL, personal car for business use with required insurance coverage, good driving record as evidenced by driver's abstract. |
| **HOME HEALTH AIDE** | Home Care | 067 (6/30) | RPT, 24 hrs/wk. | Reqs grad of approved nursing assistant or HHA training prog, certification as home health aide preferred, at least 1 year related work exp in an acute care, nursing home or rehab facility, valid HDL, personal car with required insurance coverage for business use, and current driving abstract. $11.56/hr. |
| **LPN-PHARM** | Hospice / Hospice West | | Call-in / Call-in | Reqs completion of an accredited LPN program, HI LPN license, at least year related work exp, preferably, in acute care/oncology; will consider SNF exp. $14.18/hr. |
| **LPN-PHARM** | Home Care | 055 (5/19) | RFT | Reqs completion of an accredited LPN program, HI LPN license, over a year of work experience as an LPN preferably in acute care/oncology; will consider SNF experience. $14.18/hr. |

2

# JOB LISTING

## ST. FRANCIS COMMUNITY HEALTH SERVICES

| POSITION | DEPARTMENT | STATUS | QUALIFICATION |
|---|---|---|---|
| **NURSING ASSISTANT** | Hospice<br>Hospice-West | Call-in<br>Call-in | Requires high school graduate or equivalent, certificate of completion of a Nurse Aide training program or equivalent, HI Nurse Aide certification. One year Nurse Aide experience in acute care preferred but will consider one-year skilled nursing facility and/or Home Health Aide experience. $11.16/hr. |
| **PHYSICAL THERAPIST** | Home Care | Call-in | Requires BS Physical Therapy degree from an approved school by the APTA or Baccalaureate degree in a related health field and a certificate from a school approved by the APTA, registered PT currently licensed in the state of HI, at least one year experience in home health agency, acute care hospital or rehabilitation center, valid HI driver's license, personal car available for work with the required automobile insurance coverage, and good driving record, as evidenced by current driver's abstract. |

3

# JOB LISTING

## ST. FRANCIS MEDICAL CENTER - LILIHA
### *********NURSING POSITIONS*********

For all nursing positions, please call Lana Moore at (808) 547-6281 or send your resume to St. Francis Medical Center, Attn.: Nursing Office, 2230 Liliha St., Honolulu, HI 96817. All nursing positions require valid CPR certification and HI Licensure/Certification.

| POSITION | DEPARTMENT | REQ # | STATUS | QUALIFICATIONS Job Line: 566-4792 |
|---|---|---|---|---|
| LPN-PHARM | Float Pool | 147 (3/17) | RFT, nights Call-in | Amount of exp varies but reqs some clinical exp. $14.18/hr. |
|  | Skilled Nursing | 214 (5/16) | RPT, 24 hrs/wk- nights Call-in |  |

May 25, 2005
### *********PROFESSIONAL AND MANAGEMENT POSITIONS*********

| POSITION | DEPARTMENT | REQ # | STATUS | QUALIFICATIONS Job Line: 566-4792 |
|---|---|---|---|---|
| CASE MANAGER | Quality Svcs | (4/20) | RFT | Minimum 2 yrs clinical or utilization management exp. Able to do admissions and concurrent reviews of appropriate level of care and facilitate discharge planning. Must be able to identify opportunities for improvement in systems and processes and demonstrate initiative in problem solving. Must have knowledge of ICD-9-CM, CPT and DRG coding systems; have effective verbal and written communication skills; be familiar with regulations of fiscal intermediaries pertaining to covered versus non covered hospital stays; be tactful, assertive, work with minimal supervision and be able to work effectively and efficiently with Physician, Nursing and other hospital staff nursing units. |
| CLINICAL PHARMACY SPECIALIST | Pharmacy | 247 (5/14) | TFT, indefinite | Requires a Bachelor's degree in Pharm, add'l postgraduate courses to perform job; Registered, licensed Pharmacist; current HI license; strong supervisory skills and knowledge of aseptic techniques. Minimum four years experience or completion of a hospital residency. |

