**EXHIBIT E**

ATTN: CARMEN AGONOY
Please notify to Susan Yoshimoto — Human Resources

 **ST. FRANCIS MEDICAL CENTER**
HONOLULU, HAWAII

| BID FORM / IN-HOUSE APPLICATION |

Check one:

BID FORM _____

IN-HOUSE APPLICATION  X

Name: CARA LOESER    Employee # 2725    Dept. 106

Current Position: 106    Status: ___

Date of Hire: 05/21/1990    Home Phone #: 808 671-6077

Would like to be considered for:

Position: PATIENT ACCOUNT PROCESSOR (RFT)    Posting #: 01B-11 or 01B-12

Department: BUSINESS OFFICE    Posting Dates: 06/14/-06/16th

Signed: [signature]    Date: 07/05/01    Ext. ___

Received by: [signature]    Date: 7/5/01    Time ___

NOTE: For Teamster positions/call-in, temporary and part time less than 20 hr/wk employees have no preference over regular full-time or regular part-time employees. For the posting period of 72 hours, employees within the bargaining unit may bid on positions. Among qualified applicants, selection will be made within the department in which the vacancy occurs. Otherwise, bidders will be considered from other departments. If there are no qualified bidders within the 72-hr period, a selection may be made from outside the bargaining unit.

[ ] You have not been selected for the following reason:

  [ ] Employee with more seniority was selected.
  [x] A more qualified employee was selected.
  [ ] You do not meet the qualifications for the position.
  [ ] Your request was received after the bidding period.
  [ ] Other, reason: _____

Department Head: [signature]    Date: 7/6/01

You have been selected for the position indicated above. Your effective date of transfer is _____

| Dept. Name / # | Job Title / # | PC# | Status | Step | Rate |
|---|---|---|---|---|---|
| Current Position: | | | | | |
| New Position: | | | | | |
| Status: | | | | | |

Gaining Department Head: _____ Signature _____ Date _____

Leaving Department Head: _____ Signature _____ Date _____

**FOR HUMAN RESOURCES USE ONLY**

Human Resources: _____ Signature _____ Date _____

Probationary/Trial Period Ends: _____

New for Increase to: _____

Hire Date: _____

Adjusted Service Date: _____

C/I Vacation Hours Due: _____

Filed by: _____ Date: _____ Log: _____

**EXHIBIT E**

**St. Francis Healthcare System
In - House Applicant Data Entry Screen**

Application Date: 7/4/2001
First Name: Cara
Last Name: Loeser
Job Code:
Position Applied For: Patient Account Processor
Requisition #: 01D-11,12
Entity: 900
EEO: 5 - Office/Clk
Bid Log:
Sex: F
Race: 5 - A

Person App Sent to: M.Ah Ho Mauga
Date App Sent: 7/5/01
Disposition Code: 5 - More Qual Selected
Date Returned:

**St. Francis Healthcare System
In - House Applicant Data Entry Screen**

| | |
|---|---|
| Application Date | 8/21/2001 |
| First Name | Cara |
| Last Name | Loeser |
| Job Code | |
| Position Applied For | Medical Records Clerk I |
| Requisition #: | 01D-41 |
| Entity | 900 |
| EEO | 5 - Office/Clk |
| Bid Log: | |
| Sex | F |
| Race | 5 - A |

| | |
|---|---|
| Person App Sent to | R.Kawano |
| Date App Sent | 8/21/01 |
| Disposition Code | 5 - More Qual Selected |
| Date Returned | 9/17/01 |

**St. Francis Healthcare System**
**In - House Applicant Data Entry Screen**

| Field | Value |
|---|---|
| Application Date | 8/21/2001 |
| First Name | Cara |
| Last Name | Loeser |
| Job Code | |
| Position Applied For | Medical Records Clerk II |
| Requisition #: | 01D-42 |
| Entity | 900 |
| EEO | 5 - Office/Clk |
| Bid Log: | |
| Sex | F |
| Race | 5 - A |
| Person App Sent to | R.Kawano |
| Date App Sent | 8/21/01 |
| Disposition Code | 5 - More Qual Selected |
| Date Returned | 9/14/01 |

