# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00474DAE-KSC |
| CASE NAME: | Cara Loeser v. St. Francis Medical Center |
| ATTYS FOR PLA: | Carl Varady<br>Plaintiff Cara Loeser |
| ATTYS FOR DEFT: | Carolyn Gugelyk<br>Liann Ebesugawa<br>Elaine Shigozawa, representative for St. Francis Medical |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record<br>1:30-2:15pm<br>(Settlement Conf) |
| DATE: | 3/23/2006 | TIME: | FTR C5<br>2:17-2:21:32pm<br>(Settlement on the Record - **SEALED HEARING**) |

COURT ACTION:  EP: Settlement Conference.  Settlement conference held.  Settlement reached.  Terms stated **UNDER SEAL**.

Based upon representations by counsel and plaintiff's acceptance, the court finds that the essential terms of a valid and enforceable settlement agreement have been stated.  The deadline for filing of the Dismissal is 4/24/06.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

The following dates are hereby vacated:
4/17/06, 9:00am, Motion for Summary Judgment, Judge Ezra
6/6/06, 9:00am, Final Pretrial Conference, Judge Chang
7/18/06, 9:00am, Jury Trial, Judge Ezra

Submitted by: Shari Afuso, Courtroom Manager