IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARA LOESER, | ) CIVIL NO. 04-00474 DAE-KSC |
| | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| | ) |
| vs. | ) |
| | ) |
| ST. FRANCIS MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

ORDER OF DISMISSAL

  The Court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

  GOOD CAUSE APPEARING FOR DISMISSAL,

  IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.  The Court retains jurisdiction to reopen the proceeding, upon good cause shown, to enforce the terms and conditions of the settlement.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, April 28, 2006.



_____
David Alan Ezra
United States District Judge

CIVIL NO. 04-cv-00474; CARA LOESER V. ST. FRANCIS MEDICAL CENTER.; ORDER OF DISMISSAL