AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| CARA LOESER | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00474DAE-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| ST. FRANCIS MEDICAL CENTER | May 1, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED with prejudice, each party to bear its own costs and attorneys fees.

| | |
|---|---|
| May 1, 2006 | SUE BEITIA |
| Date | Clerk |
| | _(signature)_ |
| | (By) Deputy Clerk |