4

# JOB LISTING

**ST. FRANCIS MEDICAL CENTER - LIHA**

May 25, 2001

**\*\*\*\*\*\*\*\*\*\*PROFESSIONAL AND MANAGEMENT POSITIONS\*\*\*\*\*\*\*\*\*\***

Job Line 547-6979

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATION |
|---|---|---|---|---|
| CHIEF PHYSICIST | Radiation/Onc | 086 (2/23) | RFT | Reqs Masters degree, be certified by the American Board of Radiology in Radiation Therapy Physics or Radiological Physics, meet qualified expert criteria defined by the Nuclear Regulatory Commission and/or State radiation agency. Requires 4 years clinical exp in a Radiation Therapy dept. Exp as a Radiation Safety Officer preferred |
| NURSE MANAGER | Skilled Nursing Sullivan Oncology ICU,CCU,PACU | (5/14) (5/14) (5/14) | RFT RFT RFT | Reqs specialized degree in Nursing, BSN or appropriated Bachelor's degree required, 2-4yrs recent acute clinical exp (Oncology/Critical Care); Minimum 2 yrs progressive exp in a nursing leadership role. |
| ONC DATA MANAGER | Oncology Data Mgmt | 01 (5/14) | RFT | Requires high school plus additional training equal to 2 years of college, two years of Tumor Registry work, demonstrated knowledge of State of HI National Cancer Institute SEER Program standards helpful, demonstrated knowledge of the American College of Surgeons Commission on Cancer Registry Operations and Data Standards, demonstrated knowledge of biostatistics, which includes compiling and displaying data and the ability to conduct basic comparison survival outcome studies essential, coding and in staging utilizing AJCC staging and SEER extent of disease and staging guidelines. |
| RENAL NUTRITION SPECIALIST | Siemsen Dialysis Waianae Dialysis | 228 (5/4) 079 (2/23) 080 (2/23) | RFT RFT, 20 hrs wk RFT, 20 hrs wk | Reqs specialized degree including add'l post grad courses, Baccalaureate or advanced degree with major studies in food and nutrition or dietetics, Registered Dietitian (R.D.) with the American Dietetic Association, min 1 year exp in clinical nutrition, good communication and organizational skills. |
| SEARCH COORDINATOR | Donor Registry | 226 (5/18) | RFT | Reqs HS grad, preferably Bachelor's degree in science or marketing, 1-3 yrs related work exp. Ability to read and interpret documents, write routine reports and correspondence independently, speak effectively before groups of customers or employees of organizations; good math, organizational and computer skills. |
| RESEARCH NURSE | Research Svcs | 115 (3/30) | RFT Call-in | Requires specialized degree in Nursing, previous experience in conducting research in a research or academic institution, analytical ability and good judgment, and good computer skills. |

# JOB LISTING

## ST. FRANCIS MEDICAL CENTER-LIHA
### **********TECHNICAL POSITIONS**********

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| EMERGENCY DEPT TECH | Emergency Svcs | | Call-in | Requires HS grad, certification as an EMT or Nursing Asst., basic computer skills including basic data entry, CPR certification, clerical skills/order entry, medical terminology, and ability to work quickly in a stressful environment. $12.89/hr. |
| HEMO TECH II | Leeward Maui Dialysis | 153 (3/21) | RFT Call-in | Reqs HS grad, at least 6 months work exp in an acute care setting, current CPR. $12.89/hr. |
| HEMO TECH I | IRC-Pearlridge Leeward Dialysis Siemsen Dialysis | 237 (5/17) 250 (4/7) 251 (4/3) | Call-in TFT,6 mos RFT PTL, 8 hrs/wk. Call-in | Reqs grad from accredited LPN school or comparable institution of learning, HI LPN license, and passed basic integrated math/med test with 85%, current CPR, over 6 months work exp, acute med/surg exp pref. $15.57/hr. |
| PATIENT CARE TECH | Kauai Dialysis | 219 (5/14) 236 (5/17) 49 (5/14) | RFT PTL,16 hrs/wk RFT Call-in | Reqs HS grad, have nursing assistant certification, current CPR certification. Must be able to understand and follow standard practice of oral and written instructions in English, use simple arithmetic, keep records, operated basic office machinery, basic computer skills to include data entry. Show a willingness to work with patients who are ill and are concerned for the total welfare of patients. $11.99/hr. |
| MONITOR TECH | 4MA 3MA Float Pool | | RFT | |
| | 4 MA | 775 (12/15) | RFT | Reqs HS grad, successful completion of basic EKG course and ability to pass the EKG examination prior to hire, familiarity with medical terminology, ward clerk skills, and current CPR certification. Computer knowledge. previous hospital and exp as Monitor Tech. $13.22/hr. |