## ST. FRANCIS MEDICAL CENTER
## JOB DESCRIPTION AND PERFORMANCE EVALUATION

Employee Name: _____    Hire Date: _____    Position: Medical Records Clerk I    Status: RFT

Department:: Medical Records    Cost Center: 7180    Job Coverage:[  ]Non-Barg  [ x ]Barg Unit: Teamsters

Supervisor Name: _____    Title: _____    Evaluation Date: _____

**PART I:**   **POSITION SUMMARY**

This section introduces the mission, summarizes the position, and identifies the functional or competency requirements including skills, experience, and education or training and licensure necessary to ensure that employees are prepared to handle assigned responsibilities. The information is designed to indicate the general nature and level of work performed by an employee in this position. It is not to be interpreted as a comprehensive inventory for all duties, responsibilities, and qualifications of employees assigned to this job. Reasonable accommodation will be made to enable qualified individuals with disabilities to perform the essential functions of this job.

**PART II:**   **JOB SPECIFIC PERFORMANCE REVIEW**

This section utilizes the major responsibilities of the position as the basis for the evaluation. The performance standards are end results that can be measured and result in successful performance of a major responsibility. Any additional competency factors, as attached, are reviewed periodically to include the annual review.

**PART III:**   **REVIEW OF PERFORMANCE STANDARDS**

This section is designated to evaluate performance on general behavioral expectations of all employees.

**PART IV:**   **DEVELOPMENT AND GOAL PLAN**

This section reviews the previous plan and goals to determine results; strengths and/or areas requiring improvement are summarized; meaningful goals are identified and a new plan is developed.

**PART V:**   **EMPLOYEE COMMENTS ON THE PERFORMANCE REVIEW**

This optional section allows employees an opportunity to comment on the review or about objectives, such as, commitments to development.

**PART VI:**   **SIGNATURES**

This evaluation must be signed by the employee and her/his immediate supervisor.

**ADDENDUM:**   **COMPETENCY REVIEW**

This job description and performance evaluation form is to be used in conjunction with the competency review form (as applicable) which has been developed for the position. The employee's demonstrated competency in recognizing and responding to patients' physical, mental, emotional, and developmental needs should be evaluated in relation to the age group(s) identified herein as appropriate for each responsibility.

### DEFINITIONS OF PERFORMANCE RATINGS

**EXCEEDS STANDARDS (ES)** — Employee consistently exceeds the job responsibilities and performance factors and demonstrates highly proficient job performance.

**MEETS STANDARDS (MS)** — Performance is competent and meets the job's requirements. Participates in making contributions to the department.

**DOES NOT MEET STANDARDS (DNMS)** — Employee whose performance does not meet the expected performance level of the job's requirements.

**NOT APPLICABLE (NA)** — Standard does not apply to the position.

---

*This Area for Use by Human Resources*

Date Issued: _____    Date Received: _____

eview evaluation and note competency concerns evidenced by below standard assessment(s). If applicable, ensure that a resolution has een identified for each deficiency noted. If any noted deficiency lacks a corresponding resolution, return to supervisor/evaluator for ompletion.

ate Re-issued: _____    Date Reissuance Received: _____

## PART I: POSITION SUMMARY

**MISSION STATEMENT:**

"In the performance of duties be ever mindful of the Medical Center's commitment statement as a Catholic healthcare institution committed to the healing ministry of Jesus Christ; and the charism of the Sisters of the Third Franciscan Order as peacemakers witnessing to the Gospel and to the Franciscan values of simplicity and joy."

**SUMMARY OF DUTIES**

Under the general supervision of the Medical Record Manager, processes and delivers medical records in response to subpoena duces tecum, processes all regular and Medicare correspondence for requests for copies of medical records; tallies and reconciles the daily census statistics. In addition, provides coverage for other Medical Record Department clerical positions as necessary. Progression from Clerk II when cross-trained to cover all clerk II responsibilities.

**EDUCATIONAL REQUIREMENTS**

[x] High school, plus additional courses or specialized training at business or community college, or other formal training facility or program. Requires ability to understand and carry out assigned duties effectively. Knowledge needed such as stenography, office routines, elementary accounting procedures; operation of equipment such as bookkeeping and billing machines, tabulating equipment, transcription machines.

Other (Specify):

**EXPERIENCE**

[X] Over one year, up to and including two years.