6

# JOB LISTING

May 25, 2001

## ST. FRANCIS MEDICAL CENTER - LILIHA
### *********CLERICAL POSITIONS*********

Job Line: 561-5342

| POSITION | DEPARTMENT | REQ # | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| ADMINISTRATIVE SECRETARY III | Medical Staff Svcs | 259 (5/11)<br>260 (5/25) | RFT<br>RFT | Reqs HS plus additional courses at business school or college, 2 yrs work related exp; completion of medical terminology course or willingness to take course; proficient with advanced applications of data base software; Microsoft Word, Excel, Access and Windows '95; excellent typing and communication skills. |
| MEDICAL ASSISTANT | Research Services | 173 (3/30) | RPT, 20hrs/wk | Reqs HS plus add'l training at business or community college, other formal training facility or program; ability to understand and carry out assigned duties effectively, operated general office machines, have good office skills; current CPR certification, medical terminology, good communication skills and command of spoken and written English; 1 yr. related work exp. |
| ONCOLOGY DATA SPECIALIST | Oncology Data Mgmt | | Call-in | Reqs HS grad, plus additional courses or specialized training at business or community college, or other formal training facility or program, at least 4 years of Tumor Registry work, knowledge of staging utilizing AJCC staging and SEER, and Extent of Disease and Summary Staging guidelines. Experience with CansurFacs software and knowledge of American College of Surgeons Data Set preferred. Knowledge of basic biostatistics helpful. |
| STAFFING CLERK | Nursing Staff Support | | Call-in | Requires high school graduate, knowledge of ANSOS system, basic computer skills and data entry, and ability to work with others in demanding, tense situations |
| UNIT CLERK | Siemsen Dialysis<br>Hemo Center | | Call-in<br>Call-in | Reqs HS grad, plus add'l courses or specialized training at business or community college or formal training program, ability to understand and carry out assigned duties effectively, knowledge of office procedures and equipment, medical terminology, good computer skills and minimum 6 mos related work exp.$12.35/hr |
| WARD CLERK | ICU<br>Emergency Svcs | | Call-in<br>Call-in | Reqs HS grad, knowledge of medical terminology, general computer knowledge, operation of standard office machines and at least 6 months experience as Ward Clerk. $11.56/hr. |

# JOB LISTING

## ST. FRANCIS MEDICAL CENTER - LILIHA
### *********CLERICAL POSITIONS*********

May 25, 2001

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|
| UNIT SERVICE COORD | Nursing Admin | 169 (5/4)<br>261 (5/25) | RFT<br>RFT | Reqs HS grad, plus add'l courses or specialized training at business or community college or formal training program; 2 yrs related work exp., preferably in a hospital or medical setting; ability to understand and carry out assigned duties effectively; knowledge of office procedures and equipment, accounting procedures, good interpersonal, management, organizational and communication skills. |

Job Line: 566-492

## ST. FRANCIS MEDICAL CENTER - LILIHA
### *********SERVICE POSITIONS*********

May 25, 2001

| POSITION | DEPARTMENT | REQ# | STATUS | QUALIFICATIONS |
|---|---|---|---|---|

Job Line: 566-492