Other (Specify):

**SKILLS REQUIRED**

Basic Computer Skills, Type 60 WPM, 10 Key by Touch.
Good understanding of medical terminology.
Familiarity with inpatient medical records
Good spelling and grammar skills.
Good communication skills.
Cross-trained to cover all Clerk II positions in Medical Records

**REPORTS TO:**

Medical Records Supervisor

**SUPERVISES:**

[X] No one.

**COMMUNICATION AND CONTACTS:**

[X] Requires contacts both inside and outside the medical center in order to furnish or obtain information and/or provide patient care. Normal courtesy, tact and discretion required.

**PHYSICAL AND ENVIRONMENTAL REQUIREMENTS**

Indicate the number of hours (from 1 hour to 8 hours) that employee would be required to:
Sit: _4_   Stand: _2_   Walk: _2_   Drive: ___

The physical activities of this position involve: (Please indicate with an "X" all items that are essential functions of this position and are performed in excess of levels required for ordinary movement.)

[ ] Balancing         [ ] Crouching       [x] Kneeling      [x] Pulling       [x] Repetitive Movement
[ ] Climbing          [ ] Fingering       [x] Lifting       [ ] Pushing       [x] Stooping
[ ] Crawling          [ ] Grasping        [x] Carrying      [x] Reaching

An individual in this position will be required to carry or lift weight in this range: (Please indicate with an 'X' only the heaviest weight range that would be required when performing the essential functions of this position.)
[ ] Up to 10 pounds      [ ] 25 to 34 pounds      [ ] 51 to 74 pounds      [ ] Weight in excess of 100 pounds
[x] 11 to 24 pounds      [ ] 35 to 50 pounds      [ ] 75 to 100 pounds

## PHYSICAL AND ENVIRONMENTAL REQUIREMENTS (continued)

The sensory and communicative activities include essential activities to the performance of this position: (Please indicate with an "X" all that apply when performing this position.)

[ ] Feeling   [X] Hearing   [ ] Smelling   [X] Speaking   [ ] Tasting
[X] Seeing   [X] Ability to distinguish colors

An individual in this position will be exposed to: (Please indicate with an "X" all that apply when performing only the essential functions of this position.)

[ ] Inside environmental conditions
[ ] Outside environmental conditions
[X] Inside and outside environmental conditions
[ ] Constant vibrating motion
[ ] Bloodborne pathogens
[ ] Respiratory hazards
[ ] Dust, fumes, smoke, gases
[ ] Radiant energy
[ ] Working with hands in water

[ ] Extreme cold-temperature below 32 degrees for more than one hour at a time
[ ] Extreme heat-temperature above 100 degrees for more than one hour at a time
[ ] Physical hazards (example: working near electrical current)
[ ] Chemical hazards
[ ] Solvents, sterilizing agents
[ ] Grease and oils.
[ ] Electrical energy.
[ ] Working around machinery, moving objects and/or vehicles.
[ ] Working on ladders and scaffolds.

Other (Specify):

## AGES OF PATIENTS SERVED

This position requires knowledge in the care and handling of patients served in the age group(s) indicated below:

[ ] Infant: Birth to 1 year     [ ] Children: 1 - 12 years      [ ] Adolescent: 13 -17 years
[ ] Adult: 18 - 64 years        [ ] Geriatric: 65 years and above   [x] Not Applicable

Other (Specify):

**PART II:** *JOB SPECIFIC PERFORMANCE REVIEW* (THIS SECTION MAY BE MULTIPLE PAGES IN LENGTH, AS DETERMINED BY DEPARTMENT AND POSITION.)

| KEY RESULT AREAS (Essential Job Functions) | DNMS | MS | ES | NA | COMMENTS |
|---|---|---|---|---|---|
| **JOB DUTIES AND FUNCTIONS:** | | | | | |
| 1. Works together with correspondence service in handling and processing all correspondence in regards to requests for copies of medical reports/medical records according to established release of information policies. | | | | | |
| 2. Processes and delivers subpoenaed medical records, acting as a representative for the Custodian of Records (Medical Record Manage). | | | | | |
| 3. Provides coverage for other Medical Record Department clerical positions as needed including, but not limited to, admission/ discharge desk, chart monitor desk, chart control desk, transcription, etc. | | | | | |
| 4. Processes, analyzes and reanalyzes inpatient, emergency room, ambulatory surgery and other outpatient records for quality and completeness. | | | | | |
| 5. Assists physicians and other hospital personnel in completing medical records. | | | | | |
| 6. Pulls charts for physicians and other hospital personnel as necessary. | | | | | |
| 7. Assists in training of clerical employees, as necessary. | | | | | |
| 8. Participates in inservice training. | | | | | |
| 9. Participates in inter- and intra-departmental Continuous Quality Improvement activities as indicated. | | | | | |
| 10. Answers telephones and processes requests as necessary. | | | | | |
| 11. Performs other duties as assigned. | | | | | |
| 12. Verifies the accuracy of the admission/discharge rosters; verifies and updates patient demographic and encounter dates in the computer; accounts for all records of patients discharged; organizes records in chart order and assembles in folder; corrects errors in unit number assignment. | | | | | |
| 13. Verifies visit rosters and patient demographic and encounter dates in the computer for ambulatory surgery, emergency room and other outpatient records as assigned. Accounts for all records, organizes records into designated order and assembles in folder according to procedure. Corrects errors in unit record number assignment. | | | | | |

| | KEY RESULT AREAS (Essential Job Functions) | D N M S | M S | E S | N A | COMMENTS |
|---|---|---|---|---|---|---|
| 14. | Searches for previous encounters in the microfiche master patient index and updates in the computer. | | | | | |
| 15. | Retrieves records as requested for inpatient readmissions, emergency room, physician and ancillary department requests. | | | | | |
| 16. | Tabulates statistical data relating to admissions and discharges and reconciles the hospital daily inpatient census. | | | | | |
| 17. | Pulls incomplete records and provides chart completion assistance to physicians, nurses and ancillary staff. | | | | | |
| 18. | Clears completed deficiencies from chart monitor system, making any and all corrections necessary for accuracy. | | | | | |
| 19. | Prepares the delinquent and suspension lists for physicians, residents, nursing and ancillary staff at scheduled weekly intervals. Updates physician suspension list daily. | | | | | |
| 20. | Monitors completion of Medicare attestation forms in conjunction with coder/abstractors and updates suspension list daily. | | | | | |
| 21. | Monitors dictation of operative reports for timeliness and updates suspension list daily. | | | | | |
| 22. | Compiles statistics for chart completion monitoring, and conducts necessary chart completion follow-up with medical staff and medical center staff. | | | | | |
| 23. | Analyzes and reanalyzes inpatient, emergency room, ambulatory surgery and other outpatient medical records for quality and completeness; assigns deficiencies per procedure. | | | | | |
| 24. | Logs inpatient and ambulatory signature and dictation deficiencies into the computerized chart monitor system, manually logs emergency record deficiencies, and corrects errors as necessary. | | | | | |
| 25. | Files transcribed reports into patient's record, marks deficiency slip as appropriate and updates chart monitor system. | | | | | |
| 26. | Monitors distribution of transcribed reports for accuracy through completion of transcription logs. | | | | | |
| 27. | Processes and delivers all transcribed reports to the nursing units where the patient is located and files into the in-house chart whenever possible. | | | | | |
| 28. | Processes and distributes copies of transcribed reports as appropriate. | | | | | |
| 29 | Assist in training clerical employees as necessary. | | | | | |
| 30. | Answers phone calls, handles requests and relays messages. | | | | | |
| 31. | Rotates working weekends. | | | | | |
| 32. | Monitors delinquent operative report and notifies Medical Record Clerk. | | | | | |

| KEY RESULT AREAS (Essential Job Functions) | D N M S | M S | E S | N A | COMMENTS |
|---|---|---|---|---|---|
| 33. Processes and delivers outpatient reports and for patients who are discharged to Medical Record Department. | | | | | |
| 34. Provide Transcriptions with copies of Rosters, Operative schedules, Guest list. Provide daily Physician Dictation List to Medical Record Clerk and the Coders. | | | | | |
| 35. Helps assemble and analyze renal charts. | | | | | |

SUPERSEDES:     5/94
                Date

STATEMENT OF POSITION SUMMARY, REQUIREMENTS, AND JOB DUTIES AND FUNCTIONS A

/s/ Ruth Kawano                                    1/2/97        /s/ Susan Hashimot

Administrator, Vice President or Designee          Date          Human Resources

(Signatures on file in Human Resources.)

## ST. FRANCIS MEDICAL CENTER
## JOB DESCRIPTION AND PERFORMANCE EVALUATION

Employee Name: _____  Hire Date: _____  Position: Medical Records Clerk II          Status: _____

Department: Medical Records          Cost Center: 7180     Job Coverage: [ ]Non-Barg  [ x ]Barg Unit: Teamsters

Supervisor Name: _____                        Title: _____

**COMPLETE AND RETURN TO HR BY:** 2/6/01

**PART I:    POSITION SUMMARY**

This section introduces the mission, summarizes the position, and identifies the functional or competency requirements, experience, and education or training and licensure necessary to ensure that employees are prepared to handle assigned responsibilities. The information is designed to indicate the general nature and level of work performed by an employee in this position. It is not to be interpreted as a comprehensive inventory for all duties, responsibilities, and qualifications of employees assigned to this job. Reasonable accommodation will be made to enable qualified inviduals with disabilities to perform the essential functions of this job.

**PART II:   JOB SPECIFIC PERFORMANCE REVIEW**

This section utilizes the major responsibilities of the position as the basis for the evaluation. The performance standards are end results that can be measured and result in successful performance of a major responsibility. Any additional competency factors, as attached, are reviewed periodically to include the annual review.

**PART III:  REVIEW OF PERFORMANCE STANDARDS**

This section is designated to evaluate performance on general behavioral expectations of all employees.

**PART IV:   DEVELOPMENT AND GOAL PLAN**

This section reviews the previous plan and goals to determine results; strengths and/or areas requiring improvement are summarized; meaningful goals are identified and a new plan is developed.

**PART V:    EMPLOYEE COMMENTS ON THE PERFORMANCE REVIEW**

This optional section allows employees an opportunity to comment on the review or about objectives, such as, commitments to development.

**PART VI:   SIGNATURES**

This evaluation must be signed by the employee and her/his immediate supervisor.

**ADDENDUM:  COMPETENCY REVIEW**

This job description and performance evaluation form is to be used in conjunction with the competency review form (as applicable) which has been developed for the position. The employee's demonstrated competency in recognizing and responding to patients' physical, mental, emotional, and developmental needs should be evaluated in relation to the age group(s) identified herein as appropriate for each responsibility.

### DEFINITIONS OF PERFORMANCE RATINGS

| | |
|---|---|
| EXCEEDS STANDARDS (ES) | Employee consistently exceeds the job responsibilities and performance factors and demonstrates highly proficient job performance. |
| MEETS STANDARDS (MS) | Performance is competent and meets the job's requirements. Participates in making contributions to the department. |
| DOES NOT MEET STANDARDS (DNMS) | Employee whose performance does not meet the expected performance level of the job's requirements. |
| NOT APPLICABLE (NA) | Standard does not apply to the position. |

---

*This Area for Use by Human Resources*

Issued: _____     Date Received: _____

Review evaluation and note competency concerns evidenced by below standard assessment(s). If applicable, ensure that a resolution has identified for each deficiency noted. If any noted deficiency lacks a corresponding resolution, return to supervisor/evaluator for completion.

PART I: POSITION SUMMARY

MISSION STATEMENT:

"In the performance of duties be ever mindful of the Medical Center's commitment statement as a Catholic healthcare institution committed to the healing ministry of Jesus Christ; and the charism of the Sisters of the Third Franciscan Order as peacemakers witnessing to the Gospel and to the Franciscan values of simplicity and joy."

SUMMARY OF DUTIES

Under the general supervision of Medical Record Manager  *Director*, processes, tracks, assembles and analyzes all inpatient and outpatient medical records, ensuring the accuracy and completeness of the records; performs all functions relating to maintenance of computerized master patient index and chart monitor system; compiles and maintains delinquent record and suspension lists for physicians and hospital personnel; performs monitor of Medicare attestation completion and operative report dictation; tabulates statistics; distributes medical reports as appropriate; answers phones; and performs other related duties as assigned.

EDUCATIONAL REQUIREMENTS

[x] High school, plus additional courses or specialized training at business or community college, or other formal training facility or program. Requires ability to understand and carry out assigned duties effectively. Knowledge needed such as stenography, office routines, elementary accounting procedures; operation of equipment such as bookkeeping and billing machines, tabulating equipment, transcription machines.

Other (Specify):

EXPERIENCE

[x] Over six months, up to and including one year.

Other (Specify):

SKILLS REQUIRED

Basic Computer Skills, Type 50 wpm, and 10 key by touch.
Working knowledge of rules of spelling grammar and basic math.
Ability to communicate and work harmoniously with physicians and with inter- and intra-department personnel.
Must be able to work quickly and accurately with minimal supervision.

REPORTS TO:

Medical Records Supervisor

SUPERVISES:

[x] No one.

COMMUNICATION AND CONTACTS:

[x] Requires contacts both inside and outside the medical center in order to furnish or obtain information and/or provide patient care. Normal courtesy, tact and discretion required.

PHYSICAL AND ENVIRONMENTAL REQUIREMENTS

Indicate the number of hours (from 1 hour to 8 hours) that employee would be required to:
Sit: 4    Stand: 2    Walk: 2    Drive: ___

The physical activities of this position involve: (Please indicate with an "X" all items that are essential functions of this position and are performed in excess of levels required for ordinary movement.)

| [ ] Balancing | [ ] Crouching | [x] Kneeling | [x] Pulling | [x] Repetitive Movement |
| [ ] Climbing | [ ] Fingering | [x] Lifting | [ ] Pushing | [x] Stooping |
| [ ] Crawling | [ ] Grasping | [x] Carrying | [x] Reaching | |

An individual in this position will be required to carry or lift weight in this range: (Please indicate with an "X" only the heaviest weight range that would be required when performing the essential functions of this position.)

[ ] Up to 10 pounds    [ ] 25 to 34 pounds    [ ] 51 to 74 pounds    [ ] Weight in excess of 100 pounds
[x] 11 to 24 pounds    [ ] 35 to 50 pounds    [ ] 75 to 100 pounds

### PHYSICAL AND ENVIRONMENTAL REQUIREMENTS (continued)

The sensory and communicative activities include essential activities to the performance of this position: (Please indicate with an "X" all that apply when performing this position.)

[ ] Feeling
[x] Hearing
[ ] Smelling
[x] Speaking
[ ] Tasting
[x] Seeing
[x] Ability to distinguish colors

An individual in this position will be exposed to: (Please indicate with an "X" all that apply when performing only the essential functions of this position.)

[ ] Inside environmental conditions
[ ] Outside environmental conditions
[x] Inside and outside environmental conditions
[ ] Constant vibrating motion
[ ] Blood borne pathogens
[ ] Respiratory hazards
[ ] Dust, fumes, smoke, gases
[ ] Radiant energy
[ ] Working with hands in water

[ ] Extreme cold-temperature below 32 degrees for more than one hour at a time
[ ] Extreme heat-temperature above 100 degrees for more than one hour at a time
[ ] Physical hazards (example: working near electrical current)
[ ] Chemical hazards
[ ] Solvents, sterilizing agents
[ ] Grease and oils.
[ ] Electrical energy.
[ ] Working around machinery, moving objects and/or vehicles.
[ ] Working on ladders and scaffolds.

Other (Specify):

### AGES OF PATIENTS SERVED

This position requires knowledge in the care and handling of patients served in the age group(s) indicated below:

[ ] Infant: Birth to 1 year
[ ] Children: 1 - 12 years
[ ] Adolescent: 13 -17 years
[ ] Adult: 18 - 64 years
[ ] Geriatric: 65 years and above
[x] Not Applicable

Other (Specify):

PART II:     *JOB SPECIFIC PERFORMANCE REVIEW*   (THIS SECTION MAY BE MULTIPLE PAGES IN LENGTH, AS DETERMINED BY DEPARTMENT AND POSITION.)

| KEY RESULT AREAS (Essential Job Functions) | D N M S | M S | E S | N A | COMMENTS |
|---|---|---|---|---|---|
| **JOB DUTIES AND FUNCTIONS:** | | | | | |
| 1. Verifies the accuracy of the admission/discharge rosters; verifies and updates patient demographic and encounter dates in the computer; accounts for all records of patients discharged; organizes records in chart order and assembles in folder; corrects errors in unit number assignment. | | | | | |
| 2. Verifies visit rosters and patient demographic and encounter dates in the computer for ambulatory surgery, emergency room and other outpatient records as assigned. Accounts for all records, organizes records into designated order and assembles in folder according to procedure. Corrects errors in unit record number assignment. | | | | | |
| 3. Searches for previous encounters in the microfiche master patient index and updates in the computer. | | | | | |
| 4. Retrieves records as requested for inpatient readmissions, emergency room, physician and ancillary department requests. | | | | | |
| 5. Tabulates statistical data relating to admissions and discharges and reconciles the hospital daily inpatient census. | | | | | |
| 6. Pulls incomplete records and provides chart completion assistance to physicians, nurses and ancillary staff. | | | | | |
| 7. Clears completed deficiencies from chart monitor system, making any and all corrections necessary for accuracy. | | | | | |
| 8. Prepares the delinquent and suspension lists for physicians, residents, nursing and ancillary staff at scheduled weekly intervals. Updates physician suspension list daily. | | | | | |
| 9. Monitors completion of Medicare attestation forms in conjunction with coder/abstractors and updates suspension list daily. | | | | | |
| 10. Monitors dictation of operative reports for timeliness and updates suspension list daily. | | | | | |
| 11. Compiles statistics for chart completion monitoring, and conducts necessary chart completion follow-up with medical staff and medical center staff. | | | | | |
| 12. Analyzes and reanalyzes inpatient, emergency room, ambulatory surgery and other outpatient medical records for quality and completeness; assigns deficiencies per procedure. | | | | | |
| 13. Logs inpatient and ambulatory signature and dictation deficiencies into the computerized chart monitor system, manually logs emergency record deficiencies, and corrects errors as necessary. | | | | | |
| 14. Files transcribed reports into patient's record, marks deficiency slip as appropriate and updates chart monitor system. | | | | | |
| 15. Monitors distribution of transcribed reports for accuracy through completion of transcription logs. | | | | | |
| 16. Processes and delivers all transcribed reports to the nursing units where the patient is located and files into the inhouse chart whenever possible. | | | | | |
| 17. Processes and distributes copies of transcribed reports as appropriate. | | | | | |
| 18. Assist in training clerical employees as necessary. | | | | | |

| KEY RESULT AREAS (Essential Job Functions) | D N M S | M S | E S | N A | COMMENTS |
|---|---|---|---|---|---|
| **JOB DUTIES AND FUNCTIONS (Conintued):** | | | | | |
| 19. Answers phone calls, handles requests and relays messages. | | | | | |
| 20. Rotates working weekends. | | | | | |
| 21. Participates in inservice training. | | | | | |
| 22. Participates in intra- and inter-departmental Continuous Quality Improvement activities as indicated. | | | | | |
| 23. Monitors delinquent operative report and notifies Medical Record Clerk. | | | | | |
| 24. Processes and delivers outpatient reports and for patients who are discharged to Medical Record Department. | | | | | |
| 25. Provide Transcriptionists with copies of Rosters, Operative schedules, Guest list. Provide daily Physician Dictation List to Medical Record Clerk and the Coders. | | | | | |
| 26. Helps assemble and analyze renal charts. | | | | | |
| 27. Performs other related tasks as assigned. | | | | | |

SUPERSEDES: _____9/94_____
                Date

STATETEMENT OF POSITION SUMMARY, REQUIREMENTS, AND JOB DUTIES AND FUN

/s/ C. Okinaka                                          9/17/97      /s/ Diana Hansen
Administrator, Vice President or Designee    Date          Human Resources

PART III:   REVIEW PERFORMANCE STANDARDS

| EMPLOYEE STANDARDS | DNMS | MS | ES | NA | COMMENTS |
|---|---|---|---|---|---|
| **CUSTOMARY COMPLIANCE** | | | | | |
| 1. Adheres to administrative and departmental house rules, policies, procedures, and objectives. | | | | | |
| 2. Assists in care and maintenance of departmental equipment and supplies. | | | | | |
| 3. Adheres to administrative and departmental house rules, policies, procedures, and objectives specific to sick leave privileges. | | | | | |
| 4. Consistently reports to work on time and ready to work at the start of the shift. | | | | | |
| 5. Provides proper notification when late or absent. | | | | | |
| 6. Reports to work well-groomed and in compliance with the organization's dress code. Wears I.D. badge while on duty. | | | | | |
| 7. Adheres to Code of Organizational Ethics. | | | | | |
| **FISCAL RESPONSIBILITY** | | | | | |
| 1. Adheres to productivity guidelines for department. | | | | | |
| 2. Manages equipment, materials, supplies, and manpower within budget. | | | | | |
| **PERFORMANCE IMPROVEMENT** | | | | | |
| 1. Uses the values, philosophy, tools and techniques of Performance Improvement to support the organization's quality in all daily work. | | | | | |
| 2. Actively participates in Performance Improvement education and assures training of staff. | | | | | |
| 3. Actively participates in cross-departmental committees, teams, and task forces. | | | | | |
| 4. Develops action plans for performance improvement and understands what is necessary in order to meet customer needs and exceed expectations. | | | | | |
| **MISSION AND VALUES** | | | | | |
| 1. Demonstrates the ability to interact in a positive and helpful manner with patients, visitors, physicians, volunteers and co-workers. | | | | | |
| 2. Respects the dignity of all by maintaining their privacy and respecting confidentiality. | | | | | |
| 3. Exhibits a commitment to the organization's values of *Joy, Peacemaking, Simplicity*, and *Charity*. | | | | | |
| 4. Reflects commitment to building a supportive work environment and maintains a positive attitude at the work place and toward their job. | | | | | |
| 5. Projects a good image in their dealing with the public and is willing to make an extra effort to help build a quality and caring healthcare institution. | | | | | |
| **EFFECTIVE COMMUNICATION** | | | | | |
| 1. Speaks only English while in areas where patient care is delivered or wherever patients and the public are present or within hearing range, unless patient care requires the use of another language. | | | | | |
| 2. Demonstrates effective communication skills by conveying necessary information accurately and concisely, listening effectively, and asking pertinent questions. | | | | | |
| 3. Communicates effectively with other departments and staff, both orally and in writing; can read and understand written material and can write effectively to meet the job requirements. | | | | | |

PART III:   PERFORMANCE STANDARDS REVIEW (CONTINUED)

| EMPLOYEE STANDARDS | DNMS | MS | ES | NA | COMMENTS |
|---|---|---|---|---|---|
| **CUSTOMER SERVICE** | | | | | |
| 1. Establishes and maintains cooperative relationships with patients, staff, and others using a humanistic attitude (anticipates needs, respectful, caring, courteous). | | | | | |
| 2. Teamwork: Interacts with fellow workers in a way that promotes a harmonious and cooperative working environment. | | | | | |
| **FOSTERS A SAFE WORKING ENVIRONMENT** | | | | | |
| 1. Adheres to safety, health, and regulatory requirements as described in the administrative and departmental policies and procedures. | | | | | |
| 2. Reports incidents and unsafe work conditions to supervisor. | | | | | |
| **COMPETENCY CONSIDERATIONS** | | | | | |
| 1. Assumes individual responsibility to maintain all competencies as required. | | | | | |
| 2. Meets all competencies as required. | | | | | |
| 3. Fulfills the physical and environmental requirements of the job. | | | | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA LOESER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ST. FRANCIS MEDICAL CENTER,<br><br>　　　　　Defendant. | CIVIL NO. 04-00474 DAE/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of DEFENDANT ST. FRANCIS MEDICAL CENTER'S SEPARATE CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT was duly served upon the following party, in the manner described thereto, at his last-known address on the date indicated below:

|  | Mail | Hand Delivery |
|---|---|---|
| Carl M. Varady, Esq.<br>2870 American Savings Bank Tower<br>1001 Bishop Street<br>Honolulu, Hawaii  96813 | ☐ | ☒ |

Attorney for Plaintiff CARA LOESER

1227720.3

DATED: Honolulu, Hawaii, February 15, 2006.

                                      /s/ Carolyn K. Gugelyk
                                      A. RICHARD PHILPOTT
                                      CAROLYN K. GUGELYK
                                      LIANN Y. EBESUGAWA
                                      Attorneys for Defendant
                                      ST. FRANCIS MEDICAL CENTER